Name: Fletcher Carson

Address: 6 Beach Road #507

       Tiburon CA 94920

Phone Number: 707.332.0830

E-mail Address: fc@omsphere.com

Plaintiff Pro Se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Fletcher Carson | |
|       Plaintiff(s), | Civil Action Number: **4:13-CV-00520-KAW** |
|   vs. | |
| Walsh Griffin, Walsh Capital Group, AJR International FZE, | **NOTICE OF MOTION AND MOTION TO ALLOW** |
| Kelvin Don, Salvtore Financial Agency, | **ALTERNATE SERVICE OF PROCESS** |
| Priscilla Ellis, John Kagose, Kenietta Johnson, KVP International Consultants, | **ON DEFENDANTS; MEMORANDUM OF** |
| KVP International Trades, | **POINTS AND AUTHORITIES** |
| Victoria Ellis, Vicken International Traders LLC, | |
| Ivan Ahmed Azziz, | |
| Daniel Okwudili Nwankwo, | |
| Cisse Abdoulaye, Ben Aka | |
| Does 1-20 | |
|       Defendant(s). | |

# NOTICE OF MOTION AND MOTION

TO ALL ATTORNEYS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT under Federal Rules of Civil Procedure, Rule 4, Plaintiff Fletcher Carson hereby moves the Court for an order allowing alternative service of process of Summons on Defendants, in both national and international locations.

Plaintiff's Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, all matters of which this Court may take judicial notice, all pleadings, records, and papers on file in this action, and such other or further oral or documentary evidence before the Court prior to disposition of the Motion.

A proposed Order granting alternative process of service of Defendants by Plaintiff is attached for the Court's convenience.

Dated: 24 March 2013    By: _____

Fletcher Carson, Plaintiff pro se

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff respectfully requests an order to allow service of Summons on Defendants in an alternative manner as indicated below.

Rule 4(d) provides for a request for waiver of service by the Plaintiff. Rule 4(d)(1)(F-G) states:

> F) give the defendant a reasonable time of at least 30 days after the request was sent—or at least 60 days if sent to the defendant outside any judicial district of the United States—to return the waiver; and
>
> (G) be sent by first-class mail or other reliable means.

Plaintiff filed this complaint on 6 February 2013, and sent the Summons, Complaint, and all other required documents including two copies of the waiver of service and a self-addressed stamped envelope to all of the Defendants as indicated in **Exhibits A-J**, on 11 February at the US Post Office, with tracking numbers for each package.

1. ALL overseas Express Mail packages with tracking were returned unopened indicating that the addresses were not good:

   a. Mail to Walsh Griffin, and Walsh Capital Group, (**Exhibit H-1**) both with the same address in Dublin, Ireland were returned…bad address.

   b. Mail to AJR International FZE (**Exhibit J**), Ivan Ahmed Azziz, Daniel Okwudili Nwankwo, Cisse Abdoulaye, and Ben Aka (**Exhibits I-1 thru I-4**) in Abu Dhabi, UAE were all returned…bad addresses.

2. U.S. recipients received Priority Mail packages with tracking:

   a. Mail to Priscilla Ellis as an individual (**Exhibit A-1**) was delivered, forwarded, delivered, and then returned as unknown addressee

   b. Mail to Priscilla Ellis as CEO of KVP International Consultants (**Exhibit A-2**) was delivered and not returned.

   c. Mail to KVP International Consultants (**Exhibit B**) was delivered and not returned.

d.  Mail to Priscilla Ellis as CEO of Vicken International Traders LLC (**Exhibit A-3**) was returned as refused.

e.  Mail to Vicken International Traders LLC (**Exhibit C**) was returned as refused.

f.  Mail to Kenietta Johnson as an individual ( **Exhibit D-1**, sister of Priscilla Ellis) was opened, taped, and returned to sender with "don't live at this address" written on it.

g.  Mail to Kenietta Johnson as employee of KVP International Consultants (**Exhibit D-2**) was delivered and not returned.

h.  Mail to John Kagose as employee of KVP International Consultants (**Exhibit E**) was delivered and not returned.

i.  Mail to Kelvin Don as an employee of Salvtore Financial Agency (**Exhibit F-1**), and to Salvtore Financial Agency (**Exhibit G**) were both returned as "wrong address".

As can be seen, all of the overseas addresses were fraudulent, and therefore the provisions of the Convention on the "Service Abroad of Judicial and Extrajudicial Documents" in Civil or Commercial Matters (Hague Service Convention) are no longer applicable.

Plaintiff has, however, communicated with all individuals by email, and asks the court to approve alternate service by Registered Email as decided in the United States District Court, E.D. Texas, Marshall Division on January 23, 2012: *RPOST HOLDINGS, INC., RPOST INTERNATIONAL LIMITED, and RMAIL LIMITED Plaintiffs, v. DMITRY KAGAN Defendant Civil Action No. 2:11-cv-238-JRG*…which is provided in **Exhibit K** in its entirety.

RPost Holdings provides a secure internet service which allows users to send email to recipients as registered email…an acknowledgement is returned, and then a receipt is returned within 2 hours showing that the recipient's email server received the email, and allows the sender to then forward that receipt to RPost which returns a complete authentication of the contents of the email including attachments, to verify delivery.

Defendant Priscilla Ellis, has not sent back a Waiver of Service for herself, Kenietta Johnson, John Kagose, or KVP International Consultants.

Rule 4 looks to ensure that Summons/Complaint/documents are served in a way that is reasonably calculated to give notice to the Defendant that they are being sued.

After receiving information on service by mail on each of the Defendants, Plaintiff then used the RPost Registered Email services, and sent every defendant a registered email with all of the required documents attached. Since the Complaint was 5MB in size as a single file, Plaintiff sent two registered emails to each Defendant and authenticated all of the emails (See **Exhibits A-4, F-2, H-2, and I-5**) . The only exception was AJR International FZE...they have no email address, a bad phone number, and a fraudulent physical address...there was no manner to serve them...however, the individuals that directed Plaintiff to wire funds to the account owned by AJR International FZE (Walsh Griffin, Walsh Capital Group, and Ivan Ahmed Azziz) were all served by registered email, and are therefore aware of complaint on behalf of AJR International FZE, which looks to be simply a fraudulent company that they control.

NONE of the emails bounced...each of the separate emails were the emails with which Plaintiff communicated with each of the Defendants over a period of time, during which time this sequence of alleged fraudulent activities occurred, and the Registered Email delivery of service is therefore reasonably calculated to give notice to each and every Defendant, in addition to any email communication received back by Plaintiff verifying same by Defendant themselves...as with Priscilla Ellis.

Plaintiff therefore requests this court to grant this motion to accept the Registered Email service of delivery as an acceptable proof of service reasonably calculated to give notice to each Defendant. Two items will be submitted by Plaintiff to rectify errors: Victoria Ellis is on the Complaint but not the Summons, and therefore will be deleted from the complaint...she is evidently a minor, the daughter of Priscilla Ellis. Since AJR International FZE has no known address, they will be removed and left as a Doe until such time as their whereabouts can be ascertained.

Date: 24 March 2013          By: _____

                                    Fletcher Carson, Plaintiff pro se

## CERTIFICATE OF SERVICE

     I hereby certify that I electronically submitted the foregoing document using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.


Dated: 24 March 2013          By: _____

                                    Fletcher Carson, Plaintiff pro se

# EXHIBIT A-1

## Priscilla Ellis – Personal

### Service of Process Attempts

1. Priscilla Ellis – Personal
   a. Tracking: 9505 5101 3742 3042 4020 29
   b. Priority mail 2/11/13 (delivered, forwarded, delivered, addressee unknown)
   c. Expected delivery: 2/13/13 ➔ RETURNED



# EXHIBIT A-2

## Priscilla Ellis as CEO of KVP International Consultants

### Service of Process Attempts

1. Priscilla Ellis – CEO of KVP
   a. Tracking: 9505 5101 3742 3042 4031 32
   b. Priority mail 2/11/13 (delivered, forwarded, delivered, addressee unknown)
   c. Expected delivery: 2/13/13 ➔ Delivered



# EXHIBIT A-3

## Priscilla Ellis as CEO of Vicken International Traders

### Service of Process Attempts

1. Priscilla Ellis – CEO of Vicken
   a. Tracking: 9505 5101 3742 3042 4036 82
   b. Priority mail 2/11/13
   c. Expected delivery: 2/13/13 ➔ 2/13
   d. RETURNED as REFUSED



# EXHIBIT A-4

## Priscilla Ellis

Authentication of Registered Email receipt to:

[mspajd@aol.com](mailto:mspajd@aol.com) as email used for all the following:

for Priscilla Ellis personally, as CEO of KVP International Consultants, as CEO of Vicken International Traders, for KVP International Consultants, for Vicken International Traders, for Kenietta Johnson at KVP International Consultants, and for John Kagose at KVP International Consultants



**The receipt you have submitted to our system is valid and proves the delivery results displayed below.**

**\*\* A copy of the original message is attached. \*\***

| Delivery Status | | | | | |
|---|---|---|---|---|---|
| **Address** | **Status** | **Details** | **Delivered (UTC\*)** | **Delivered (local)** | **Opened (local)** |
| [mspajd@aol.com](mailto:mspajd@aol.com) | Delivered to MailBox | Relayed to mailbox core-mgc003c.r1000.mail.aol.com | 3/16/2013 2:06:03 AM (UTC) | 3/15/2013 7:06:03 PM(-700) | |
| [fc@omsphere.com](mailto:fc@omsphere.com) | Delivered to Mailserver | 250 ok: Message 234421118 accepted smtp.secureserver.net (72.167.238.201) | 3/16/2013 2:06:02 AM (UTC) | 3/15/2013 7:06:02 PM(-700) | |

\*UTC represents Coordinated Universal Time.

| Message Envelope | |
|---|---|
| **From:** | Fletcher Carson<[fletcher.carson@entirelydifferentsolutions.com](mailto:fletcher.carson@entirelydifferentsolutions.com)> |
| **Subject:** | US District Court Summons and Complaint 1 of 2 Case 4:13-cv-00522-KAW |
| **To:** | <[mspajd@aol.com](mailto:mspajd@aol.com)> |
| **Cc:** | <[fc@omsphere.com](mailto:fc@omsphere.com)> |

| | |
|---|---|
| **Bcc:** | |
| **Network ID:** | <01d001ce21ea$ad1ce920$0756bb60$@entirelydifferentsolutions. |
| **Received:** | 3/16/2013 2:05:58 AM(UTC) -420 |
| **Client Code:** | |

| **Message Statistics** | |
|---|---|
| **Message ID:** | 0FD04487802DAD5EAD964E9F3889A85A47DAF19B |
| **Message Size:** | 7425365 |
| **Additional Notes:** | None |
| **File Name:** | **File Size (bytes)** |
| Federal Complaint.pdf | 5395783 |
| regdata.txt | 411 |

**Delivery Audit Trail**

From:MAILER-DAEMON@AOL.com:Your message was successfully delivered to the destination(s) listed below. If the message was delivered to mailbox you will receive no further notifications. Otherwise you may still receive notifications of mail delivery errors from other systems. Please direct further questions regarding this message to your e-mail administrator. --AOL Postmaster : delivery via core-mgc003c.r1000.mail.aol.com[172.29.238.12]:7025: 250 2.1.5 OK

Email secured by Check Point

2013-03-15 19:05:58 starting aol.com/mta1\n 2013-03-15 19:05:58 connecting from mta1.la1.rpost.net (64.70.1.107) to mailin-04.mx.aol.com (64.12.90.34)\n 2013-03-15 19:05:58 connected from 64.70.1.107:45413\n 2013-03-15 19:05:58 >>> 220-mtain-mh04.r1000.mx.aol.com ESMTP Internet Inbound\n 2013-03-15 19:05:58 >>> 220-AOL and its affiliated companies do not\n 2013-03-15 19:05:58 >>> 220-authorize the use of its proprietary computers and computer\n 2013-03-15 19:05:58 >>> 220-networks to accept, transmit, or distribute unsolicited bulk\n 2013-03-15 19:05:58 >>> 220-e-mail sent from the internet.\n 2013-03-15 19:05:58 >>> 220-Effective immediately:\n 2013-03-15 19:05:58 >>> 220-AOL may no longer accept connections from IP addresses\n 2013-03-15 19:05:58 >>> 220 which no do not have reverse-DNS (PTR records) assigned.\n 2013-03-15 19:05:58 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 19:05:58 >>> 250-mtain-mh04.r1000.mx.aol.com\n 2013-03-15 19:05:58 >>> 250 DSN\n 2013-03-15 19:05:58 <<< MAIL FROM: <rcpt0FD04487802DAD5EAD964E9F3889A85A47DAF19B-1@rpost.net>

RET=HDRS\n 2013-03-15 19:05:58 >>> 250 2.1.0 Ok\n 2013-03-15 19:05:58 <<< RCPT

TO:<mspajd@aol.com> NOTIFY=SUCCESS,FAILURE,DELAY\n 2013-03-15 19:05:58 >>> 250

2.1.5 Ok\n 2013-03-15 19:05:58 <<< DATA\n 2013-03-15 19:05:59 >>> 354 End data with

<CR><LF>.<CR><LF>\n 2013-03-15 19:06:01 <<< .\n 2013-03-15 19:06:03 >>> 250 2.0.0 Ok:

queued as E63E038000088\n 2013-03-15 19:06:03 <<< QUIT\n 2013-03-15 19:06:03 >>> 221

2.0.0 Bye\n 2013-03-15 19:06:03 closed mailin-04.mx.aol.com (64.12.90.34) in=579 out=7428873\n

2013-03-15 19:06:03 done aol.com/mta1

---

2013-03-15 19:06:00 starting omsphere.com/mta1\n 2013-03-15 19:06:00 connecting from

mta1.la1.rpost.net (64.70.1.107) to smtp.secureserver.net (72.167.238.201)\n 2013-03-15 19:06:00

connected from 64.70.1.107:46991\n 2013-03-15 19:06:00 >>> 220 p3pismtp01-

062.prod.phx3.secureserver.net ESMTP\n 2013-03-15 19:06:00 <<< EHLO mta1.la1.rpost.net\n

2013-03-15 19:06:00 >>> 250-p3pismtp01-062.prod.phx3.secureserver.net\n 2013-03-15 19:06:00

>>> 250-8BITMIME\n 2013-03-15 19:06:00 >>> 250 SIZE 31457280\n 2013-03-15 19:06:00 <<<

MAIL FROM:<rcpt0FD04487802DAD5EAD964E9F3889A85A47DAF19B-2@rpost.net>

BODY=7BIT\n 2013-03-15 19:06:00 >>> 250 sender

<rcpt0FD04487802DAD5EAD964E9F3889A85A47DAF19B-2@rpost.net> ok\n 2013-03-15

19:06:00 <<< RCPT TO:<fc@omsphere.com>\n 2013-03-15 19:06:00 >>> 250 recipient

<fc@omsphere.com> ok\n 2013-03-15 19:06:00 <<< DATA\n 2013-03-15 19:06:00 >>> 354 go

ahead\n 2013-03-15 19:06:01 <<< .\n 2013-03-15 19:06:02 >>> 250 ok: Message 234421118

accepted\n 2013-03-15 19:06:02 <<< QUIT\n 2013-03-15 19:06:02 >>> 221 p3pismtp01-

062.prod.phx3.secureserver.net\n 2013-03-15 19:06:02 closed smtp.secureserver.net

(72.167.238.201) in=341 out=7428848\n 2013-03-15 19:06:02 done omsphere.com/mta1

---

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

## RECEIPT AUTHENTICATION™
### PROOF OF DELIVERY, CONTENT AND OFFICIAL TIME ™

**The receipt you have submitted to our system is valid and proves the delivery results displayed below.**

**\*\* A copy of the original message is attached. \*\***

**Delivery Status**

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---------|--------|---------|------------------|-------------------|----------------|
| fc@omsphere.com | Delivered to Mailserver | 250 ok: Message 1639418993 accepted smtp.secureserver.net (72.167.238.201) | 3/16/2013 2:05:27 AM (UTC) | 3/15/2013 7:05:27 PM(-700) | |
| mspajd@aol.com | Delivered to MailBox | Relayed to mailbox core-mgc003c.r1000.mail.aol.com | 3/16/2013 2:05:37 AM (UTC) | 3/15/2013 7:05:37 PM(-700) | |

*UTC represents Coordinated Universal Time.

**Message Envelope**

| | |
|---|---|
| **From:** | Fletcher Carson<fletcher.carson@entirelydifferentsolutions.com> |
| **Subject:** | US District Court Summons and Complaint 2 of 2 Case 4:13-cv-00522-KAW |
| **To:** | <mspajd@aol.com> |
| **Cc:** | <fc@omsphere.com> |
| **Bcc:** | |
| **Network ID:** | <01ca01ce21ea$a3760e10$ea622a30$@entirelydifferentsolutions. |
| **Received:** | 3/16/2013 2:05:27 AM(UTC) -420 |
| **Client Code:** | |

**Message Statistics**

| | |
|---|---|
| **Message ID:** | 2D5831EE64A0A1E627E64DE59E88EA89A6A947F8 |
| **Message Size:** | 4426382 |
| **Additional Notes:** | None |
| **File Name:** | **File Size (bytes)** |
| Declaration of Fletcher Carson.pdf | 99590 |
| SummonsAndOtherDocs.pdf | 1744660 |

Motion To Allow Alternate Service of Process
Case No. 4:13-CV-00520-KAW

| | | |
|---|---|---|
| 1 | WaiverOfService KVP Intnl Cons.pdf | 260669 |
| 2 | WaiverOfService PriscillaEllis KVP.pdf | 277807 |
| 3 | WaiverOfService PriscillaEllis Pers.pdf | 282828 |
| 4 | WaiverOfService PriscillaEllis Vicken.pdf | 282920 |
| 5 | WaiverOfService Vicken Intnl Trdr.pdf | 259355 |
| 6 | regdata.txt | 411 |

**Delivery Audit Trail**

From:MAILER-DAEMON@AOL.com:Your message was successfully delivered to the destination(s) listed below. If the message was delivered to mailbox you will receive no further notifications. Otherwise you may still receive notifications of mail delivery errors from other systems. Please direct further questions regarding this message to your e-mail administrator. --AOL Postmaster : delivery via core-mgc003c.r1000.mail.aol.com[172.29.238.12]:7025: 250 2.1.5 OK Email secured by Check Point

2013-03-15 19:05:26 starting omsphere.com/mta1\n 2013-03-15 19:05:26 connecting from mta1.la1.rpost.net (64.70.1.107) to smtp.secureserver.net (72.167.238.201)\n 2013-03-15 19:05:26 connected from 64.70.1.107:40051\n 2013-03-15 19:05:26 >>> 220 p3pismtp01-031.prod.phx3.secureserver.net ESMTP\n 2013-03-15 19:05:26 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 19:05:26 >>> 250-p3pismtp01-031.prod.phx3.secureserver.net\n 2013-03-15 19:05:26 >>> 250-8BITMIME\n 2013-03-15 19:05:26 >>> 250 SIZE 31457280\n 2013-03-15 19:05:26 <<< MAIL FROM:<rcpt2D5831EE64A0A1E627E64DE59E88EA89A6A947F8-1@rpost.net> BODY=7BIT\n 2013-03-15 19:05:26 >>> 250 sender <rcpt2D5831EE64A0A1E627E64DE59E88EA89A6A947F8-1@rpost.net> ok\n 2013-03-15 19:05:26 <<< RCPT TO:<fc@omsphere.com>\n 2013-03-15 19:05:26 >>> 250 recipient <fc@omsphere.com> ok\n 2013-03-15 19:05:26 <<< DATA\n 2013-03-15 19:05:26 >>> 354 go ahead\n 2013-03-15 19:05:27 <<< .\n 2013-03-15 19:05:27 >>> 250 ok: Message 1639418993 accepted\n 2013-03-15 19:05:27 <<< QUIT\n 2013-03-15 19:05:27 >>> 221 p3pismtp01-

031.prod.phx3.secureserver.net\n 2013-03-15 19:05:27 closed smtp.secureserver.net

(72.167.238.201) in=342 out=4429897\n 2013-03-15 19:05:27 done omsphere.com/mta1

2013-03-15 19:05:28 starting aol.com/mta1\n 2013-03-15 19:05:28 connecting from

mta1.la1.rpost.net (64.70.1.107) to mailin-01.mx.aol.com (64.12.90.1)\n 2013-03-15 19:05:28

connected from 64.70.1.107:45100\n 2013-03-15 19:05:33 >>> 220-mtain-me03.r1000.mx.aol.com

ESMTP Internet Inbound\n 2013-03-15 19:05:33 >>> 220-AOL and its affiliated companies do not\n

2013-03-15 19:05:33 >>> 220-authorize the use of its proprietary computers and computer\n 2013-

03-15 19:05:33 >>> 220-networks to accept, transmit, or distribute unsolicited bulk\n 2013-03-15

19:05:33 >>> 220-e-mail sent from the internet.\n 2013-03-15 19:05:33 >>> 220-Effective

immediately:\n 2013-03-15 19:05:33 >>> 220-AOL may no longer accept connections from IP

addresses\n 2013-03-15 19:05:33 >>> 220 which no do not have reverse-DNS (PTR records)

assigned.\n 2013-03-15 19:05:33 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 19:05:33 >>> 250-

mtain-me03.r1000.mx.aol.com\n 2013-03-15 19:05:33 >>> 250 DSN\n 2013-03-15 19:05:33 <<<

MAIL FROM:<rcpt2D5831EE64A0A1E627E64DE59E88EA89A6A947F8-2@rpost.net>

RET=HDRS\n 2013-03-15 19:05:33 >>> 250 2.1.0 Ok\n 2013-03-15 19:05:33 <<< RCPT

TO:<mspajd@aol.com> NOTIFY=SUCCESS,FAILURE,DELAY\n 2013-03-15 19:05:33 >>> 250

2.1.5 Ok\n 2013-03-15 19:05:33 <<< DATA\n 2013-03-15 19:05:33 >>> 354 End data with

<CR><LF>.<CR><LF>\n 2013-03-15 19:05:35 <<< .\n 2013-03-15 19:05:37 >>> 250 2.0.0 Ok:

queued as 6AE3A380000AB\n 2013-03-15 19:05:37 <<< QUIT\n 2013-03-15 19:05:37 >>> 221

2.0.0 Bye\n 2013-03-15 19:05:37 closed mailin-01.mx.aol.com (64.12.90.1) in=579 out=4429922\n

2013-03-15 19:05:37 done aol.com/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

.

Motion To Allow Alternate Service of Process                    Page **14** of **50**
Case No. 4:13-CV-00520-KAW

# EXHIBIT B

## KVP International Consultants

### Service of Process Attempts

1. KVP International Consultants
   a. Tracking: 9505 5101 3742 3042 4029 37
   b. Priority mail 2/11/13
   c. Expected delivery: 2/13/13 ➜ 2/14 <mark>Delivered</mark>



# EXHIBIT C

## Vicken International Traders LLC

### Service of Process Attempts

1. Vicken International Traders LLC
   a. Tracking: 9505 5101 3742 3042 4023 88
   b. Priority mail 2/11/13
   c. Expected delivery: 2/13/13 ➜ 2/13
   d. RETURNED as REFUSED



# EXHIBIT D-1
## Kenietta Johnson - Personal
### Service of Process Attempts

1. Kenietta Johnson
   a. Tracking: 9505 5101 3742 3042 4033 16
   b. Priority mail 2/11/13
   c. Expected delivery: 2/13/13 ➔ 2/14 ➔ returned
   d. Shows forwarding address: POB 1782, Ft. Myer VA  22211
   e. ➔ IT HAD BEEN **OPENED** and retaped...indicated to return to sender "don't live at this address"



# EXHIBIT D-2

## Kenietta Johnson – KVP International Consultants

### Service of Process Attempts

1. Kenietta Johnson @ KVP International Consultants
   a. Tracking: 9505 5101 3742 3042 4027 22
   b. Priority mail 2/11/13
   c. Expected delivery: 2/13/13 ➔ 2/14 <mark>Delivered</mark>



# EXHIBIT E

## John Kagose – KVP International Consultants

### Service of Process Attempts

1.  John Kagose @ KVP International Consultants
    a.  Tracking: 9505 5101 3742 3042 4035 14
    b.  Priority mail 2/11/13
    c.  Expected delivery: 2/13/13 ➔ 2/14 <mark>Delivered</mark>



# EXHIBIT F-1

## Kelvin Don – Salvtore Financial Agency

### Service of Process Attempts

1. Kelvin Don – Salvtore Financial Agency
   a. Tracking: 9505 5101 3742 3042 4025 55
   b. Priority mail 2/11/13
   c. Expected delivery: 2/13/13 ➜ 2/14 ➜ returned
   d. RETURN TO SENDER hand written on it "wrong" address



# EXHIBIT F-2

## Kelvin Don

### Authentication of Registered Email receipt to:

salvtoreloanagency@yahoo.com



**The receipt you have submitted to our system is valid and proves the delivery results displayed below.**

**\*\* A copy of the original message is attached. \*\***

**Delivery Status**

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---------|--------|---------|------------------|-------------------|----------------|
| fc@omsphere.com | Delivered to Mailserver | 250 ok: Message 340940457 accepted smtp.secureserver.net (72.167.238.201) | 3/16/2013 2:01:15 AM (UTC) | 3/15/2013 7:01:15 PM(-700) | |
| salvtoreloanagency@yahoo.com | Delivered to Mailserver | 250 ok dirdel mta6.am0.yahoodns.net (66.94.238.147) | 3/16/2013 2:01:27 AM (UTC) | 3/15/2013 7:01:27 PM(-700) | |

*UTC represents Coordinated Universal Time.

**Message Envelope**

| From: | Fletcher Carson<fletcher.carson@entirelydifferentsolutions.com> |
|-------|------------------------------------------------------------------|
| **Subject:** | US District Court Summons and Complaint 1 of 2 Case 4:13-cv-00522-KAW |
| **To:** | <salvtoreloanagency@yahoo.com> |
| **Cc:** | <fc@omsphere.com> |
| **Bcc:** | |
| **Network ID:** | <01b801ce21ea$02149410$063dbc30$@entirelydifferentsolutions. |
| **Received:** | 3/16/2013 2:01:11 AM(UTC) -420 |
| **Client Code:** | |

**Message Statistics**

| Message ID: | 876E2E8F4C629C388CA7E973A4A7456D23D23ED2 |
|-------------|-------------------------------------------|
| Message Size: | 7424133 |

| Additional Notes: | None |
|---|---|
| File Name: | File Size (bytes) |
| Federal Complaint.pdf | 5395783 |

**Delivery Audit Trail**

2013-03-15 19:01:12 starting yahoo.com/mta1\n 2013-03-15 19:01:12 connecting from mta1.la1.rpost.net (64.70.1.107) to mta6.am0.yahoodns.net (66.94.238.147)\n 2013-03-15 19:01:12 connected from 64.70.1.107:60904\n 2013-03-15 19:01:12 >>> 220 mta1485.mail.mud.yahoo.com ESMTP YSmtpProxy service ready\n 2013-03-15 19:01:12 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 19:01:12 >>> 250-mta1485.mail.mud.yahoo.com\n 2013-03-15 19:01:12 >>> 250-8BITMIME\n 2013-03-15 19:01:12 >>> 250-SIZE 41943040\n 2013-03-15 19:01:12 >>> 250 PIPELINING\n 2013-03-15 19:01:12 <<< MAIL FROM:<rcpt876E2E8F4C629C388CA7E973A4A7456D23D23ED2-1@rpost.net> BODY=7BIT\n 2013-03-15 19:01:12 <<< RCPT TO:<salvtoreloanagency@yahoo.com>\n 2013-03-15 19:01:12 <<< DATA\n 2013-03-15 19:01:12 >>> 250 sender <rcpt876E2E8F4C629C388CA7E973A4A7456D23D23ED2-1@rpost.net> ok\n 2013-03-15 19:01:12 >>> 250 recipient <salvtoreloanagency@yahoo.com> ok\n 2013-03-15 19:01:12 >>> 354 go ahead\n 2013-03-15 19:01:15 <<< .\n 2013-03-15 19:01:27 >>> 250 ok dirdel\n 2013-03-15 19:01:27 <<< QUIT\n 2013-03-15 19:01:27 >>> 221 mta1485.mail.mud.yahoo.com\n 2013-03-15 19:01:27 closed mta6.am0.yahoodns.net (66.94.238.147) in=328 out=7427655\n 2013-03-15 19:01:27 done yahoo.com/mta1

2013-03-15 19:01:14 starting omsphere.com/mta1\n 2013-03-15 19:01:14 connecting from mta1.la1.rpost.net (64.70.1.107) to smtp.secureserver.net (72.167.238.201)\n 2013-03-15 19:01:14 connected from 64.70.1.107:58115\n 2013-03-15 19:01:14 >>> 220 p3pismtp01-052.prod.phx3.secureserver.net ESMTP\n 2013-03-15 19:01:14 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 19:01:14 >>> 250-p3pismtp01-052.prod.phx3.secureserver.net\n 2013-03-15 19:01:14 >>> 250-8BITMIME\n 2013-03-15 19:01:14 >>> 250 SIZE 31457280\n 2013-03-15 19:01:14 <<< MAIL FROM:<rcpt876E2E8F4C629C388CA7E973A4A7456D23D23ED2-2@rpost.net> BODY=7BIT\n 2013-03-15 19:01:14 >>> 250 sender

<rcpt876E2E8F4C629C388CA7E973A4A7456D23D23ED2-2@rpost.net> ok\n 2013-03-15 19:01:14 <<< RCPT TO:<fc@omsphere.com>\n 2013-03-15 19:01:14 >>> 250 recipient <fc@omsphere.com> ok\n 2013-03-15 19:01:14 <<< DATA\n 2013-03-15 19:01:14 >>> 354 go ahead\n 2013-03-15 19:01:15 <<< .\n 2013-03-15 19:01:15 >>> 250 ok: Message 340940457 accepted\n 2013-03-15 19:01:15 <<< QUIT\n 2013-03-15 19:01:15 >>> 221 p3pismtp01-052.prod.phx3.secureserver.net\n 2013-03-15 19:01:15 closed smtp.secureserver.net (72.167.238.201) in=341 out=7427616\n 2013-03-15 19:01:15 done omsphere.com/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.



**The receipt you have submitted to our system is valid and proves the delivery results displayed below.**

**\*\* A copy of the original message is attached. \*\***

| Delivery Status | | | | | | |
|---|---|---|---|---|---|---|
| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
| salvtoreloanagency@yahoo.com | Delivered and Opened | HTTP-IP:204.93.60.126 | 3/16/2013 2:00:49 AM (UTC) | 3/15/2013 7:00:49 PM(-700) | 3/15/2013 7:57:49 PM(-700) |
| fc@omsphere.com | Delivered to Mailserver | 250 ok: Message 534733314 accepted smtp.secureserver.net (72.167.238.201) | 3/16/2013 2:00:37 AM (UTC) | 3/15/2013 7:00:37 PM(-700) | |

*UTC represents Coordinated Universal Time.

Motion To Allow Alternate Service of Process
Case No. 4:13-CV-00520-KAW

## Message Envelope

| | |
|---|---|
| From: | Fletcher Carson<fletcher.carson@entirelydifferentsolutions.com> |
| Subject: | US District Court Summons and Complaint 2 of 2 Case 4:13-cv-00522-KAW |
| To: | <salvtoreloanagency@yahoo.com> |
| Cc: | <fc@omsphere.com> |
| Bcc: | |
| Network ID: | <01b201ce21e9$fb2733b0$f1759b10$@entirelydifferentsolutions. |
| Received: | 3/16/2013 2:00:35 AM(UTC) -420 |
| Client Code: | |

## Message Statistics

| | |
|---|---|
| Message ID: | 47F7BDE4CEB85385DA12DEA0F262A38A21600562 |
| Message Size: | 3269716 |
| Additional Notes: | None |
| File Name: | File Size (bytes) |
| Declaration of Fletcher Carson.pdf | 99590 |
| SummonsAndOtherDocs.pdf | 1744660 |
| WaiverOfService SalvtoreLoan.pdf | 259360 |
| WaiverOfService KelvinDon Salvtore.pdf | 260067 |
| regdata.txt | 411 |
| regdata.txt | 411 |

## Delivery Audit Trail

From:opendetection@rpost.net:**Opened from IP 204.93.60.126 \n ---- Connection: close Content-Length: 0 Accept: */* Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.3 Accept-Encoding: gzip,deflate,sdch Accept-Language: en-US,en;q=0.8 Host: open.rpost.net Referer: http://us.mc1645.mail.yahoo.com/mc/welcome?.gx=1&.tm=1363375501&.rand=evgvp1vqn0543 User-Agent: Mozilla/5.0 (Windows NT 6.1; WOW64) AppleWebKit/537.22 (KHTML, like Gecko) Chrome/25.0.1364.172 Safari/537.22 afl: 57518 /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/47F7BDE4CEB85385DA12DEA0F262A38A21600562-2_64F695D31402727AE3B20A3A4ED7CBC6FA6997F7/rpost.gif\n 204.93.60.126204.93.60.12663704GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-

IIS/7.5/rpost.aspxclose\n 0*/*ISO-8859-1,utf-8;q=0.7,*;q=0.3gzip,deflate,sdch\n en-US,en;q=0.8open.rpost.nethttp://us.mc1645.mail.yahoo.com/mc/welcome?.gx=1&.tm=1363375501&.rand=evgvp1vqn0543Mozilla/5.0 (Windows NT 6.1; WOW64) AppleWebKit/537.22 (KHTML, like Gecko) Chrome/25.0.1364.172 Safari/537.22\n 57518

2013-03-15 19:00:36 starting omsphere.com/mta1\n 2013-03-15 19:00:36 connecting from mta1.la1.rpost.net (64.70.1.107) to smtp.secureserver.net (72.167.238.201)\n 2013-03-15 19:00:36 connected from 64.70.1.107:35686\n 2013-03-15 19:00:36 >>> 220 p3pismtp01-045.prod.phx3.secureserver.net ESMTP\n 2013-03-15 19:00:36 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 19:00:36 >>> 250-p3pismtp01-045.prod.phx3.secureserver.net\n 2013-03-15 19:00:36 >>> 250-8BITMIME\n 2013-03-15 19:00:36 >>> 250 SIZE 31457280\n 2013-03-15 19:00:36 <<< MAIL FROM:<rcpt47F7BDE4CEB85385DA12DEA0F262A38A21600562-1@rpost.net> BODY=7BIT\n 2013-03-15 19:00:36 >>> 250 sender <rcpt47F7BDE4CEB85385DA12DEA0F262A38A21600562-1@rpost.net> ok\n 2013-03-15 19:00:36 <<< RCPT TO:<fc@omsphere.com>\n 2013-03-15 19:00:36 >>> 250 recipient <fc@omsphere.com> ok\n 2013-03-15 19:00:36 <<< DATA\n 2013-03-15 19:00:36 >>> 354 go ahead\n 2013-03-15 19:00:37 <<< .\n 2013-03-15 19:00:37 >>> 250 ok: Message 534733314 accepted\n 2013-03-15 19:00:37 <<< QUIT\n 2013-03-15 19:00:37 >>> 221 p3pismtp01-045.prod.phx3.secureserver.net\n 2013-03-15 19:00:37 closed smtp.secureserver.net (72.167.238.201) in=341 out=3273208\n 2013-03-15 19:00:37 done omsphere.com/mta1

2013-03-15 19:00:41 starting yahoo.com/mta1\n 2013-03-15 19:00:41 connecting from mta1.la1.rpost.net (64.70.1.107) to mta7.am0.yahoodns.net (66.94.237.64)\n 2013-03-15 19:00:41 connected from 64.70.1.107:49975\n 2013-03-15 19:00:41 >>> 220 mta1254.mail.mud.yahoo.com ESMTP YSmtpProxy service ready\n 2013-03-15 19:00:41 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 19:00:41 >>> 250-mta1254.mail.mud.yahoo.com\n 2013-03-15 19:00:41 >>> 250-8BITMIME\n 2013-03-15 19:00:41 >>> 250-SIZE 41943040\n 2013-03-15 19:00:41 >>> 250 PIPELINING\n 2013-03-15 19:00:41 <<< MAIL FROM:<rcpt47F7BDE4CEB85385DA12DEA0F262A38A21600562-2@rpost.net> BODY=7BIT\n 2013-03-15 19:00:41 <<< RCPT

TO:<salvtoreloanagency@yahoo.com>\n 2013-03-15 19:00:41 <<< DATA\n 2013-03-15 19:00:41 >>> 250 sender <rcpt47F7BDE4CEB85385DA12DEA0F262A38A21600562-2@rpost.net> ok\n 2013-03-15 19:00:41 >>> 250 recipient <salvtoreloanagency@yahoo.com> ok\n 2013-03-15 19:00:41 >>> 354 go ahead\n 2013-03-15 19:00:43 <<< .\n 2013-03-15 19:00:49 >>> 250 ok dirdel\n 2013-03-15 19:00:49 <<< QUIT\n 2013-03-15 19:00:49 >>> 221 mta1254.mail.mud.yahoo.com\n 2013-03-15 19:00:49 closed mta7.am0.yahoodns.net (66.94.237.64) in=328 out=3273247\n 2013-03-15 19:00:49 done yahoo.com/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.
.

# EXHIBIT G

## Salvtore Financial Agency

### Service of Process Attempts

1. Salvtore Financial Agency
   a. Tracking: 9505 5101 3742 3042 4022 41
   b. Priority mail 2/11/13
   c. Expected delivery: 2/13/13 ➔ 2/13 ➔
   d. Returned as <mark>Return to Sender</mark>...Not at this Address



# EXHIBIT H-1

## Walsh Griffin - Personal

### Service of Process Attempts

1. Walsh Griffin - Personal
   a. EI 807383669 US (EI807383669US)
   b. Express mail 2/11/13
   c. Expected delivery by 2/15/13
   d. RETURNED as insufficient address: I had called Dublin police and they said they did not think it was a legitimate address



# EXHIBIT H-2
## Walsh Griffin

Authentication of Registered Email receipt to:

info@walshcapital.org , investment@walshcapital.org



**The receipt you have submitted to our system is valid and proves the delivery results displayed below.**

**\*\* A copy of the original message is attached. \*\***

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| fc@omsphere.com | Delivered to Mailserver | 250 ok: Message 1670133263 accepted smtp.secureserver.net (216.69.186.201) | 3/16/2013 1:56:07 AM (UTC) | 3/15/2013 6:56:07 PM(-700) | |
| info@walshcapital.org | Delivered to Mailserver | 250 2.0.0 OK 1363398963 io9si13215258pbc.318 - gsmtp ASPMX.L.GOOGLE.COM (74.125.129.27) | 3/16/2013 1:56:03 AM (UTC) | 3/15/2013 6:56:03 PM(-700) | |
| investment@walshcapital.org | Delivered to Mailserver | 250 2.0.0 OK 1363398964 tx10si13231406pbc.272 - gsmtp ASPMX.L.GOOGLE.COM (74.125.129.27) | 3/16/2013 1:56:04 AM (UTC) | 3/15/2013 6:56:04 PM(-700) | |

*UTC represents Coordinated Universal Time.

### Message Envelope

| | |
|---|---|
| **From:** | Fletcher Carson<fletcher.carson@entirelydifferentsolutions.com> |
| **Subject:** | FW: US District Court Summons and Complaint 1 of 2 Case 4:13-cv-00522-KAW |
| **To:** | <info@walshcapital.org><br><investment@walshcapital.org> |
| **Cc:** | <fc@omsphere.com> |

| Bcc: | |
|---|---|
| Network ID: | <01ac01ce21e9$440f40f0$cc2dc2d0$@entirelydifferentsolutions. |
| Received: | 3/16/2013 1:55:57 AM(UTC) -420 |
| Client Code: | |

| Message Statistics | |
|---|---|
| Message ID: | 7622AE74FBFFB9E95E0B77EE6B76DF315ED10EC9 |
| Message Size: | 7424362 |
| Additional Notes: | None |
| File Name: | File Size (bytes) |
| Federal Complaint.pdf | 5395783 |

**Delivery Audit Trail**

2013-03-15 18:55:56 starting omsphere.com/mta1\n 2013-03-15 18:55:56 connecting from mta1.la1.rpost.net (64.70.1.107) to smtp.secureserver.net (216.69.186.201)\n 2013-03-15 18:55:56 connected from 64.70.1.107:38386\n 2013-03-15 18:56:05 >>> 220 m1pismtp01-031.prod.mesa1.secureserver.net ESMTP\n 2013-03-15 18:56:05 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 18:56:05 >>> 250-m1pismtp01-031.prod.mesa1.secureserver.net\n 2013-03-15 18:56:05 >>> 250-8BITMIME\n 2013-03-15 18:56:05 >>> 250 SIZE 31457280\n 2013-03-15 18:56:05 <<< MAIL FROM:<rcpt7622AE74FBFFB9E95E0B77EE6B76DF315ED10EC9-1@rpost.net> BODY=7BIT\n 2013-03-15 18:56:05 >>> 250 sender <rcpt7622AE74FBFFB9E95E0B77EE6B76DF315ED10EC9-1@rpost.net> ok\n 2013-03-15 18:56:05 <<< RCPT TO:<fc@omsphere.com>\n 2013-03-15 18:56:05 >>> 250 recipient <fc@omsphere.com> ok\n 2013-03-15 18:56:05 <<< DATA\n 2013-03-15 18:56:06 >>> 354 go ahead\n 2013-03-15 18:56:06 <<< .\n 2013-03-15 18:56:07 >>> 250 ok: Message 1670133263 accepted\n 2013-03-15 18:56:07 <<< QUIT\n 2013-03-15 18:56:07 >>> 221 m1pismtp01-031.prod.mesa1.secureserver.net\n 2013-03-15 18:56:07 closed smtp.secureserver.net (216.69.186.201) in=345 out=7427844\n 2013-03-15 18:56:07 done omsphere.com/mta1

2013-03-15 18:55:59 starting walshcapital.org/mta1\n 2013-03-15 18:55:59 connecting from mta1.la1.rpost.net (64.70.1.107) to ASPMX.L.GOOGLE.COM (74.125.129.27)\n 2013-03-15 18:55:59 connected from 64.70.1.107:34740\n 2013-03-15 18:55:59 >>> 220 mx.google.com ESMTP io9si13215258pbc.318 - gsmtp\n 2013-03-15 18:55:59 <<< EHLO mta1.la1.rpost.net\n

2013-03-15 18:55:59 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-03-15 18:55:59 >>> 250-SIZE 35882577\n 2013-03-15 18:55:59 >>> 250-8BITMIME\n 2013-03-15 18:55:59 >>> 250-STARTTLS\n 2013-03-15 18:55:59 >>> 250-ENHANCEDSTATUSCODES\n 2013-03-15 18:55:59 >>> 250 PIPELINING\n 2013-03-15 18:55:59 <<< MAIL FROM:<rcpt7622AE74FBFFB9E95E0B77EE6B76DF315ED10EC9-2@rpost.net> BODY=7BIT\n 2013-03-15 18:55:59 <<< RCPT TO:<info@walshcapital.org>\n 2013-03-15 18:55:59 <<< DATA\n 2013-03-15 18:55:59 >>> 250 2.1.0 OK io9si13215258pbc.318 - gsmtp\n 2013-03-15 18:56:00 >>> 250 2.1.5 OK io9si13215258pbc.318 - gsmtp\n 2013-03-15 18:56:00 >>> 354 Go ahead io9si13215258pbc.318 - gsmtp\n 2013-03-15 18:56:03 <<< .\n 2013-03-15 18:56:03 >>> 250 2.0.0 OK 1363398963 io9si13215258pbc.318 - gsmtp\n 2013-03-15 18:56:03 <<< QUIT\n 2013-03-15 18:56:03 >>> 221 2.0.0 closing connection io9si13215258pbc.318 - gsmtp\n 2013-03-15 18:56:03 closed ASPMX.L.GOOGLE.COM (74.125.129.27) in=435 out=7427862\n 2013-03-15 18:56:03 done walshcapital.org/mta1

2013-03-15 18:56:01 starting walshcapital.org/mta1\n 2013-03-15 18:56:01 connecting from mta1.la1.rpost.net (64.70.1.107) to ASPMX.L.GOOGLE.COM (74.125.129.27)\n 2013-03-15 18:56:01 connected from 64.70.1.107:48044\n 2013-03-15 18:56:01 >>> 220 mx.google.com ESMTP tx10si13231406pbc.272 - gsmtp\n 2013-03-15 18:56:01 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 18:56:01 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-03-15 18:56:01 >>> 250-SIZE 35882577\n 2013-03-15 18:56:01 >>> 250-8BITMIME\n 2013-03-15 18:56:01 >>> 250-STARTTLS\n 2013-03-15 18:56:01 >>> 250-ENHANCEDSTATUSCODES\n 2013-03-15 18:56:01 >>> 250 PIPELINING\n 2013-03-15 18:56:01 <<< MAIL FROM:<rcpt7622AE74FBFFB9E95E0B77EE6B76DF315ED10EC9-3@rpost.net> BODY=7BIT\n 2013-03-15 18:56:01 <<< RCPT TO:<investment@walshcapital.org>\n 2013-03-15 18:56:01 <<< DATA\n 2013-03-15 18:56:01 >>> 250 2.1.0 OK tx10si13231406pbc.272 - gsmtp\n 2013-03-15 18:56:02 >>> 250 2.1.5 OK tx10si13231406pbc.272 - gsmtp\n 2013-03-15 18:56:02 >>> 354 Go ahead tx10si13231406pbc.272 - gsmtp\n 2013-03-15 18:56:03 <<< .\n 2013-03-15 18:56:04 >>> 250 2.0.0 OK 1363398964 tx10si13231406pbc.272 - gsmtp\n 2013-03-15 18:56:04 <<< QUIT\n

2013-03-15 18:56:04 >>> 221 2.0.0 closing connection tx10si13231406pbc.272 - gsmtp\n 2013-03-15 18:56:04 closed ASPMX.L.GOOGLE.COM (74.125.129.27) in=441 out=7427880\n 2013-03-15 18:56:04 done walshcapital.org/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

## RECEIPT AUTHENTICATION™
### PROOF OF DELIVERY, CONTENT AND OFFICIAL TIME™

**The receipt you have submitted to our system is valid and proves the delivery results displayed below.**

**\*\* A copy of the original message is attached. \*\***

| Delivery Status | | | | | |
|---|---|---|---|---|---|
| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
| fc@omsphere.com | Delivered to Mailserver | 250 ok: Message 26980355 accepted smtp.secureserver.net (216.69.186.201) | 3/16/2013 1:55:30 AM (UTC) | 3/15/2013 6:55:30 PM(-700) | |
| info@walshcapital.org | Delivered to Mailserver | 250 2.0.0 OK 1363398925 x9si10271025yhl.130 - gsmtp ASPMX.L.GOOGLE.COM (74.125.134.26) | 3/16/2013 1:55:25 AM (UTC) | 3/15/2013 6:55:25 PM(-700) | |
| investment@walshcapital.org | Delivered to Mailserver | 250 2.0.0 OK 1363398926 r7si1729052yho.160 - gsmtp ASPMX.L.GOOGLE.COM (74.125.134.26) | 3/16/2013 1:55:26 AM (UTC) | 3/15/2013 6:55:26 PM(-700) | |

*UTC represents Coordinated Universal Time.

Motion To Allow Alternate Service of Process
Case No. 4:13-CV-00520-KAW

**Message Envelope**

| | |
|---|---|
| **From:** | Fletcher Carson<fletcher.carson@entirelydifferentsolutions.com> |
| **Subject:** | FW: US District Court Summons and Complaint 2 of 2 Case 4:13-cv-00522-KAW |
| **To:** | <info@walshcapital.org><br><investment@walshcapital.org> |
| **Cc:** | <fc@omsphere.com> |
| **Bcc:** | |
| **Network ID:** | <01a601ce21e9$3c909d10$b5b1d730$@entirelydifferentsolutions. |
| **Received:** | 3/16/2013 1:55:20 AM(UTC) -420 |
| **Client Code:** | |

**Message Statistics**

| | |
|---|---|
| **Message ID:** | 0A7CB04A72C7013CF758F27FBAF7241D5E7B8C6E |
| **Message Size:** | 3285025 |
| **Additional Notes:** | None |

| File Name: | File Size (bytes) |
|---|---|
| Declaration of Fletcher Carson.pdf | 99590 |
| SummonsAndOtherDocs.pdf | 1744660 |
| WaiverOfService WalshCapitalGrp.pdf | 271415 |
| WaiverOfService WalshGriffin WCG.pdf | 260652 |

**Delivery Audit Trail**

2013-03-15 18:55:20 starting omsphere.com/mta1\n 2013-03-15 18:55:20 connecting from mta1.la1.rpost.net (64.70.1.107) to smtp.secureserver.net (216.69.186.201)\n 2013-03-15 18:55:20 connected from 64.70.1.107:37967\n 2013-03-15 18:55:29 >>> 220 m1pismtp01-002.prod.mesa1.secureserver.net ESMTP\n 2013-03-15 18:55:29 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 18:55:29 >>> 250-m1pismtp01-002.prod.mesa1.secureserver.net\n 2013-03-15 18:55:29 >>> 250-8BITMIME\n 2013-03-15 18:55:29 >>> 250 SIZE 31457280\n 2013-03-15 18:55:29 <<< MAIL FROM:<rcpt0A7CB04A72C7013CF758F27FBAF7241D5E7B8C6E-1@rpost.net> BODY=7BIT\n 2013-03-15 18:55:30 >>> 250 sender <rcpt0A7CB04A72C7013CF758F27FBAF7241D5E7B8C6E-1@rpost.net> ok\n 2013-03-15 18:55:30 <<< RCPT TO:<fc@omsphere.com>\n 2013-03-15 18:55:30 >>> 250 recipient <fc@omsphere.com> ok\n 2013-03-15 18:55:30 <<< DATA\n 2013-03-15 18:55:30 >>> 354 go ahead\n 2013-03-15 18:55:30 <<< .\n 2013-03-15 18:55:30 >>> 250 ok: Message 26980355

accepted\n 2013-03-15 18:55:30 <<< QUIT\n 2013-03-15 18:55:30 >>> 221 m1pismtp01-002.prod.mesa1.secureserver.net\n 2013-03-15 18:55:30 closed smtp.secureserver.net (216.69.186.201) in=343 out=3288525\n 2013-03-15 18:55:30 done omsphere.com/mta1

2013-03-15 18:55:21 starting walshcapital.org/mta1\n 2013-03-15 18:55:21 connecting from mta1.la1.rpost.net (64.70.1.107) to ASPMX.L.GOOGLE.COM (74.125.134.26)\n 2013-03-15 18:55:21 connected from 64.70.1.107:55927\n 2013-03-15 18:55:21 >>> 220 mx.google.com ESMTP x9si10271025yhl.130 - gsmtp\n 2013-03-15 18:55:21 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 18:55:21 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-03-15 18:55:21 >>> 250-SIZE 35882577\n 2013-03-15 18:55:21 >>> 250-8BITMIME\n 2013-03-15 18:55:21 >>> 250-STARTTLS\n 2013-03-15 18:55:21 >>> 250-ENHANCEDSTATUSCODES\n 2013-03-15 18:55:21 >>> 250 PIPELINING\n 2013-03-15 18:55:21 <<< MAIL FROM:<rcpt0A7CB04A72C7013CF758F27FBAF7241D5E7B8C6E-2@rpost.net> BODY=7BIT\n 2013-03-15 18:55:21 <<< RCPT TO:<info@walshcapital.org>\n 2013-03-15 18:55:21 <<< DATA\n 2013-03-15 18:55:21 >>> 250 2.1.0 OK x9si10271025yhl.130 - gsmtp\n 2013-03-15 18:55:21 >>> 250 2.1.5 OK x9si10271025yhl.130 - gsmtp\n 2013-03-15 18:55:21 >>> 354 Go ahead x9si10271025yhl.130 - gsmtp\n 2013-03-15 18:55:24 <<< .\n 2013-03-15 18:55:25 >>> 250 2.0.0 OK 1363398925 x9si10271025yhl.130 - gsmtp\n 2013-03-15 18:55:25 <<< QUIT\n 2013-03-15 18:55:25 >>> 221 2.0.0 closing connection x9si10271025yhl.130 - gsmtp\n 2013-03-15 18:55:25 closed ASPMX.L.GOOGLE.COM (74.125.134.26) in=429 out=3288543\n 2013-03-15 18:55:25 done walshcapital.org/mta1

2013-03-15 18:55:21 starting walshcapital.org/mta1\n 2013-03-15 18:55:21 connecting from mta1.la1.rpost.net (64.70.1.107) to ASPMX.L.GOOGLE.COM (74.125.134.26)\n 2013-03-15 18:55:21 connected from 64.70.1.107:45615\n 2013-03-15 18:55:21 >>> 220 mx.google.com ESMTP r7si1729052yho.160 - gsmtp\n 2013-03-15 18:55:21 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 18:55:21 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-03-15 18:55:21 >>> 250-SIZE 35882577\n 2013-03-15 18:55:21 >>> 250-8BITMIME\n 2013-03-15 18:55:21 >>> 250-STARTTLS\n 2013-03-15 18:55:21 >>> 250-ENHANCEDSTATUSCODES\n 2013-03-15 18:55:21

>>> 250 PIPELINING\n 2013-03-15 18:55:21 <<< MAIL
FROM:<rcpt0A7CB04A72C7013CF758F27FBAF7241D5E7B8C6E-3@rpost.net> BODY=7BIT\n
2013-03-15 18:55:21 <<< RCPT TO:<investment@walshcapital.org>\n 2013-03-15 18:55:21 <<<
DATA\n 2013-03-15 18:55:21 >>> 250 2.1.0 OK r7si1729052yho.160 - gsmtp\n 2013-03-15
18:55:22 >>> 250 2.1.5 OK r7si1729052yho.160 - gsmtp\n 2013-03-15 18:55:22 >>> 354 Go
ahead r7si1729052yho.160 - gsmtp\n 2013-03-15 18:55:24 <<< .\n 2013-03-15 18:55:26 >>> 250
2.0.0 OK 1363398926 r7si1729052yho.160 - gsmtp\n 2013-03-15 18:55:26 <<< QUIT\n 2013-03-
15 18:55:26 >>> 221 2.0.0 closing connection r7si1729052yho.160 - gsmtp\n 2013-03-15 18:55:26
closed ASPMX.L.GOOGLE.COM (74.125.134.26) in=423 out=3288561\n 2013-03-15 18:55:26
done walshcapital.org/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

# EXHIBIT I

## Walsh Capital Group

### Service of Process Attempts

1. Walsh Capital Group
   a. EI 807383655 US (EI807383655US)
   b. Express mail 2/11/13
   c. Expected delivery by 2/15/13
   d. **RETURNED** as insufficient address: I had called Dublin police and they said they did not think it was a legitimate address



# EXHIBIT I-1
## Ivan Ahmed (Azziz)
### Service of Process Attempts

1. Ivan Ahmed Azziz
   a. EI 807383641 US (EI807383641US)
   b. Express mail 2/11/13
   c. Expected delivery by 2/15/13
   d. RETURNED as UNCLAIMED



# EXHIBIT I-2

## Daniel Okwudili Nwankwo

### Service of Process Attempts

1. Daniel Okwudili Nwankwo
   a. EI 807383638 US (EI807383638US )
   b. Express mail 2/11/13
   c. Expected delivery by 2/15/13
   d. RETURNED as UNCLAIMED



# EXHIBIT I-3
## Cisse Abdoulaye
### Service of Process Attempts

1.  Cisse Abdoulaye
    a.  EI 807383615 US (EI807383615US )
    b.  Express mail 2/11/13
    c.  Expected delivery by 2/15/13
    d.  **RETURNED** as UNCLAIMED



# EXHIBIT I-4
## Ben Aka
### Service of Process Attempts

1. Ben Aka
   a. EI 807383607 US (EI807383607US )
   b. Express mail 2/11/13
   c. Expected delivery by 2/15/13
   d. RETURNED as UNCLAIMED



# EXHIBIT I-5

## Ivan Ahmed Azziz

Authentication of Registered Email receipt to:

ivanahmedm@gmail.com, ivanahmed48@hotmail.com

for Ivan Ahmed Azziz, Daniel Okwudili Nwankwo, Cisse Abdoulaye, Ben Aka



**The receipt you have submitted to our system is valid and proves the delivery results displayed below.**

**\*\* A copy of the original message is attached. \*\***

**Delivery Status**

| Address | Status | Details | Delivered (UTC\*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| fc@omsphere.com | Delivered to Mailserver | 250 ok: Message 12634699 accepted smtp.secureserver.net (72.167.238.201) | 3/16/2013 1:45:55 AM (UTC) | 3/15/2013 6:45:55 PM(-700) | |
| ivanahmed48@hotmail.com | Delivered to Mailserver | 250 Queued mail for delivery mx4.hotmail.com (65.54.188.72) | 3/16/2013 1:46:12 AM (UTC) | 3/15/2013 6:46:12 PM(-700) | |
| ivanahmedm@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1363398373 r7si1703601yho.260 - gsmtp gmail-smtp-in.l.google.com (74.125.134.27) | 3/16/2013 1:46:13 AM (UTC) | 3/15/2013 6:46:13 PM(-700) | |

\*UTC represents Coordinated Universal Time.

**Message Envelope**

| | |
|---|---|
| **From:** | Fletcher Carson<fletcher.carson@entirelydifferentsolutions.com> |
| **Subject:** | US District Court Summons and Complaint 1 of 2 Case 4:13-cv-00522-KAW |
| **To:** | <ivanahmed48@hotmail.com><br><ivanahmedm@gmail.com> |
| **Cc:** | <fc@omsphere.com> |

Motion To Allow Alternate Service of Process
Case No. 4:13-CV-00520-KAW

| Bcc: | |
|---|---|
| Network ID: | <019701ce21e7$de63fda0$9b2bf8e0$@entirelydifferentsolutions. |
| Received: | 3/16/2013 1:46:04 AM(UTC) -420 |
| Client Code: | |

| Message Statistics | |
|---|---|
| Message ID: | 880505836E8D58DEC900DD822CB9486F3010BD4C |
| Message Size: | 7424907 |
| Additional Notes: | None |
| File Name: | File Size (bytes) |
| Federal Complaint.pdf | 5395783 |
| regdata.txt | 411 |

**Delivery Audit Trail**

2013-03-15 18:45:53 starting omsphere.com/mta1\n 2013-03-15 18:45:53 connecting from mta1.la1.rpost.net (64.70.1.107) to smtp.secureserver.net (72.167.238.201)\n 2013-03-15 18:45:53 connected from 64.70.1.107:37367\n 2013-03-15 18:45:53 >>> 220 p3pismtp01-073.prod.phx3.secureserver.net ESMTP\n 2013-03-15 18:45:53 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 18:45:53 >>> 250-p3pismtp01-073.prod.phx3.secureserver.net\n 2013-03-15 18:45:53 >>> 250-8BITMIME\n 2013-03-15 18:45:53 >>> 250 SIZE 31457280\n 2013-03-15 18:45:53 <<< MAIL FROM:<rcpt880505836E8D58DEC900DD822CB9486F3010BD4C-1@rpost.net> BODY=7BIT\n 2013-03-15 18:45:54 >>> 250 sender <rcpt880505836E8D58DEC900DD822CB9486F3010BD4C-1@rpost.net> ok\n 2013-03-15 18:45:54 <<< RCPT TO:<fc@omsphere.com>\n 2013-03-15 18:45:54 >>> 250 recipient <fc@omsphere.com> ok\n 2013-03-15 18:45:54 <<< DATA\n 2013-03-15 18:45:54 >>> 354 go ahead\n 2013-03-15 18:45:54 <<< .\n 2013-03-15 18:45:55 >>> 250 ok: Message 12634699 accepted\n 2013-03-15 18:45:55 <<< QUIT\n 2013-03-15 18:45:55 >>> 221 p3pismtp01-073.prod.phx3.secureserver.net\n 2013-03-15 18:45:55 closed smtp.secureserver.net (72.167.238.201) in=340 out=7428380\n 2013-03-15 18:45:55 done omsphere.com/mta1

2013-03-15 18:46:06 starting gmail.com/mta1\n 2013-03-15 18:46:06 connecting from mta1.la1.rpost.net (64.70.1.107) to gmail-smtp-in.l.google.com (74.125.134.27)\n 2013-03-15 18:46:06 connected from 64.70.1.107:39671\n 2013-03-15 18:46:06 >>> 220 mx.google.com

ESMTP r7si1703601yho.260 - gsmtp\n 2013-03-15 18:46:06 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 18:46:06 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-03-15 18:46:06 >>> 250-SIZE 35882577\n 2013-03-15 18:46:06 >>> 250-8BITMIME\n 2013-03-15 18:46:06 >>> 250-STARTTLS\n 2013-03-15 18:46:06 >>> 250-ENHANCEDSTATUSCODES\n 2013-03-15 18:46:06 >>> 250 PIPELINING\n 2013-03-15 18:46:06 <<< MAIL FROM:<rcpt880505836E8D58DEC900DD822CB9486F3010BD4C-2@rpost.net> BODY=7BIT\n 2013-03-15 18:46:06 <<< RCPT TO:<ivanahmedm@gmail.com>\n 2013-03-15 18:46:06 <<< DATA\n 2013-03-15 18:46:06 >>> 250 2.1.0 OK r7si1703601yho.260 - gsmtp\n 2013-03-15 18:46:06 >>> 250 2.1.5 OK r7si1703601yho.260 - gsmtp\n 2013-03-15 18:46:06 >>> 354 Go ahead r7si1703601yho.260 - gsmtp\n 2013-03-15 18:46:11 <<< .\n 2013-03-15 18:46:13 >>> 250 2.0.0 OK 1363398373 r7si1703601yho.260 - gsmtp\n 2013-03-15 18:46:13 <<< QUIT\n 2013-03-15 18:46:13 >>> 221 2.0.0 closing connection r7si1703601yho.260 - gsmtp\n 2013-03-15 18:46:13 closed gmail-smtp-in.l.google.com (74.125.134.27) in=423 out=7428395\n 2013-03-15 18:46:13 done gmail.com/mta1

2013-03-15 18:46:09 starting hotmail.com/mta1\n 2013-03-15 18:46:09 connecting from mta1.la1.rpost.net (64.70.1.107) to mx4.hotmail.com (65.54.188.72)\n 2013-03-15 18:46:09 connected from 64.70.1.107:43779\n 2013-03-15 18:46:09 >>> 220 BAY0-MC1-F48.Bay0.hotmail.com Sending unsolicited commercial or bulk e-mail to Microsoft's computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Fri, 15 Mar 2013 18:46:10 -0700 \n 2013-03-15 18:46:09 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 18:46:09 >>> 250-BAY0-MC1-F48.Bay0.hotmail.com (3.17.0.78) Hello [64.70.1.107]\n 2013-03-15 18:46:09 >>> 250-SIZE 36909875\n 2013-03-15 18:46:09 >>> 250-PIPELINING\n 2013-03-15 18:46:09 >>> 250-8bitmime\n 2013-03-15 18:46:09 >>> 250-BINARYMIME\n 2013-03-15 18:46:09 >>> 250-CHUNKING\n 2013-03-15 18:46:09 >>> 250-AUTH LOGIN\n 2013-03-15 18:46:09 >>> 250-AUTH=LOGIN\n 2013-03-15 18:46:09 >>> 250 OK\n 2013-03-15 18:46:09 <<< MAIL FROM:<rcpt880505836E8D58DEC900DD822CB9486F3010BD4C-3@rpost.net> BODY=7BIT\n 2013-03-15 18:46:09 <<< RCPT TO:<ivanahmed48@hotmail.com>\n

2013-03-15 18:46:09 <<< DATA\n 2013-03-15 18:46:09 >>> 250
rcpt880505836E8D58DEC900DD822CB9486F3010BD4C-3@rpost.net....Sender OK\n 2013-03-15
18:46:09 >>> 250 ivanahmed48@hotmail.com \n 2013-03-15 18:46:09 >>> 354 Start mail input;
end with <CRLF>.<CRLF>\n 2013-03-15 18:46:12 <<< .\n 2013-03-15 18:46:12 >>> 250
<880505836E8D58DEC900DD822CB9486F3010BD4C-3@rpost.net> Queued mail for delivery\n
2013-03-15 18:46:12 <<< QUIT\n 2013-03-15 18:46:12 >>> 221 BAY0-MC1-F48.Bay0.hotmail.com
Service closing transmission channel\n 2013-03-15 18:46:12 closed mx4.hotmail.com
(65.54.188.72) in=739 out=7428238\n 2013-03-15 18:46:12 done hotmail.com/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

## RECEIPT AUTHENTICATION™
### PROOF OF DELIVERY, CONTENT AND OFFICIAL TIME ™

**The receipt you have submitted to our system is valid and proves the delivery results displayed below.**

**\*\* A copy of the original message is attached. \*\***

**Delivery Status**

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| ivanahmed48@hotmail.com | Delivered to Mailserver | 250 Queued mail for delivery<br>mx1.hotmail.com<br>(65.55.92.184) | 3/16/2013<br>1:46:05 AM<br>(UTC) | 3/15/2013<br>6:46:05 PM(-700) | |
| ivanahmedm@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1363398369<br>u26si7038379yhf.88 - gsmtp<br>gmail-smtp-in.l.google.com<br>(74.125.134.27) | 3/16/2013<br>1:46:09 AM<br>(UTC) | 3/15/2013<br>6:46:09 PM(-700) | |

*UTC represents Coordinated Universal Time.

**Message Envelope**

| From: | Fletcher Carson<fletcher.carson@entirelydifferentsolutions.com> |
|---|---|
| Subject: | US District Court Summons and Complaint 2 of 2 Case 4:13-cv-00522-KAW |

| | | |
|---|---|---|
| **To:** | <ivanahmed48@hotmail.com> <br> <ivanahmedm@gmail.com> | |
| **Cc:** | | |
| **Bcc:** | | |
| **Network ID:** | <019d01ce21e7$ef99f750$cecde5f0$@entirelydifferentsolutions. | |
| **Received:** | 3/16/2013 1:46:04 AM(UTC) -420 | |
| **Client Code:** | | |

| **Message Statistics** | |
|---|---|
| **Message ID:** | 774FF21FC90EA27E08BD455F35569E421E96E14C |
| **Message Size:** | 2887662 |
| **Additional Notes:** | None |

| **File Name:** | **File Size (bytes)** |
|---|---|
| DECLAR_1.PDF | 99590 |
| SUMMON_1.PDF | 1744660 |
| WAC026_1.PDF | 261273 |

**Delivery Audit Trail**

2013-03-15 18:46:02 starting hotmail.com/mta1\n 2013-03-15 18:46:02 connecting from mta1.la1.rpost.net (64.70.1.107) to mx1.hotmail.com (65.55.92.184)\n 2013-03-15 18:46:02 connected from 64.70.1.107:49281\n 2013-03-15 18:46:02 >>> 220 SNT0-MC4-F28.Snt0.hotmail.com Sending unsolicited commercial or bulk e-mail to Microsoft's computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Fri, 15 Mar 2013 18:46:03 -0700 \n 2013-03-15 18:46:02 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 18:46:02 >>> 250-SNT0-MC4-F28.Snt0.hotmail.com (3.17.0.78) Hello [64.70.1.107]\n 2013-03-15 18:46:02 >>> 250-SIZE 36909875\n 2013-03-15 18:46:02 >>> 250-PIPELINING\n 2013-03-15 18:46:02 >>> 250-8bitmime\n 2013-03-15 18:46:02 >>> 250-BINARYMIME\n 2013-03-15 18:46:02 >>> 250-CHUNKING\n 2013-03-15 18:46:02 >>> 250-AUTH LOGIN\n 2013-03-15 18:46:02 >>> 250-AUTH=LOGIN\n 2013-03-15 18:46:02 >>> 250 OK\n 2013-03-15 18:46:02 <<< MAIL FROM:<rcpt774FF21FC90EA27E08BD455F35569E421E96E14C-1@rpost.net> BODY=7BIT\n 2013-03-15 18:46:02 <<< RCPT TO:<ivanahmed48@hotmail.com>\n 2013-03-15 18:46:02 <<< DATA\n 2013-03-15 18:46:02 >>> 250 rcpt774FF21FC90EA27E08BD455F35569E421E96E14C-1@rpost.net....Sender OK\n 2013-03-15

18:46:03 >>> 250 ivanahmed48@hotmail.com \n 2013-03-15 18:46:03 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2013-03-15 18:46:05 <<< .\n 2013-03-15 18:46:05 >>> 250 <774FF21FC90EA27E08BD455F35569E421E96E14C-1@rpost.net> Queued mail for delivery\n 2013-03-15 18:46:05 <<< QUIT\n 2013-03-15 18:46:05 >>> 221 SNT0-MC4-F28.Snt0.hotmail.com Service closing transmission channel\n 2013-03-15 18:46:05 closed mx1.hotmail.com (65.55.92.184) in=739 out=2891423\n 2013-03-15 18:46:05 done hotmail.com/mta1

2013-03-15 18:46:05 starting gmail.com/mta1\n 2013-03-15 18:46:05 connecting from mta1.la1.rpost.net (64.70.1.107) to gmail-smtp-in.l.google.com (74.125.134.27)\n 2013-03-15 18:46:05 connected from 64.70.1.107:54250\n 2013-03-15 18:46:05 >>> 220 mx.google.com ESMTP u26si7038379yhf.88 - gsmtp\n 2013-03-15 18:46:05 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 18:46:05 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-03-15 18:46:05 >>> 250-SIZE 35882577\n 2013-03-15 18:46:05 >>> 250-8BITMIME\n 2013-03-15 18:46:05 >>> 250-STARTTLS\n 2013-03-15 18:46:05 >>> 250-ENHANCEDSTATUSCODES\n 2013-03-15 18:46:05 >>> 250 PIPELINING\n 2013-03-15 18:46:05 <<< MAIL FROM:<rcpt774FF21FC90EA27E08BD455F35569E421E96E14C-2@rpost.net> BODY=7BIT\n 2013-03-15 18:46:05 <<< RCPT TO:<ivanahmedm@gmail.com>\n 2013-03-15 18:46:05 <<< DATA\n 2013-03-15 18:46:05 >>> 250 2.1.0 OK u26si7038379yhf.88 - gsmtp\n 2013-03-15 18:46:06 >>> 250 2.1.5 OK u26si7038379yhf.88 - gsmtp\n 2013-03-15 18:46:06 >>> 354 Go ahead u26si7038379yhf.88 - gsmtp\n 2013-03-15 18:46:08 <<< .\n 2013-03-15 18:46:09 >>> 250 2.0.0 OK 1363398369 u26si7038379yhf.88 - gsmtp\n 2013-03-15 18:46:09 <<< QUIT\n 2013-03-15 18:46:09 >>> 221 2.0.0 closing connection u26si7038379yhf.88 - gsmtp\n 2013-03-15 18:46:09 closed gmail-smtp-in.l.google.com (74.125.134.27) in=423 out=2891580\n 2013-03-15 18:46:09 done gmail.com/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

# EXHIBIT J

## AJR International FZE

### Service of Process Attempts

1. AJR International FZE
   a. EI 807383598 US (EI807383598US)
   b. Express mail 2/11/13
   c. Expected delivery by 2/15/13
   d. RETURNED but reason cannot be ascertained



# EXHIBIT K

## Registered Email Decision

## US District Court, Texas

**RPOST HOLDINGS, INC., RPOST INTERNATIONAL LIMITED, and RMAIL LIMITED Plaintiffs,**
**v.**
**DMITRY KAGAN Defendant.**

Civil Action No. 2:11-cv-238-JRG.

**United States District Court, E.D. Texas, Marshall Division.**

January 23, 2012.

MEMORANDUM OPINION AND ORDER

RODNEY GILSTRAP, District Jduge.

# I. Introduction

The Plaintiffs' Motion for Alternative Service of Process Under Fed. R. Civ. P. 4(f)(3) is before the Court. (Dkt. No. 7.) Upon due consideration, the Court GRANTS the Plaintiffs' motion, to the extent and in the manner as set forth herein.

# II. Factual and Procedural Background

Plaintiffs RPost Holdings, Inc., RPost International Limited, and RMail Limited (collectively "RPost") filed this action on April 29, 2011 seeking relief against Mr. Dmitry Kagan ("Kagan") for alleged infringement of RPost's patent and trademarks through pointofmail.com, a website purportedly owned by Kagan. Through the company that hosts pointofmail.com's website, RPost obtained a physical address in Israel where it believed Kagan was located. (Dkt. No. 7, at Ex. 1.) Based on this address, RPost attempted to serve the Summons and Complaint upon Kagan under the provisions of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents (the "Hague Convention"). *Id.,* at Ex. 5. Attempted service upon Kagan pursuant to the Hague Convention at the address obtained through the company that hosts pointofmail.com was unsuccessful. Such attempt failed because the State of Israel Directorate of Courts informed RPost that service could not be completed at that physical address because Kagan had moved to an "unknown address." *Id.,* at Ex. 6.

Despite their difficulty identifying Kagan's physical address in Israel, RPost has successfully reached Kagan through an email address that was also provided by pointofmail.com's web host. *Id.* at 3. Within days of sending an email to Kagan, RPost's counsel received a response from an attorney in Israel, Jonathan Agmon ("Agmon"), stating that he represented Kagan "with regard to responding to your letter." *Id.,* at Ex. 4. In the ensuing months, Agmon and RPost's counsel exchanged several emails, but Agmon refused to accept the Summons and Complaint on Kagan's behalf and declined to provide a valid address through which Kagan could be served under the Hague Convention. *Id.,* at Ex. 7.

RPost now asks this Court to authorize alternative service of process under Fed. R. Civ. P. 4(f)(3) by requesting permission to serve Kagan by electronic mail on both Kagan and his attorney, Agmon.

# III. Discussion

## A. The Hague Service Convention is Inapplicable

Federal Rule of Civil Procedure 4(f)(1) provides that use of Hague Convention procedures is "mandatory if available at the place of service." *Gramercy Ins. Co. v. Kavanagh,* 3:10-cv-1254, 2011 U.S. Dist. Lexis 50003, at *2 (N.D. Tex. May 10, 2011) (citing 4B Charles A. Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1134, at 311 (3d ed. 2002 & Supp. 2011)). However, the "Convention shall not apply where the address of the person to be served with the document is not known." *Id.* (citing *Chanel, Inc. v. Zhibing,* 2010 U.S. Dist. LEXIS 25709, at *3 (W.D. Tenn. Mar. 17, 2010) (granting email service on foreign defendant, holding that "[b]ecause the [Hague] Convention does not apply, this Court has broad authority to determine an appropriate alternative method of service.").

RPost has reasonably worked to comply with the Hague Convention. They sought Mr. Kagan's physical address from the company that hosts Kagan's website, and attempted to serve process based on that address. They specifically requested Kagan's address from Agmon. None of these efforts resulted in effective service upon Kagan according to the Hague Convention. Nothing before the Court disputes that Kagan's actual location remains unknown. As cited above, the State of Israel Directorate of Courts noted that Kagan "moved to an unknown address." (Dkt. No. 7, at Ex. 6.) Therefore, this Court finds that under these facts the Hague Convention is inapplicable and accordingly service of process under Rule 4(f)(3) is not prohibited by international agreement.

## B. Service by E-Mail Comports with the Requirements of both Rule 4(f)(3) and Due Process

Any method of service of process arrived at pursuant to Rule 4(f)(3) must comport with constitutional notions of due process. *See Gramercy,* 2011 U.S. Dist. Lexis 50003, at *2; *Rio Props., Inc. v. Rio Int'l Interlink,* 284 F.3d 1007, 1016 (9th Cir. 2002). To meet this requirement, the method of service crafted must be "reasonably calculated, under all circumstances, to apprise interested parties of the pendency of the action and afford them

an opportunity to present their objections." *Mullane v. Cent. Hanover Bank & Trust Co., 339 U.S. 306, 312 (1950)*.

RPost has successfully and repeatedly reached both Kagan and Agmon via email. (Dkt. No. 7, at 3) ("Through RPost's registered E-mail® technology, RPost's counsel was able to confirm that the email was successfully delivered."); *Id.,* at Ex. 4 ("Your letter dated March 17, 2011 to Mr. Dmitry Kagan has been forwarded to me."); *Id.,* at Ex. 7 (series of email correspondence between Plaintiff's counsel and Agmon between May 1, 2011 and August 25, 2011). The Court has no material doubt that Mr. Kagan will be provided notice of this suit via email service, and that such method will comport with constitutional notions of due process. Accordingly, the Court finds that email service on both Kagan and his attorney, Agmon, are an appropriate means for notifying the Defendant of this action.

Further, the Court notes that the established physical address for Agmon's law office in Israel *is* well-known. Service on an attorney by ordinary mail may also satisfy the due-process requirements of Rule 4(f)(3). *See, e.g., Levin v. Ruby Trading Corp., 248 F. Supp. 537, 541 (S.D.N.Y. 1965)* (finding that service on foreign attorney by ordinary mail satisfied due process by affording the best opportunity to defend against action where previous attempts at personal service had failed); *see also Forum Fin. Grp. v. President, Fellows of Harvard Coll., 199 F.R.D. 22, 23 (D. Me. 2001)* (permitting service on foreign defendant's attorney, located in New York). Therefore, to ensure that the resulting service on Kagan under Rule 4(f)(3) comports to the fullest extent possible with constitutional notions of due process, the Court directs RPost to deliver a copy of the Summons and Complaint via international registered mail to Agmon at his law office address in Israel.

# IV. Conclusion

The Court GRANTS Plaintiff's Motion for Alternative Service of Process Under Fed. R. Civ. P. 4(f)(3) and directs RPost to serve process on Kagan under Rule 4(f)(3) by means of delivering the summons and compliant as follows: (1) by electronic mail on Kagan at the email address obtained from pointofmail.com's web host; (2) by electronic mail on Kagan's counsel, Agmon, at his email address shown in this case (Dkt No. 7, Ex. 7); and additionally (3) by international registered mail addressed to Agmon at his law office address in Israel as shown in this case (Dkt. No. 7, Ex. 4.) Thereafter, RPost is directed to file a notice with the Court, along with all necessary and appropriate exhibits, demonstrating compliance with each of the foregoing methods of service.

So ORDERED.