Name: Fletcher Carson

Address: 6 Beach Road #507

Tiburon CA 94920

Phone Number: 707.332.0830

E-mail Address: fc@omsphere.com

Plaintiff Pro Se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

Civil Action Number: **4:13-CV-00520-KAW**

Fletcher Carson

                    Plaintiff(s),

          vs.

Walsh Griffin, Walsh Capital Group,

Kelvin Don, Salvtore Financial Agency,

Priscilla Ellis, John Kagose, Kenietta

Johnson, KVP International Consultants,

KVP International Trades,

Vicken International Traders LLC,

Ivan Ahmed Azziz,

Daniel Okwudili Nwankwo,

Cisse Abdoulaye, Ben Aka

Does 1-20

                    Defendant(s).

**NOTICE OF MOTION AND MOTION
TO ALLOW
ALTERNATE SERVICE OF PROCESS
ON DEFENDANTS; MEMORANDUM OF
POINTS AND AUTHORITIES**

[Resubmission pursuant to Order of 16 April denying motion without prejudice, allowing resubmission within 21 days]

# NOTICE OF MOTION AND MOTION

TO ALL ATTORNEYS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT under Federal Rules of Civil Procedure, Rule 4, Plaintiff Fletcher Carson hereby moves the Court for an order allowing alternative service of process of Summons on Defendants, in both national and international locations.

Plaintiff's Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, all matters of which this Court may take judicial notice, all pleadings, records, and papers on file in this action, and such other or further oral or documentary evidence before the Court prior to disposition of the Motion.

A proposed Order granting alternative process of service of Defendants by Plaintiff is attached for the Court's convenience.

Dated: 22 April 2013        By: _____

Fletcher Carson, Plaintiff pro se

# INTRODUCTION

For ease of review, plaintiff has provided below an itemized list of each discrepancy identified in the Order Denying Plaintiff's Motion To Allow Alternate Service, which order was filed on 16 April 2013 as Document 9, along with the additional information to address each discrepancy.

1. General:

    a. The Order references Walsh Griffin as living in <u>France</u> and Ireland, but there is no reference in Plaintiff's Motion to the country of France. Plaintiff will assume that was an error and disregard references to France.

    b. AJR International FZE and Victoria Ellis have been removed from the complaint as Defendants.

2. Pg 3 L6-7:

    *"Plaintiff has not addressed whether any international agreement prohibits service via email under the circumstances of this case."*

    a. Ireland is a signatory and participant of the Hague Convention (CONVENTION ON THE SERVICE ABROAD OF JUDICIAL AND EXTRAJUDICIAL DOCUMENTS IN CIVIL OR COMMERCIAL MATTERS – 15 November 1965).

    b. The full text of this convention is at http://www.hcch.net/index_en.php?act=conventions.text&cid=17

    c. As indicated in **Exhibit K**, from the US District Court in Texas, section IIIA (The Hague Service Convention is Inapplicable),

        *"Federal Rule of Civil Procedure 4(f)(1) provides that use of Hague Convention procedures is "mandatory if available at the place of service."*

*Further*….

> "However, the "Convention shall not apply where the address
> of the person to be served with the document is not known."

    d.   In the case of service to Walsh Griffin and Walsh Capital Group both
of whom purport to being in Ireland as evidenced by their website, the
address is actually fake, so the defendants' address is actually
unknown. The US District Court decision in Exhibit K condensed all
of these components to allow alternate service of individuals in foreign
countries by Registered Email when their address was unknown,
because of the unique capability of the RPost software in ensuring that
the email arrived at its destination…an address which could be shown
to be a valid address used by the Defendant.

3.  Pg 4 L5:

> "Plaintiff does not explicitly state that he communicated with Azziz
> through these email addresses."

    a.   Plaintiff has 574 emails between Plaintiff and Ivan Ahmed Azziz using
either or both of these addresses from 31 May 2012 to 1 February
2013. The registered emails were sent to BOTH email addresses.

    b.   Plaintiff has added **Exhibit I-6** as sample emails.

4.  Pg 4 L6-9:

> "In addition, the column of the receipt authentication document labeled
> "opened" is blank. In the absence of explanation, the Court presumes
> that if the email had been read by the recipient, the "opened" column
> would show that. Plaintiff will be given an opportunity to cure these
> defects as explained below."

    a.   After the Registered email is sent to the recipient, there is a delay in
the system from queuing. If the recipient opens the email before the

Acknowledgement is sent, then it will indicate "opened", but the system does not continue to query the recipient. It simply confirms that the email was delivered to the correct mailbox for that user on the server where their email resides, and forwards a receipt to the sender.

b. The system then waits for the sender to forward the receipt for authentication…at which time it forwards a Receipt Authentication which also indicates what was in the email and what the attachments were, to stand up to legal challenge on what the conversation comprised.

c. Registered Receipt Email processes are detailed at the following URL: http://www.rpost.com/registered-email/registered-receipt

5. Pg4 L14-19:

*"It is unclear why those Defendants [Daniel Okwudili Nwankwo, Cisee Abdoulaye, Ben Aka] should be served via email addresses belonging to Azziz, i.e., why emails sent to Azziz's accounts are reasonably calculated to be received by Nwankwo, Abdoulaye, or Aka. Again, there is no indication that Plaintiff has communicated with these individuals through these email addresses, and the receipt authentication does not show that the emails were actually opened."*

a. Daniel Okwudili Nwankwo: in **Exhibit I-7**, Ivan provides information that this individual is his attorney, and provides his account number as the destination of a $10K transfer.

b. Cisse Abdoulaye: in **Exhibit I-8** original name provided by Walsh Griffin, but Ivan forwarded the email as Cisse will be accepting the wired $3,000 on his behalf.

c. Ben Aka: **Exhibit I-9** Ivan asks to send small amount of funds to Ben via Western Union…Ivan later indicated that these are people that will

stand in line for him at the WU office in Dubai…it is my only

connection to Ben Aka…

6.  Pg4 L22-24:

    *"Plaintiff's complaint attaches printouts of a screenshot of a website,*

    *walshcapital.org, but does not explain why he believes that emails sent to*

    *the above accounts are reasonably calculated to be received by Walsh*

    *Griffin personally."*

    a.  All emails to/from Walsh Griffin used the following email address:

        info@walshcapital.org (see **Exhibit H-4** for sample emails).

    b.  Plaintiff has 249 emails with Walsh Griffin from 19 December 2012

        thru 4 February 2013.

7.  Pg4 L28 – Pg5 L5:

    *"Again, however, there is no indication from the receipt authentication*

    *that the emails sent to those addresses were ever opened.  However, it is*

    *reasonable to assume that a business checks, or ought to check, an email*

    *address that is listed on its website.  This if Plaintiff demonstrates in a*

    *future motion for alternate service that no international agreement*

    *prohibits service by registered email in Ireland, the Court will deem*

    *Walsh Capital Group served."*

    a.  Regarding opened emails, please see explanation at item #4 above.

        Most all of the time, the "opened" column will be blank.

    b.  The footnote that the court generously provided regarding the listing of

        the website as fraudulent is actually a different website, although it is

        possible they are connected. www.walshcapitals.org (with trailing "s")

        is in the database, but www.walshcapital.org is not in the database, and

        the WhoIs database shows them to be different countries of origin and

        ownership….

c. Please see item #2 above for information about international agreements regarding service by registered email in Ireland.

8. Pg6 L13-16:

*"However, the exhibits do not show to whom and to what address the package was delivered, or what documents were contained in the package. If Plaintiff has met the requirements of Cal. Code Civ. P. §415.30, there is no need for alternate service by email on these defendants."*

a. **ALL** Defendants of this complaint, including those listed below were sent a priority email package consisting of the following contents:

    a. Summons in a Civil Action : C 13 0520 KAW

    b. Complaint for Violations of Federal laws: Wire Fraud, Rico Act, Conspiracy, and Violations of California Laws: Check Fraud, Unjust Enrichment, Conversion: C 13 0520 KAW

    c. Declaration of Fletcher Carson in Support of Plaintiff Complaint

    d. 2 copies of Waiver of the Service of Summons with a self-addressed, stamped envelope for one copy to be sent back to Plaintiff.

    e. Order Setting Initial Case Management Conference and ADR Deadlines

    f. Standing Order for Magistrate Judge Kandis A. Westmore

    g. Standing Order for All Judges of the Northern District of California

    h. ECF Registration Information Handout

    i. Welcome to the Oakland Divisional Office of the US District Court

    j. Notice of Assignment of Case to a Unites States Magistrate

Judge for Trial

b. Priscilla Ellis address to which Unreturned Priority Mail package sent:

Priscilla Ellis

c/o KVP International Consultants

110 W. Veterans Memorial Blvd

Harker Heights, TX 76548

c. KVP International Consultants address to which Unreturned Priority Mail package sent:

KVP International Consultants

110 W. Veterans Memorial Blvd

Harker Heights, TX 76548

d. Kenietta Johnson address to which Unreturned Priority Mail package sent:

Kenietta Johnson

c/o KVP International Consultants

110 W. Veterans Memorial Blvd

Harker Heights, TX 76548

e. John Kagose address to which Unreturned Priority Mail package sent:

John Kagose

c/o KVP International Consultants

110 W. Veterans Memorial Blvd

Harker Heights, TX 76548

f. Therefore, all of the services by mail to these individuals and companies should meet the requirements of Section 415.30 as the Court has indicated.

9. Pg6 L22-24:

*"Neither Plaintiff's motion nor his complaint, however, explains why he*

*believes that this email address belongs to Kelvin Don or to Salvtore Financial Agency."*

    a.   Plaintiff has 6 emails with Kelvin Don in January of 2013, who was acting as an agent of Walsh Griffin.

    b.   Sample emails are added as **Exhibit F-3** containing email address as well as name of Kelvin Don and Salvtore Loan Agency.

10. Pg6 L24-25:

    *"Similarly, Plaintiff does not explain why the entity Vicken International Traders can be served at the email address mspajd@aol.com"*

    a.   The email address listed looks to stand for "Ms Priscilla A. Johnson" with a "D" at the end…perhaps a new marriage…she is using Priscilla Ellis, but records show that her original name was Johnson, which conforms with the information about her sister Kenietta Johnson. The initials of KVP look to stand for Kenietta Victoria Priscilla…Victoria is Priscilla's daughter (her admission).

    b.   Priscilla uses the indicated email for herself, KVP Consultants, and Vicken International.

    c.   Plaintiff has 46 emails with Priscilla from 20 December 2012 to 20 February 2013.

    d.   Plaintiff has added **Exhibit A-5** as sample emails

    e.   Vicken International does not have a website.

11. Summary: Except for the modifications of the Original Motion listed above in 2-10, to address the discrepancies itemized in the Order Denying Motion, the remainder of this Revised Motion remains the same.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff respectfully requests an order to allow service of Summons on Defendants in an alternative manner as indicated below.

Rule 4(d) provides for a request for waiver of service by the Plaintiff.  Rule 4(d)(1)(F-G) states:

> F) give the defendant a reasonable time of at least 30 days after the request was sent—or at least 60 days if sent to the defendant outside any judicial district of the United States—to return the waiver; and
>
> (G) be sent by first-class mail or other reliable means.

Plaintiff filed this complaint on 6 February 2013, and sent the Summons, Complaint, and all other required documents including two copies of the waiver of service and a self-addressed stamped envelope to all of the Defendants as indicated in **Exhibits A-J**, on 11 February at the US Post Office, with tracking numbers for each package.

1. ALL overseas Express Mail packages with tracking were returned unopened indicating that the addresses were not good:

    a. Mail to Walsh Griffin, and Walsh Capital Group, (**Exhibits H-1 and H-3**) both with the same address in Dublin, Ireland were returned…bad address.

    b. Mail to AJR International FZE (**Exhibit J**), Ivan Ahmed Azziz, Daniel Okwudili Nwankwo, Cisse Abdoulaye, and Ben Aka (**Exhibits I-1 thru I-4**) in Abu Dhabi, UAE were all returned…bad addresses.

2. U.S. recipients received Priority Mail packages with tracking:

    a. Mail to Priscilla Ellis as an individual (**Exhibit A-1**) was delivered, forwarded, delivered, and then returned as unknown addressee

    b. Mail to Priscilla Ellis as CEO of KVP International Consultants (**Exhibit A-2**) was delivered and not returned.

    c. Mail to KVP International Consultants (**Exhibit B**) was delivered and not returned.

    d. Mail to Priscilla Ellis as CEO of Vicken International Traders LLC (**Exhibit A-**

**3**) was returned as refused.

e. Mail to Vicken International Traders LLC (**Exhibit C**) was returned as refused.

f. Mail to Kenietta Johnson as an individual ( **Exhibit D-1**, sister of Priscilla Ellis) was opened, taped, and returned to sender with "don't live at this address" written on it.

g. Mail to Kenietta Johnson as employee of KVP International Consultants (**Exhibit D-2**) was delivered and not returned.

h. Mail to John Kagose as employee of KVP International Consultants (**Exhibit E**) was delivered and not returned.

i. Mail to Kelvin Don as an employee of Salvtore Financial Agency (**Exhibit F-1**), and to Salvtore Financial Agency (**Exhibit G**) were both returned as "wrong address".

As can be seen, all of the overseas addresses were fraudulent, and therefore the provisions of the Convention on the "Service Abroad of Judicial and Extrajudicial Documents" in Civil or Commercial Matters (Hague Service Convention) are no longer applicable.

Plaintiff has, however, communicated with all individuals by email, and asks the court to approve alternate service by Registered Email as decided in the United States District Court, E.D. Texas, Marshall Division on January 23, 2012: *RPOST HOLDINGS, INC., RPOST INTERNATIONAL LIMITED, and RMAIL LIMITED Plaintiffs, v. DMITRY KAGAN Defendant Civil Action No. 2:11-cv-238-JRG…*which is provided in **Exhibit K** in its entirety.

RPost Holdings provides a secure internet service which allows users to send email to recipients as registered email…an acknowledgement is returned, and then a receipt is returned within 2 hours showing that the recipient's email server received the email, and allows the sender to then forward that receipt to RPost which returns a complete authentication of the contents of the email including attachments, to verify delivery.

Defendant Priscilla Ellis, has not sent back a Waiver of Service for herself, Kenietta

Johnson, John Kagose, or KVP International Consultants.

Rule 4 looks to ensure that Summons/Complaint/documents are served in a way that is reasonably calculated to give notice to the Defendant that they are being sued.

After receiving information on service by mail on each of the Defendants, Plaintiff then used the RPost Registered Email services, and sent every defendant a registered email with all of the required documents attached. Since the Complaint was 5MB in size as a single file, Plaintiff sent two registered emails to each Defendant and authenticated all of the emails (See **Exhibits A-4, F-2, H-2, and I-5**) . The only exception was AJR International FZE…they have no email address, a bad phone number, and a fraudulent physical address…there was no manner to serve them…however, the individuals that directed Plaintiff to wire funds to the account owned by AJR International FZE (Walsh Griffin, Walsh Capital Group, and Ivan Ahmed Azziz) were all served by registered email, and are therefore aware of complaint on behalf of AJR International FZE, which looks to be simply a fraudulent company that they control.

NONE of the emails bounced…each of the separate emails were the emails with which Plaintiff communicated with each of the Defendants over a period of time, during which time this sequence of alleged fraudulent activities occurred, and the Registered Email delivery of service is therefore reasonably calculated to give notice to each and every Defendant, in addition to any email communication received back by Plaintiff verifying same by Defendant themselves…as with Priscilla Ellis.

Plaintiff therefore requests this court to grant this motion to accept the Registered Email service of delivery as an acceptable proof of service reasonably calculated to give notice to each Defendant. Two items will be submitted by Plaintiff to rectify errors: Victoria Ellis is on the Complaint but not the Summons, and therefore will be deleted from the complaint…she is evidently a minor, the daughter of Priscilla Ellis. Since AJR International FZE has no known address, they will be removed and left as a Doe until such time as their whereabouts can be ascertained.

Date: 22 April 2013            By: _____

                                    Fletcher Carson, Plaintiff pro se

## CERTIFICATE OF SERVICE

I hereby certify that I electronically submitted the foregoing document using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

Dated: 22 April 2013          By: _____

                                    Fletcher Carson, Plaintiff pro se

# EXHIBIT A-1

## Priscilla Ellis – Personal

### Service of Process Attempts

1. Priscilla Ellis – Personal
   a. Tracking: 9505 5101 3742 3042 4020 29
   b. Priority mail 2/11/13 (delivered, forwarded, delivered, addressee unknown)
   c. Expected delivery: 2/13/13 ➔ RETURNED



# Priscilla Ellis as CEO of KVP International Consultants

Service of Process Attempts

1. Priscilla Ellis – CEO of KVP
   a. Tracking: 9505 5101 3742 3042 4031 32
   b. Priority mail 2/11/13 (delivered, forwarded, delivered, addressee unknown)
   c. Expected delivery: 2/13/13 ➔ Delivered



# EXHIBIT A-3

## Priscilla Ellis as CEO of Vicken International Traders

### Service of Process Attempts

1. Priscilla Ellis – CEO of Vicken
   a. Tracking: 9505 5101 3742 3042 4036 82
   b. Priority mail 2/11/13
   c. Expected delivery: 2/13/13 ➜ 2/13
   d. RETURNED as REFUSED



# EXHIBIT A-4

## Priscilla Ellis

Authentication of Registered Email receipt to:

mspajd@aol.com as email used for all the following:

for Priscilla Ellis personally, as CEO of KVP International Consultants, as CEO of Vicken International Traders, for KVP International Consultants, for Vicken International Traders, for Kenietta Johnson at KVP International Consultants, and for John Kagose at KVP International Consultants



**RECEIPT AUTHENTICATION™**
PROOF OF DELIVERY, CONTENT AND OFFICIAL TIME ™

**The receipt you have submitted to our system is valid and proves the delivery results displayed below.**

**\*\* A copy of the original message is attached. \*\***

| Delivery Status | | | | | |
|---|---|---|---|---|---|
| **Address** | **Status** | **Details** | **Delivered (UTC\*)** | **Delivered (local)** | **Opened (local)** |
| mspajd@aol.com | Delivered to MailBox | Relayed to mailbox core-mgc003c.r1000.mail.aol.com | 3/16/2013 2:06:03 AM (UTC) | 3/15/2013 7:06:03 PM(-700) | |
| fc@omsphere.com | Delivered to Mailserver | 250 ok: Message 234421118 accepted smtp.secureserver.net (72.167.238.201) | 3/16/2013 2:06:02 AM (UTC) | 3/15/2013 7:06:02 PM(-700) | |

\*UTC represents Coordinated Universal Time.

| Message Envelope | |
|---|---|
| **From:** | Fletcher Carson<fletcher.carson@entirelydifferentsolutions.com> |
| **Subject:** | US District Court Summons and Complaint 1 of 2 Case 4:13-cv-00522-KAW |
| **To:** | <mspajd@aol.com> |
| **Cc:** | <fc@omsphere.com> |

| | |
|---|---|
| **Bcc:** | |
| **Network ID:** | <01d001ce21ea$ad1ce920$0756bb60$@entirelydifferentsolutions. |
| **Received:** | 3/16/2013 2:05:58 AM(UTC) -420 |
| **Client Code:** | |

| **Message Statistics** | |
|---|---|
| **Message ID:** | 0FD04487802DAD5EAD964E9F3889A85A47DAF19B |
| **Message Size:** | 7425365 |
| **Additional Notes:** | None |
| **File Name:** | **File Size (bytes)** |
| Federal Complaint.pdf | 5395783 |
| regdata.txt | 411 |

**Delivery Audit Trail**

From:MAILER-DAEMON@AOL.com:Your message was successfully delivered to the destination(s) listed below. If the message was delivered to mailbox you will receive no further notifications. Otherwise you may still receive notifications of mail delivery errors from other systems. Please direct further questions regarding this message to your e-mail administrator. --AOL Postmaster : delivery via core-mgc003c.r1000.mail.aol.com[172.29.238.12]:7025: 250 2.1.5 OK

Email secured by Check Point

2013-03-15 19:05:58 starting aol.com/mta1\n 2013-03-15 19:05:58 connecting from mta1.la1.rpost.net (64.70.1.107) to mailin-04.mx.aol.com (64.12.90.34)\n 2013-03-15 19:05:58 connected from 64.70.1.107:45413\n 2013-03-15 19:05:58 >>> 220-mtain-mh04.r1000.mx.aol.com ESMTP Internet Inbound\n 2013-03-15 19:05:58 >>> 220-AOL and its affiliated companies do not\n 2013-03-15 19:05:58 >>> 220-authorize the use of its proprietary computers and computer\n 2013-03-15 19:05:58 >>> 220-networks to accept, transmit, or distribute unsolicited bulk\n 2013-03-15 19:05:58 >>> 220-e-mail sent from the internet.\n 2013-03-15 19:05:58 >>> 220-Effective immediately:\n 2013-03-15 19:05:58 >>> 220-AOL may no longer accept connections from IP addresses\n 2013-03-15 19:05:58 >>> 220 which no do not have reverse-DNS (PTR records) assigned.\n 2013-03-15 19:05:58 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 19:05:58 >>> 250-mtain-mh04.r1000.mx.aol.com\n 2013-03-15 19:05:58 >>> 250 DSN\n 2013-03-15 19:05:58 <<< MAIL FROM:<rcpt0FD04487802DAD5EAD964E9F3889A85A47DAF19B-1@rpost.net>

RET=HDRS\n 2013-03-15 19:05:58 >>> 250 2.1.0 Ok\n 2013-03-15 19:05:58 <<< RCPT

TO:<mspajd@aol.com> NOTIFY=SUCCESS,FAILURE,DELAY\n 2013-03-15 19:05:58 >>> 250

2.1.5 Ok\n 2013-03-15 19:05:58 <<< DATA\n 2013-03-15 19:05:59 >>> 354 End data with

<CR><LF>.<CR><LF>\n 2013-03-15 19:06:01 <<< .\n 2013-03-15 19:06:03 >>> 250 2.0.0 Ok:

queued as E63E038000088\n 2013-03-15 19:06:03 <<< QUIT\n 2013-03-15 19:06:03 >>> 221

2.0.0 Bye\n 2013-03-15 19:06:03 closed mailin-04.mx.aol.com (64.12.90.34) in=579 out=7428873\n

2013-03-15 19:06:03 done aol.com/mta1

2013-03-15 19:06:00 starting omsphere.com/mta1\n 2013-03-15 19:06:00 connecting from

mta1.la1.rpost.net (64.70.1.107) to smtp.secureserver.net (72.167.238.201)\n 2013-03-15 19:06:00

connected from 64.70.1.107:46991\n 2013-03-15 19:06:00 >>> 220 p3pismtp01-

062.prod.phx3.secureserver.net ESMTP\n 2013-03-15 19:06:00 <<< EHLO mta1.la1.rpost.net\n

2013-03-15 19:06:00 >>> 250-p3pismtp01-062.prod.phx3.secureserver.net\n 2013-03-15 19:06:00

>>> 250-8BITMIME\n 2013-03-15 19:06:00 >>> 250 SIZE 31457280\n 2013-03-15 19:06:00 <<<

MAIL FROM:<rcpt0FD04487802DAD5EAD964E9F3889A85A47DAF19B-2@rpost.net>

BODY=7BIT\n 2013-03-15 19:06:00 >>> 250 sender

<rcpt0FD04487802DAD5EAD964E9F3889A85A47DAF19B-2@rpost.net> ok\n 2013-03-15

19:06:00 <<< RCPT TO:<fc@omsphere.com>\n 2013-03-15 19:06:00 >>> 250 recipient

<fc@omsphere.com> ok\n 2013-03-15 19:06:00 <<< DATA\n 2013-03-15 19:06:00 >>> 354 go

ahead\n 2013-03-15 19:06:01 <<< .\n 2013-03-15 19:06:02 >>> 250 ok: Message 234421118

accepted\n 2013-03-15 19:06:02 <<< QUIT\n 2013-03-15 19:06:02 >>> 221 p3pismtp01-

062.prod.phx3.secureserver.net\n 2013-03-15 19:06:02 closed smtp.secureserver.net

(72.167.238.201) in=341 out=7428848\n 2013-03-15 19:06:02 done omsphere.com/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

**The receipt you have submitted to our system is valid and proves the delivery results displayed below.**

**\*\* A copy of the original message is attached. \*\***

## Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---------|--------|---------|------------------|-------------------|----------------|
| fc@omsphere.com | Delivered to Mailserver | 250 ok: Message 1639418993 accepted smtp.secureserver.net (72.167.238.201) | 3/16/2013 2:05:27 AM (UTC) | 3/15/2013 7:05:27 PM(-700) | |
| mspajd@aol.com | Delivered to MailBox | Relayed to mailbox core-mgc003c.r1000.mail.aol.com | 3/16/2013 2:05:37 AM (UTC) | 3/15/2013 7:05:37 PM(-700) | |

*UTC represents Coordinated Universal Time.

## Message Envelope

| | |
|---|---|
| **From:** | Fletcher Carson<fletcher.carson@entirelydifferentsolutions.com> |
| **Subject:** | US District Court Summons and Complaint 2 of 2 Case 4:13-cv-00522-KAW |
| **To:** | <mspajd@aol.com> |
| **Cc:** | <fc@omsphere.com> |
| **Bcc:** | |
| **Network ID:** | <01ca01ce21ea$a3760e10$ea622a30$@entirelydifferentsolutions. |
| **Received:** | 3/16/2013 2:05:27 AM(UTC) -420 |
| **Client Code:** | |

## Message Statistics

| | |
|---|---|
| **Message ID:** | 2D5831EE64A0A1E627E64DE59E88EA89A6A947F8 |
| **Message Size:** | 4426382 |
| **Additional Notes:** | None |
| **File Name:** | **File Size (bytes)** |
| Declaration of Fletcher Carson.pdf | 99590 |
| SummonsAndOtherDocs.pdf | 1744660 |

| | |
|---|---|
| WaiverOfService KVP Intnl Cons.pdf | 260669 |
| WaiverOfService PriscillaEllis KVP.pdf | 277807 |
| WaiverOfService PriscillaEllis Pers.pdf | 282828 |
| WaiverOfService PriscillaEllis Vicken.pdf | 282920 |
| WaiverOfService Vicken Intnl Trdr.pdf | 259355 |
| regdata.txt | 411 |

**Delivery Audit Trail**

From:MAILER-DAEMON@AOL.com:Your message was successfully delivered to the destination(s) listed below. If the message was delivered to mailbox you will receive no further notifications. Otherwise you may still receive notifications of mail delivery errors from other systems. Please direct further questions regarding this message to your e-mail administrator. --AOL Postmaster : delivery via core-mgc003c.r1000.mail.aol.com[172.29.238.12]:7025: 250 2.1.5 OK Email secured by Check Point

2013-03-15 19:05:26 starting omsphere.com/mta1\n 2013-03-15 19:05:26 connecting from mta1.la1.rpost.net (64.70.1.107) to smtp.secureserver.net (72.167.238.201)\n 2013-03-15 19:05:26 connected from 64.70.1.107:40051\n 2013-03-15 19:05:26 >>> 220 p3pismtp01-031.prod.phx3.secureserver.net ESMTP\n 2013-03-15 19:05:26 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 19:05:26 >>> 250-p3pismtp01-031.prod.phx3.secureserver.net\n 2013-03-15 19:05:26 >>> 250-8BITMIME\n 2013-03-15 19:05:26 >>> 250 SIZE 31457280\n 2013-03-15 19:05:26 <<< MAIL FROM:<rcpt2D5831EE64A0A1E627E64DE59E88EA89A6A947F8-1@rpost.net> BODY=7BIT\n 2013-03-15 19:05:26 >>> 250 sender <rcpt2D5831EE64A0A1E627E64DE59E88EA89A6A947F8-1@rpost.net> ok\n 2013-03-15 19:05:26 <<< RCPT TO:<fc@omsphere.com>\n 2013-03-15 19:05:26 >>> 250 recipient <fc@omsphere.com> ok\n 2013-03-15 19:05:26 <<< DATA\n 2013-03-15 19:05:26 >>> 354 go ahead\n 2013-03-15 19:05:27 <<< .\n 2013-03-15 19:05:27 >>> 250 ok: Message 1639418993 accepted\n 2013-03-15 19:05:27 <<< QUIT\n 2013-03-15 19:05:27 >>> 221 p3pismtp01-

031.prod.phx3.secureserver.net\n 2013-03-15 19:05:27 closed smtp.secureserver.net

(72.167.238.201) in=342 out=4429897\n 2013-03-15 19:05:27 done omsphere.com/mta1

2013-03-15 19:05:28 starting aol.com/mta1\n 2013-03-15 19:05:28 connecting from

mta1.la1.rpost.net (64.70.1.107) to mailin-01.mx.aol.com (64.12.90.1)\n 2013-03-15 19:05:28

connected from 64.70.1.107:45100\n 2013-03-15 19:05:33 >>> 220-mtain-me03.r1000.mx.aol.com

ESMTP Internet Inbound\n 2013-03-15 19:05:33 >>> 220-AOL and its affiliated companies do not\n

2013-03-15 19:05:33 >>> 220-authorize the use of its proprietary computers and computer\n 2013-

03-15 19:05:33 >>> 220-networks to accept, transmit, or distribute unsolicited bulk\n 2013-03-15

19:05:33 >>> 220-e-mail sent from the internet.\n 2013-03-15 19:05:33 >>> 220-Effective

immediately:\n 2013-03-15 19:05:33 >>> 220-AOL may no longer accept connections from IP

addresses\n 2013-03-15 19:05:33 >>> 220 which no do not have reverse-DNS (PTR records)

assigned.\n 2013-03-15 19:05:33 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 19:05:33 >>> 250-

mtain-me03.r1000.mx.aol.com\n 2013-03-15 19:05:33 >>> 250 DSN\n 2013-03-15 19:05:33 <<<

MAIL FROM:<rcpt2D5831EE64A0A1E627E64DE59E88EA89A6A947F8-2@rpost.net>

RET=HDRS\n 2013-03-15 19:05:33 >>> 250 2.1.0 Ok\n 2013-03-15 19:05:33 <<< RCPT

TO:<mspajd@aol.com> NOTIFY=SUCCESS,FAILURE,DELAY\n 2013-03-15 19:05:33 >>> 250

2.1.5 Ok\n 2013-03-15 19:05:33 <<< DATA\n 2013-03-15 19:05:33 >>> 354 End data with

<CR><LF>.<CR><LF>\n 2013-03-15 19:05:35 <<< .\n 2013-03-15 19:05:37 >>> 250 2.0.0 Ok:

queued as 6AE3A380000AB\n 2013-03-15 19:05:37 <<< QUIT\n 2013-03-15 19:05:37 >>> 221

2.0.0 Bye\n 2013-03-15 19:05:37 closed mailin-01.mx.aol.com (64.12.90.1) in=579 out=4429922\n

2013-03-15 19:05:37 done aol.com/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

.

Motion To Allow Alternate Service of Process
Case No. 4:13-CV-00520-KAW

# EXHIBIT A-5

## Use of email address JSPAJD@aol.com

+++++++++++++++++++++++++++++++++++++++++++++++

**First email shows usage as CEO KVP International Consultants**

+++++++++++++++++++++++++++++++++++++++++++++++

**From:** MSPAJD@aol.com [mailto:MSPAJD@aol.com]

**Sent:** Thursday, December 20, 2012 11:31 AM

**To:** Fletcher.Carson@EntirelyDifferentSolutions.com

**Subject:** Re: Endorsed Contract Copy

Hello Fletcher;

Am trying to have them overnight your funds to my office

P. Ellis

CEO http://www.kvpinternationalconsultants.com/index.php

*KVP International Consultants*

*"Where Humanitarian of Man Kind is done for the greater Good of the World"*

*** Warning - Confidentiality Notice ***

*The information in this email may be confidential and/or legally privileged and exempt from disclosure under the applicable law. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, disclosure, distribution/dissemination or copying of this communication, its attachments (if any), or the information contained herein is strictly prohibited. Any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful. If you have received this email in error, please immediately notify the sender by return email and double delete this email from your computer system. Thank-you.*

*CAUTIONARY NOTIFICATION.*

*These transactions are based on private placements and do not come under the governance of These transactions are based on private placements and do not come under the governance of the SEC. These programs are not securities under the United States Securities Act of 1933, or The Securities Exchange Act of 1934 and Regulations thereto, or The Investment Company Act of 1940 and the Rules & Regulations thereof. We are not registered with the SEC or NASD as financial advisors or dealers in securities per The Investment Advisers Act of 1940. This is merely for Private Placement purposes and benefit of Humanitarian Projects Solely.*

*DISCLAIMER: This is not intended to be, and must not be construed to be in any form or manner a solicitation of investment funds or a securities offering. This email is confidential and is legally privileged.*

+++++++++++++++++++++++++++++++++++++++++++++++

**Second email shows usage as providing details for Vicken International Traders LLC bank details**

+++++++++++++++++++++++++++++++++++++++++++++++

**From:** MSPAJD@aol.com [mailto:MSPAJD@aol.com]

**Sent:** Wednesday, January 09, 2013 4:16 PM

**To:** fletcher.carson@entirelydifferentsolutions.com

**Subject:** ACCOUNT FOR FEES OF $127,000

BANK NAME:            CITIBANK

BANK ADDRESS:         NY NY 10018
BANK OFFICER:         FERNANDO
TEL. NO:              +877-528-0990
FAX NO:               +
SWIFT:                CITIUS33    ABA# 113 193 532
AC NO:                978-752-5812
AC NAME:              VICKEN INTERNATIONAL TRADERS LLC

Address: 350 fifth Ave , NY, NY 10018

P. Ellis

Motion To Allow Alternate Service of Process              Page **23** of **72**
Case No. 4:13-CV-00520-KAW

CEO http://www.kvpinternationalconsultants.com/index.php

*KVP International Consultants*

*"Where Humanitarian of Man Kind is done for the greater Good of the World"*

*** Warning - Confidentiality Notice ***

*The information in this email may be confidential and/or legally privileged and exempt from disclosure under the applicable law. It is intended*

*solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient or an authorized*

*representative of the intended recipient, you are hereby notified that any review, disclosure, distribution/dissemination or copying of this*

*communication, its attachments (if any), or the information contained herein is strictly prohibited. Any action taken or omitted to be taken in*

*reliance on it is prohibited and may be unlawful. If you have received this email in error, please immediately notify the sender by return email*

*and double delete this email from your computer system. Thank-you.*

*CAUTIONARY NOTIFICATION.*

*These transactions are based on private placements and do not come under the governance of These transactions are based on private*

*placements and do not come under the governance of the SEC. These programs are not securities under the United States Securities Act of*

*1933, or The Securities Exchange Act of 1934 and Regulations thereto, or The Investment Company Act of 1940 and the Rules &*

*Regulations thereof. We are not registered with the SEC or NASD as financial advisors or dealers in securities per The Investment Advisers*

*Act of 1940. This is merely for Private Placement purposes and benefit of Humanitarian Projects Solely.*

*DISCLAIMER: This is not intended to be, and must not be construed to be in any form or manner a solicitation of investment funds or a*

*securities offering. This email is confidential and is legally privileged.*

Motion To Allow Alternate Service of Process
Case No. 4:13-CV-00520-KAW

# EXHIBIT B
## KVP International Consultants
### Service of Process Attempts

1. KVP International Consultants
   a. Tracking: 9505 5101 3742 3042 4029 37
   b. Priority mail 2/11/13
   c. Expected delivery: 2/13/13 ➔ 2/14 Delivered



# EXHIBIT C
## Vicken International Traders LLC
### Service of Process Attempts

1. Vicken International Traders LLC
   a. Tracking: 9505 5101 3742 3042 4023 88
   b. Priority mail 2/11/13
   c. Expected delivery: 2/13/13 ➜ 2/13
   d. RETURNED as REFUSED



# EXHIBIT D-1

## Kenietta Johnson - Personal

### Service of Process Attempts

1.  Kenietta Johnson
    a.  Tracking: 9505 5101 3742 3042 4033 16
    b.  Priority mail 2/11/13
    c.  Expected delivery: 2/13/13 ➔ 2/14 ➔ returned
    d.  Shows forwarding address: POB 1782, Ft. Myer VA  22211
    e.  ➔ IT HAD BEEN **OPENED** and retaped...indicated to return to sender "don't live at this address"



# EXHIBIT D-2

## Kenietta Johnson – KVP International Consultants

### Service of Process Attempts

1. Kenietta Johnson @ KVP International Consultants
   a. Tracking: 9505 5101 3742 3042 4027 22
   b. Priority mail 2/11/13
   c. Expected delivery: 2/13/13 ➔ 2/14 <mark>Delivered</mark>



# EXHIBIT E

## John Kagose – KVP International Consultants

### Service of Process Attempts

1. John Kagose @ KVP International Consultants
   a. Tracking: 9505 5101 3742 3042 4035 14
   b. Priority mail 2/11/13
   c. Expected delivery: 2/13/13 ➔ 2/14 `Delivered`



# EXHIBIT F-1

## Kelvin Don – Salvtore Financial Agency

### Service of Process Attempts

1. Kelvin Don – Salvtore Financial Agency
   a. Tracking: 9505 5101 3742 3042 4025 55
   b. Priority mail 2/11/13
   c. Expected delivery: 2/13/13 ➔ 2/14 ➔ returned
   d. RETURN TO SENDER hand written on it "wrong" address



# EXHIBIT F-2

## Kelvin Don

Authentication of Registered Email receipt to:

salvtoreloanagency@yahoo.com



**The receipt you have submitted to our system is valid and proves the delivery results displayed below.**

**\*\* A copy of the original message is attached. \*\***

## Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| fc@omsphere.com | Delivered to Mailserver | 250 ok: Message 340940457 accepted smtp.secureserver.net (72.167.238.201) | 3/16/2013 2:01:15 AM (UTC) | 3/15/2013 7:01:15 PM(-700) | |
| salvtoreloanagency@yahoo.com | Delivered to Mailserver | 250 ok dirdel mta6.am0.yahoodns.net (66.94.238.147) | 3/16/2013 2:01:27 AM (UTC) | 3/15/2013 7:01:27 PM(-700) | |

*UTC represents Coordinated Universal Time.

## Message Envelope

| | |
|---|---|
| **From:** | Fletcher Carson<fletcher.carson@entirelydifferentsolutions.com> |
| **Subject:** | US District Court Summons and Complaint 1 of 2 Case 4:13-cv-00522-KAW |
| **To:** | <salvtoreloanagency@yahoo.com> |
| **Cc:** | <fc@omsphere.com> |
| **Bcc:** | |
| **Network ID:** | <01b801ce21ea$02149410$063dbc30$@entirelydifferentsolutions. |
| **Received:** | 3/16/2013 2:01:11 AM(UTC) -420 |
| **Client Code:** | |

## Message Statistics

| | |
|---|---|
| **Message ID:** | 876E2E8F4C629C388CA7E973A4A7456D23D23ED2 |
| **Message Size:** | 7424133 |

| Additional Notes: | None |
|---|---|
| File Name: | File Size (bytes) |
| Federal Complaint.pdf | 5395783 |

**Delivery Audit Trail**

2013-03-15 19:01:12 starting yahoo.com/mta1\n 2013-03-15 19:01:12 connecting from mta1.la1.rpost.net (64.70.1.107) to mta6.am0.yahoodns.net (66.94.238.147)\n 2013-03-15 19:01:12 connected from 64.70.1.107:60904\n 2013-03-15 19:01:12 >>> 220 mta1485.mail.mud.yahoo.com ESMTP YSmtpProxy service ready\n 2013-03-15 19:01:12 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 19:01:12 >>> 250-mta1485.mail.mud.yahoo.com\n 2013-03-15 19:01:12 >>> 250-8BITMIME\n 2013-03-15 19:01:12 >>> 250-SIZE 41943040\n 2013-03-15 19:01:12 >>> 250 PIPELINING\n 2013-03-15 19:01:12 <<< MAIL FROM:<rcpt876E2E8F4C629C388CA7E973A4A7456D23D23ED2-1@rpost.net> BODY=7BIT\n 2013-03-15 19:01:12 <<< RCPT TO:<salvtoreloanagency@yahoo.com>\n 2013-03-15 19:01:12 <<< DATA\n 2013-03-15 19:01:12 >>> 250 sender <rcpt876E2E8F4C629C388CA7E973A4A7456D23D23ED2-1@rpost.net> ok\n 2013-03-15 19:01:12 >>> 250 recipient <salvtoreloanagency@yahoo.com> ok\n 2013-03-15 19:01:12 >>> 354 go ahead\n 2013-03-15 19:01:15 <<< .\n 2013-03-15 19:01:27 >>> 250 ok dirdel\n 2013-03-15 19:01:27 <<< QUIT\n 2013-03-15 19:01:27 >>> 221 mta1485.mail.mud.yahoo.com\n 2013-03-15 19:01:27 closed mta6.am0.yahoodns.net (66.94.238.147) in=328 out=7427655\n 2013-03-15 19:01:27 done yahoo.com/mta1

2013-03-15 19:01:14 starting omsphere.com/mta1\n 2013-03-15 19:01:14 connecting from mta1.la1.rpost.net (64.70.1.107) to smtp.secureserver.net (72.167.238.201)\n 2013-03-15 19:01:14 connected from 64.70.1.107:58115\n 2013-03-15 19:01:14 >>> 220 p3pismtp01-052.prod.phx3.secureserver.net ESMTP\n 2013-03-15 19:01:14 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 19:01:14 >>> 250-p3pismtp01-052.prod.phx3.secureserver.net\n 2013-03-15 19:01:14 >>> 250-8BITMIME\n 2013-03-15 19:01:14 >>> 250 SIZE 31457280\n 2013-03-15 19:01:14 <<< MAIL FROM:<rcpt876E2E8F4C629C388CA7E973A4A7456D23D23ED2-2@rpost.net> BODY=7BIT\n 2013-03-15 19:01:14 >>> 250 sender

<rcpt876E2E8F4C629C388CA7E973A4A7456D23D23ED2-2@rpost.net> ok\n 2013-03-15 19:01:14 <<< RCPT TO:<fc@omsphere.com>\n 2013-03-15 19:01:14 >>> 250 recipient <fc@omsphere.com> ok\n 2013-03-15 19:01:14 <<< DATA\n 2013-03-15 19:01:14 >>> 354 go ahead\n 2013-03-15 19:01:15 <<< .\n 2013-03-15 19:01:15 >>> 250 ok: Message 340940457 accepted\n 2013-03-15 19:01:15 <<< QUIT\n 2013-03-15 19:01:15 >>> 221 p3pismtp01-052.prod.phx3.secureserver.net\n 2013-03-15 19:01:15 closed smtp.secureserver.net (72.167.238.201) in=341 out=7427616\n 2013-03-15 19:01:15 done omsphere.com/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.



**The receipt you have submitted to our system is valid and proves the delivery results displayed below.**

**\*\* A copy of the original message is attached. \*\***

| Delivery Status | | | | | |
|---|---|---|---|---|---|
| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
| salvtoreloanagency@yahoo.com | Delivered and Opened | HTTP-IP:204.93.60.126 | 3/16/2013 2:00:49 AM (UTC) | 3/15/2013 7:00:49 PM(-700) | 3/15/2013 7:57:49 PM(-700) |
| fc@omsphere.com | Delivered to Mailserver | 250 ok: Message 534733314 accepted smtp.secureserver.net (72.167.238.201) | 3/16/2013 2:00:37 AM (UTC) | 3/15/2013 7:00:37 PM(-700) | |

*UTC represents Coordinated Universal Time.

## Message Envelope

| | |
|---|---|
| From: | Fletcher Carson<fletcher.carson@entirelydifferentsolutions.com> |
| Subject: | US District Court Summons and Complaint 2 of 2 Case 4:13-cv-00522-KAW |
| To: | <salvtoreloanagency@yahoo.com> |
| Cc: | <fc@omsphere.com> |
| Bcc: | |
| Network ID: | <01b201ce21e9$fb2733b0$f1759b10$@entirelydifferentsolutions. |
| Received: | 3/16/2013 2:00:35 AM(UTC) -420 |
| Client Code: | |

## Message Statistics

| | |
|---|---|
| Message ID: | 47F7BDE4CEB85385DA12DEA0F262A38A21600562 |
| Message Size: | 3269716 |
| Additional Notes: | None |
| **File Name:** | **File Size (bytes)** |
| Declaration of Fletcher Carson.pdf | 99590 |
| SummonsAndOtherDocs.pdf | 1744660 |
| WaiverOfService SalvtoreLoan.pdf | 259360 |
| WaiverOfService KelvinDon Salvtore.pdf | 260067 |
| regdata.txt | 411 |
| regdata.txt | 411 |

## Delivery Audit Trail

From:opendetection@rpost.net:**Opened from IP 204.93.60.126** \n ---- Connection: close Content-Length: 0 Accept: */* Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.3 Accept-Encoding: gzip,deflate,sdch Accept-Language: en-US,en;q=0.8 Host: open.rpost.net Referer: http://us.mc1645.mail.yahoo.com/mc/welcome?.gx=1&.tm=1363375501&.rand=evgvp1vqn0543 User-Agent: Mozilla/5.0 (Windows NT 6.1; WOW64) AppleWebKit/537.22 (KHTML, like Gecko) Chrome/25.0.1364.172 Safari/537.22 afl: 57518 /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/47F7BDE4CEB85385DA12DEA0F262A38A21600562-2_64F695D31402727AE3B20A3A4ED7CBC6FA6997F7/rpost.gif\n 204.93.60.126204.93.60.12663704GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-

IIS/7.5/rpost.aspxclose\n 0*/*ISO-8859-1,utf-8;q=0.7,*;q=0.3gzip,deflate,sdch\n en-US,en;q=0.8open.rpost.nethttp://us.mc1645.mail.yahoo.com/mc/welcome?.gx=1&.tm=1363375501&.rand=evgvp1vqn0543Mozilla/5.0 (Windows NT 6.1; WOW64) AppleWebKit/537.22 (KHTML, like Gecko) Chrome/25.0.1364.172 Safari/537.22\n 57518

2013-03-15 19:00:36 starting omsphere.com/mta1\n 2013-03-15 19:00:36 connecting from mta1.la1.rpost.net (64.70.1.107) to smtp.secureserver.net (72.167.238.201)\n 2013-03-15 19:00:36 connected from 64.70.1.107:35686\n 2013-03-15 19:00:36 >>> 220 p3pismtp01-045.prod.phx3.secureserver.net ESMTP\n 2013-03-15 19:00:36 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 19:00:36 >>> 250-p3pismtp01-045.prod.phx3.secureserver.net\n 2013-03-15 19:00:36 >>> 250-8BITMIME\n 2013-03-15 19:00:36 >>> 250 SIZE 31457280\n 2013-03-15 19:00:36 <<< MAIL FROM:<rcpt47F7BDE4CEB85385DA12DEA0F262A38A21600562-1@rpost.net> BODY=7BIT\n 2013-03-15 19:00:36 >>> 250 sender <rcpt47F7BDE4CEB85385DA12DEA0F262A38A21600562-1@rpost.net> ok\n 2013-03-15 19:00:36 <<< RCPT TO:<fc@omsphere.com>\n 2013-03-15 19:00:36 >>> 250 recipient <fc@omsphere.com> ok\n 2013-03-15 19:00:36 <<< DATA\n 2013-03-15 19:00:36 >>> 354 go ahead\n 2013-03-15 19:00:37 <<< .\n 2013-03-15 19:00:37 >>> 250 ok: Message 534733314 accepted\n 2013-03-15 19:00:37 <<< QUIT\n 2013-03-15 19:00:37 >>> 221 p3pismtp01-045.prod.phx3.secureserver.net\n 2013-03-15 19:00:37 closed smtp.secureserver.net (72.167.238.201) in=341 out=3273208\n 2013-03-15 19:00:37 done omsphere.com/mta1

2013-03-15 19:00:41 starting yahoo.com/mta1\n 2013-03-15 19:00:41 connecting from mta1.la1.rpost.net (64.70.1.107) to mta7.am0.yahoodns.net (66.94.237.64)\n 2013-03-15 19:00:41 connected from 64.70.1.107:49975\n 2013-03-15 19:00:41 >>> 220 mta1254.mail.mud.yahoo.com ESMTP YSmtpProxy service ready\n 2013-03-15 19:00:41 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 19:00:41 >>> 250-mta1254.mail.mud.yahoo.com\n 2013-03-15 19:00:41 >>> 250-8BITMIME\n 2013-03-15 19:00:41 >>> 250-SIZE 41943040\n 2013-03-15 19:00:41 >>> 250 PIPELINING\n 2013-03-15 19:00:41 <<< MAIL FROM:<rcpt47F7BDE4CEB85385DA12DEA0F262A38A21600562-2@rpost.net> BODY=7BIT\n 2013-03-15 19:00:41 <<< RCPT

TO:<salvtoreloanagency@yahoo.com>\n 2013-03-15 19:00:41 <<< DATA\n 2013-03-15 19:00:41 >>> 250 sender <rcpt47F7BDE4CEB85385DA12DEA0F262A38A21600562-2@rpost.net> ok\n 2013-03-15 19:00:41 >>> 250 recipient <salvtoreloanagency@yahoo.com> ok\n 2013-03-15 19:00:41 >>> 354 go ahead\n 2013-03-15 19:00:43 <<< .\n 2013-03-15 19:00:49 >>> 250 ok dirdel\n 2013-03-15 19:00:49 <<< QUIT\n 2013-03-15 19:00:49 >>> 221 mta1254.mail.mud.yahoo.com\n 2013-03-15 19:00:49 closed mta7.am0.yahoodns.net (66.94.237.64) in=328 out=3273247\n 2013-03-15 19:00:49 done yahoo.com/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

.

# EXHIBIT F-3
## Kelvin Don – Salvtore Financial Agency
### Sample emails

**From:** <mark>Salvtore Loan Agency [mailto:salvtoreloanagency@yahoo.com]</mark>

**Sent:** Thursday, January 03, 2013 9:30 PM

**To:** Fletcher.Carson@EntirelyDifferentSolutions.com

**Subject:** RE: PLEASE FILL AND RETURN

Fletcher Carson,

 i totally understand your plight and concern regarding most information
which is needed to compete transfer into your friend credit card, all
information listed requirement listed in my previous email to you are
information needed from the existing card owner which is your friend
information. Point of correction it is our procedure you would have to comply
with in other for us to assist you with funds from our company at this time
,reason because our online account have been hack by some internet scammers
and they made away with of $23m at this point we are building up our security
to safe gard our interest and that of our future client.


Item #14 means Mother Maiden name , please kindly instruct your dear friend
to release all needed information for us to assist you on time also if he has
funds in he can take all out and leave the card empty as well as if he has
other credit card that he has high balance or presently own on them we will
surly clear all his debt and provide available credit within five(5) hour.
The information listed and required has been carefully deliberated on by our
managing team and have also been approved by the SOCIAL SECURITY SERVICE(sss)
in the U S A AND CANADA, to and we also have Representative working with us

to ensure all vital information given to us are followed carefully for its rightful purpose also we have the FBI monitoring all our activities.

I sincerly await the needed information as this is the beginning of the year and we hope a very positive change in our services to all our client world wide.

Thank you once again for your assistant.

Kelvin Don
Salvtore Financial Agency
P.O. Box 4034, Sacramento,
CA 95812-4034,
110, West Sacramento, CA 95605.

--- On **Thu, 1/3/13, Fletcher Carson**

**<_fletcher.carson@entirelydifferentsolutions.com_**> wrote:

From: Fletcher Carson <fletcher.carson@entirelydifferentsolutions.com>
Subject: RE: PLEASE FILL AND RETURN
To: "'Salvtore Loan Agency'" <salvtoreloanagency@yahoo.com>
Date: Thursday, January 3, 2013, 11:36 PM

Kelvin,

I do not understand who the "Client" is in item #4 below...is that Mr. Griffin or me?

I assume that item #14 means Mother's "maiden" Name....

When others put money onto a credit card or into a bank account, they do not need this level of confidential information...what do I tell John (cc owner) is the reason that you need all of this information, which is usually necessary to take money OUT of an account...there is already money on

this card, and I need to assure him that this information is required...but I do not know why it is required at this time...that is the purpose for my due diligence...Mr. Griffin indicated that he only needed the card number details and the owner's date of birth, but this new request is extensive and I have no details on your company, location, background, etc....

Can you provide me with some details about your company and why this information is needed?

Thank you,

Fletcher Carson
*Chief Technology Officer and Acting CEO*
**EDSI**...like nothing else in the world
www.EntirelyDifferentSolutions.com
Cell: 707.332.0830

**From:** Fletcher Carson [mailto:fletcher.carson@entirelydifferentsolutions.com]
**Sent:** Thursday, January 03, 2013 1:52 PM
**To:** 'Salvtore Loan Agency'
**Subject:** RE: PLEASE FILL AND RETURN

Kelvin,

I need to provide some level of assurance to my friend in giving this personal information.  Do you have a website? Are you listed with the Better Business Bureau?...looking for some signs on the net that I can point to for him....assuming you are in L.A.

Fletcher Carson
*Chief Technology Officer and Acting CEO*
**EDSI**...like nothing else in the world
www.EntirelyDifferentSolutions.com
Cell: 707.332.0830

**From:** Salvtore Loan Agency [mailto:salvtoreloanagency@yahoo.com]
**Sent:** Thursday, January 03, 2013 1:45 PM
**To:** fletcher.carson@entirelydifferents.com
**Subject:** PLEASE FILL AND RETURN

Good day sir, it is a pleasure talking to you on phone and i would like to use this medium to assure you that funds will be transferred within five(5) hours as soon as we receive all needed requirement.

CREDIT CARD TRANSFER REQUIREMENT

1. NAME ON CARD -

2.CARD BILLING ADDRESS  AND ZIP CODE -
3.CLIENT ADDRESS -
4.CARD C.V.V NUMBER  -
5.TYPE OF CARD   -
6. SOCIAL SECURITY NUMBER  -
7.CARD NUMBER   -
8.ISSUE DATE -
9.EXPIRE DATE -
10. CASH LIMIT ON CARD
11. DATE OF BIRTH -
12. ISSUING BANK OF THE CARD AND ADDRESS
13. CUSTOMER SERVICE TELEPHONE NUMBER  AT THE BACK OF THE CARD -
14.MOTHERS MEDIAN NAME-

Kelvin Don

# EXHIBIT G

## Salvtore Financial Agency

### Service of Process Attempts

1. Salvtore Financial Agency
   a. Tracking: 9505 5101 3742 3042 4022 41
   b. Priority mail 2/11/13
   c. Expected delivery: 2/13/13 ➔ 2/13 ➔
   d. Returned as Return to Sender…Not at this Address



# EXHIBIT H-1

## Walsh Griffin - Personal

### Service of Process Attempts

1. Walsh Griffin - Personal
   a. EI 807383669 US (EI807383669US)
   b. Express mail 2/11/13
   c. Expected delivery by 2/15/13
   d. **RETURNED** as insufficient address: I had called Dublin police and they said they did not think it was a legitimate address



# EXHIBIT H-2
## Walsh Griffin

Authentication of Registered Email receipt to:

info@walshcapital.org , investment@walshcapital.org

## RECEIPT AUTHENTICATION™
### PROOF OF DELIVERY, CONTENT AND OFFICIAL TIME™

**The receipt you have submitted to our system is valid and proves the delivery results displayed below.**

**\*\* A copy of the original message is attached. \*\***

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---------|--------|---------|------------------|-------------------|----------------|
| fc@omsphere.com | Delivered to Mailserver | 250 ok: Message 1670133263 accepted smtp.secureserver.net (216.69.186.201) | 3/16/2013 1:56:07 AM (UTC) | 3/15/2013 6:56:07 PM(-700) | |
| info@walshcapital.org | Delivered to Mailserver | 250 2.0.0 OK 1363398963 io9si13215258pbc.318 - gsmtp ASPMX.L.GOOGLE.COM (74.125.129.27) | 3/16/2013 1:56:03 AM (UTC) | 3/15/2013 6:56:03 PM(-700) | |
| investment@walshcapital.org | Delivered to Mailserver | 250 2.0.0 OK 1363398964 tx10si13231406pbc.272 - gsmtp ASPMX.L.GOOGLE.COM (74.125.129.27) | 3/16/2013 1:56:04 AM (UTC) | 3/15/2013 6:56:04 PM(-700) | |

*UTC represents Coordinated Universal Time.

### Message Envelope

| | |
|---|---|
| **From:** | Fletcher Carson<fletcher.carson@entirelydifferentsolutions.com> |
| **Subject:** | FW: US District Court Summons and Complaint 1 of 2 Case 4:13-cv-00522-KAW |
| **To:** | <info@walshcapital.org><br><investment@walshcapital.org> |
| **Cc:** | <fc@omsphere.com> |

| Bcc: | |
|---|---|
| Network ID: | <01ac01ce21e9$440f40f0$cc2dc2d0$@entirelydifferentsolutions. |
| Received: | 3/16/2013 1:55:57 AM(UTC) -420 |
| Client Code: | |

| Message Statistics | |
|---|---|
| Message ID: | 7622AE74FBFFB9E95E0B77EE6B76DF315ED10EC9 |
| Message Size: | 7424362 |
| Additional Notes: | None |
| File Name: | File Size (bytes) |
| Federal Complaint.pdf | 5395783 |

**Delivery Audit Trail**

2013-03-15 18:55:56 starting omsphere.com/mta1\n 2013-03-15 18:55:56 connecting from mta1.la1.rpost.net (64.70.1.107) to smtp.secureserver.net (216.69.186.201)\n 2013-03-15 18:55:56 connected from 64.70.1.107:38386\n 2013-03-15 18:56:05 >>> 220 m1pismtp01-031.prod.mesa1.secureserver.net ESMTP\n 2013-03-15 18:56:05 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 18:56:05 >>> 250-m1pismtp01-031.prod.mesa1.secureserver.net\n 2013-03-15 18:56:05 >>> 250-8BITMIME\n 2013-03-15 18:56:05 >>> 250 SIZE 31457280\n 2013-03-15 18:56:05 <<< MAIL FROM:<rcpt7622AE74FBFFB9E95E0B77EE6B76DF315ED10EC9-1@rpost.net> BODY=7BIT\n 2013-03-15 18:56:05 >>> 250 sender <rcpt7622AE74FBFFB9E95E0B77EE6B76DF315ED10EC9-1@rpost.net> ok\n 2013-03-15 18:56:05 <<< RCPT TO:<fc@omsphere.com>\n 2013-03-15 18:56:05 >>> 250 recipient <fc@omsphere.com> ok\n 2013-03-15 18:56:05 <<< DATA\n 2013-03-15 18:56:06 >>> 354 go ahead\n 2013-03-15 18:56:06 <<< .\n 2013-03-15 18:56:07 >>> 250 ok: Message 1670133263 accepted\n 2013-03-15 18:56:07 <<< QUIT\n 2013-03-15 18:56:07 >>> 221 m1pismtp01-031.prod.mesa1.secureserver.net\n 2013-03-15 18:56:07 closed smtp.secureserver.net (216.69.186.201) in=345 out=7427844\n 2013-03-15 18:56:07 done omsphere.com/mta1

2013-03-15 18:55:59 starting walshcapital.org/mta1\n 2013-03-15 18:55:59 connecting from mta1.la1.rpost.net (64.70.1.107) to ASPMX.L.GOOGLE.COM (74.125.129.27)\n 2013-03-15 18:55:59 connected from 64.70.1.107:34740\n 2013-03-15 18:55:59 >>> 220 mx.google.com ESMTP io9si13215258pbc.318 - gsmtp\n 2013-03-15 18:55:59 <<< EHLO mta1.la1.rpost.net\n

2013-03-15 18:55:59 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-03-15 18:55:59 >>> 250-SIZE 35882577\n 2013-03-15 18:55:59 >>> 250-8BITMIME\n 2013-03-15 18:55:59 >>> 250-STARTTLS\n 2013-03-15 18:55:59 >>> 250-ENHANCEDSTATUSCODES\n 2013-03-15 18:55:59 >>> 250 PIPELINING\n 2013-03-15 18:55:59 <<< MAIL FROM:<rcpt7622AE74FBFFB9E95E0B77EE6B76DF315ED10EC9-2@rpost.net> BODY=7BIT\n 2013-03-15 18:55:59 <<< RCPT TO:<info@walshcapital.org>\n 2013-03-15 18:55:59 <<< DATA\n 2013-03-15 18:55:59 >>> 250 2.1.0 OK io9si13215258pbc.318 - gsmtp\n 2013-03-15 18:56:00 >>> 250 2.1.5 OK io9si13215258pbc.318 - gsmtp\n 2013-03-15 18:56:00 >>> 354 Go ahead io9si13215258pbc.318 - gsmtp\n 2013-03-15 18:56:01 <<< .\n 2013-03-15 18:56:03 >>> 250 2.0.0 OK 1363398963 io9si13215258pbc.318 - gsmtp\n 2013-03-15 18:56:03 <<< QUIT\n 2013-03-15 18:56:03 >>> 221 2.0.0 closing connection io9si13215258pbc.318 - gsmtp\n 2013-03-15 18:56:03 closed ASPMX.L.GOOGLE.COM (74.125.129.27) in=435 out=7427862\n 2013-03-15 18:56:03 done walshcapital.org/mta1

2013-03-15 18:56:01 starting walshcapital.org/mta1\n 2013-03-15 18:56:01 connecting from mta1.la1.rpost.net (64.70.1.107) to ASPMX.L.GOOGLE.COM (74.125.129.27)\n 2013-03-15 18:56:01 connected from 64.70.1.107:48044\n 2013-03-15 18:56:01 >>> 220 mx.google.com ESMTP tx10si13231406pbc.272 - gsmtp\n 2013-03-15 18:56:01 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 18:56:01 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-03-15 18:56:01 >>> 250-SIZE 35882577\n 2013-03-15 18:56:01 >>> 250-8BITMIME\n 2013-03-15 18:56:01 >>> 250-STARTTLS\n 2013-03-15 18:56:01 >>> 250-ENHANCEDSTATUSCODES\n 2013-03-15 18:56:01 >>> 250 PIPELINING\n 2013-03-15 18:56:01 <<< MAIL FROM:<rcpt7622AE74FBFFB9E95E0B77EE6B76DF315ED10EC9-3@rpost.net> BODY=7BIT\n 2013-03-15 18:56:01 <<< RCPT TO:<investment@walshcapital.org>\n 2013-03-15 18:56:01 <<< DATA\n 2013-03-15 18:56:01 >>> 250 2.1.0 OK tx10si13231406pbc.272 - gsmtp\n 2013-03-15 18:56:02 >>> 250 2.1.5 OK tx10si13231406pbc.272 - gsmtp\n 2013-03-15 18:56:02 >>> 354 Go ahead tx10si13231406pbc.272 - gsmtp\n 2013-03-15 18:56:03 <<< .\n 2013-03-15 18:56:04 >>> 250 2.0.0 OK 1363398964 tx10si13231406pbc.272 - gsmtp\n 2013-03-15 18:56:04 <<< QUIT\n

2013-03-15 18:56:04 >>> 221 2.0.0 closing connection tx10si13231406pbc.272 - gsmtp\n 2013-03-15 18:56:04 closed ASPMX.L.GOOGLE.COM (74.125.129.27) in=441 out=7427880\n 2013-03-15 18:56:04 done walshcapital.org/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

## RECEIPT AUTHENTICATION™
### PROOF OF DELIVERY, CONTENT AND OFFICIAL TIME ™

**The receipt you have submitted to our system is valid and proves the delivery results displayed below.**

**\*\* A copy of the original message is attached. \*\***

**Delivery Status**

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| fc@omsphere.com | Delivered to Mailserver | 250 ok: Message 26980355 accepted smtp.secureserver.net (216.69.186.201) | 3/16/2013 1:55:30 AM (UTC) | 3/15/2013 6:55:30 PM(-700) | |
| info@walshcapital.org | Delivered to Mailserver | 250 2.0.0 OK 1363398925 x9si10271025yhl.130 - gsmtp ASPMX.L.GOOGLE.COM (74.125.134.26) | 3/16/2013 1:55:25 AM (UTC) | 3/15/2013 6:55:25 PM(-700) | |
| investment@walshcapital.org | Delivered to Mailserver | 250 2.0.0 OK 1363398926 r7si1729052yho.160 - gsmtp ASPMX.L.GOOGLE.COM (74.125.134.26) | 3/16/2013 1:55:26 AM (UTC) | 3/15/2013 6:55:26 PM(-700) | |

*UTC represents Coordinated Universal Time.

## Message Envelope

| | |
|---|---|
| **From:** | Fletcher Carson<fletcher.carson@entirelydifferentsolutions.com> |
| **Subject:** | FW: US District Court Summons and Complaint 2 of 2 Case 4:13-cv-00522-KAW |
| **To:** | <info@walshcapital.org><br><investment@walshcapital.org> |
| **Cc:** | <fc@omsphere.com> |
| **Bcc:** | |
| **Network ID:** | <01a601ce21e9$3c909d10$b5b1d730$@entirelydifferentsolutions. |
| **Received:** | 3/16/2013 1:55:20 AM(UTC) -420 |
| **Client Code:** | |

## Message Statistics

| | |
|---|---|
| **Message ID:** | 0A7CB04A72C7013CF758F27FBAF7241D5E7B8C6E |
| **Message Size:** | 3285025 |
| **Additional Notes:** | None |

| **File Name:** | **File Size (bytes)** |
|---|---|
| Declaration of Fletcher Carson.pdf | 99590 |
| SummonsAndOtherDocs.pdf | 1744660 |
| WaiverOfService WalshCapitalGrp.pdf | 271415 |
| WaiverOfService WalshGriffin WCG.pdf | 260652 |

## Delivery Audit Trail

2013-03-15 18:55:20 starting omsphere.com/mta1\n 2013-03-15 18:55:20 connecting from mta1.la1.rpost.net (64.70.1.107) to smtp.secureserver.net (216.69.186.201)\n 2013-03-15 18:55:20 connected from 64.70.1.107:37967\n 2013-03-15 18:55:29 >>> 220 m1pismtp01-002.prod.mesa1.secureserver.net ESMTP\n 2013-03-15 18:55:29 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 18:55:29 >>> 250-m1pismtp01-002.prod.mesa1.secureserver.net\n 2013-03-15 18:55:29 >>> 250-8BITMIME\n 2013-03-15 18:55:29 >>> 250 SIZE 31457280\n 2013-03-15 18:55:29 <<< MAIL FROM:<rcpt0A7CB04A72C7013CF758F27FBAF7241D5E7B8C6E-1@rpost.net> BODY=7BIT\n 2013-03-15 18:55:30 >>> 250 sender <rcpt0A7CB04A72C7013CF758F27FBAF7241D5E7B8C6E-1@rpost.net> ok\n 2013-03-15 18:55:30 <<< RCPT TO:<fc@omsphere.com>\n 2013-03-15 18:55:30 >>> 250 recipient <fc@omsphere.com> ok\n 2013-03-15 18:55:30 <<< DATA\n 2013-03-15 18:55:30 >>> 354 go ahead\n 2013-03-15 18:55:30 <<< .\n 2013-03-15 18:55:30 >>> 250 ok: Message 26980355

accepted\n 2013-03-15 18:55:30 <<< QUIT\n 2013-03-15 18:55:30 >>> 221 m1pismtp01-002.prod.mesa1.secureserver.net\n 2013-03-15 18:55:30 closed smtp.secureserver.net (216.69.186.201) in=343 out=3288525\n 2013-03-15 18:55:30 done omsphere.com/mta1

2013-03-15 18:55:21 starting walshcapital.org/mta1\n 2013-03-15 18:55:21 connecting from mta1.la1.rpost.net (64.70.1.107) to ASPMX.L.GOOGLE.COM (74.125.134.26)\n 2013-03-15 18:55:21 connected from 64.70.1.107:55927\n 2013-03-15 18:55:21 >>> 220 mx.google.com ESMTP x9si10271025yhl.130 - gsmtp\n 2013-03-15 18:55:21 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 18:55:21 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-03-15 18:55:21 >>> 250-SIZE 35882577\n 2013-03-15 18:55:21 >>> 250-8BITMIME\n 2013-03-15 18:55:21 >>> 250-STARTTLS\n 2013-03-15 18:55:21 >>> 250-ENHANCEDSTATUSCODES\n 2013-03-15 18:55:21 >>> 250 PIPELINING\n 2013-03-15 18:55:21 <<< MAIL FROM:<rcpt0A7CB04A72C7013CF758F27FBAF7241D5E7B8C6E-2@rpost.net> BODY=7BIT\n 2013-03-15 18:55:21 <<< RCPT TO:<info@walshcapital.org>\n 2013-03-15 18:55:21 <<< DATA\n 2013-03-15 18:55:21 >>> 250 2.1.0 OK x9si10271025yhl.130 - gsmtp\n 2013-03-15 18:55:21 >>> 250 2.1.5 OK x9si10271025yhl.130 - gsmtp\n 2013-03-15 18:55:21 >>> 354 Go ahead x9si10271025yhl.130 - gsmtp\n 2013-03-15 18:55:24 <<< .\n 2013-03-15 18:55:25 >>> 250 2.0.0 OK 1363398925 x9si10271025yhl.130 - gsmtp\n 2013-03-15 18:55:25 <<< QUIT\n 2013-03-15 18:55:25 >>> 221 2.0.0 closing connection x9si10271025yhl.130 - gsmtp\n 2013-03-15 18:55:25 closed ASPMX.L.GOOGLE.COM (74.125.134.26) in=429 out=3288543\n 2013-03-15 18:55:25 done walshcapital.org/mta1

2013-03-15 18:55:21 starting walshcapital.org/mta1\n 2013-03-15 18:55:21 connecting from mta1.la1.rpost.net (64.70.1.107) to ASPMX.L.GOOGLE.COM (74.125.134.26)\n 2013-03-15 18:55:21 connected from 64.70.1.107:45615\n 2013-03-15 18:55:21 >>> 220 mx.google.com ESMTP r7si1729052yho.160 - gsmtp\n 2013-03-15 18:55:21 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 18:55:21 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-03-15 18:55:21 >>> 250-SIZE 35882577\n 2013-03-15 18:55:21 >>> 250-8BITMIME\n 2013-03-15 18:55:21 >>> 250-STARTTLS\n 2013-03-15 18:55:21 >>> 250-ENHANCEDSTATUSCODES\n 2013-03-15 18:55:21

>>> 250 PIPELINING\n 2013-03-15 18:55:21 <<< MAIL FROM:<rcpt0A7CB04A72C7013CF758F27FBAF7241D5E7B8C6E-3@rpost.net> BODY=7BIT\n 2013-03-15 18:55:21 <<< RCPT TO:<investment@walshcapital.org>\n 2013-03-15 18:55:21 <<< DATA\n 2013-03-15 18:55:21 >>> 250 2.1.0 OK r7si1729052yho.160 - gsmtp\n 2013-03-15 18:55:22 >>> 250 2.1.5 OK r7si1729052yho.160 - gsmtp\n 2013-03-15 18:55:22 >>> 354 Go ahead r7si1729052yho.160 - gsmtp\n 2013-03-15 18:55:24 <<< .\n 2013-03-15 18:55:26 >>> 250 2.0.0 OK 1363398926 r7si1729052yho.160 - gsmtp\n 2013-03-15 18:55:26 <<< QUIT\n 2013-03-15 18:55:26 >>> 221 2.0.0 closing connection r7si1729052yho.160 - gsmtp\n 2013-03-15 18:55:26 closed ASPMX.L.GOOGLE.COM (74.125.134.26) in=423 out=3288561\n 2013-03-15 18:55:26 done walshcapital.org/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

# EXHIBIT H-3

## Walsh Capital Group

### Service of Process Attempts

1. Walsh Capital Group
   a. EI 807383655 US (EI807383655US)
   b. Express mail 2/11/13
   c. Expected delivery by 2/15/13
   d. <mark>RETURNED</mark> as insufficient address: I had called Dublin police and they said they did not think it was a legitimate address



# EXHIBIT H-4
## Email examples to Walsh Griffin

**From:** <mark>Walsh Capital [mailto:info@walshcapital.org]</mark>

**Sent:** Wednesday, December 19, 2012 11:37 AM

**To:** Ivan Ahmed

**Cc:** fletcher.carson@entirelydifferentsolutions.com

**Subject:** Funds Release Business Meeting

Dear Ivan

In respect to our discussion yesterday, please see the enclosed document, review it with your Client Mr. Fletcher Carson, let him sign it and return a copy to me and call the Consultant immediately to arrange a meeting for his funds pick up. No upfront fees.

Respectfully

<mark>Mr. Walsh Griffin</mark>

Chairman & Founder Walsh Capital Group

Phone: +(353)152-62842      # 861

Fax: +(353) 181-71066

E-mail: walshcapitals@live.com, info@walshcapital.org

Website: www.walshcapital.org

++++++++++++++++++++++++++++++++++++++++++++++++++++

**From:** Walsh Capital [mailto:info@walshcapital.org]

**Sent:** Monday, February 04, 2013 6:01 AM

**To:** fletcher.carson

**Subject:** Considered Alternative

Dear Mr. Fletcher Carson

We have resolved this issue and everyone will be satisfied within 48-72 hours. Now the Insurance agent at the AJR has agreed to pay for your delivery before the end of today or tomorrow morning so that you will get the delivery before it will start accumulating charges for me and to also enable you settle John.

Also to proceed the Underwriter at AJR needs you to fully co-operate with us by advising your Bank to remove all criminal charges labelled against AJR based on the understanding that if after 72 hours you fail to get your funds then they will be held for any liability.

To do this you will be needed to call your Bank this morning to remove the Call Back Funds Request your Bank sent to Abu Dhabi Commercial Bank and also show me the Letter showing so and also show me the one your Bank wrote so that this gentlemen will work to resolve this issue for you by paying that $23,900 regardless.

I need you to do this now. I have been trying to reach Ivan to no avail but I called his wife who confirmed to me that he is away on a trip to Saudi Arabia.

Please co-operate.

Mr. Walsh Griffin

Walsh Capital Group

Unit 522 Northern Extension Co. Dublin, Ireland

Phone: +(353)152-62842 # 861

UK Mobile: +447872212365

Fax: +(353) 181-71066

E-mail: investment@walshcapitals.org, walshcapitals@live.com , info@walshcapital.org

Website: http://walshcapitals.org

# EXHIBIT I-1

## Ivan Ahmed (Azziz)

### Service of Process Attempts

1. Ivan Ahmed Azziz
   a. EI 807383641 US (EI807383641US)
   b. Express mail 2/11/13
   c. Expected delivery by 2/15/13
   d. RETURNED as UNCLAIMED



# EXHIBIT I-2

## Daniel Okwudili Nwankwo

### Service of Process Attempts

1. Daniel Okwudili Nwankwo
   a. EI 807383638 US (EI807383638US )
   b. Express mail 2/11/13
   c. Expected delivery by 2/15/13
   d. **RETURNED** as UNCLAIMED



# EXHIBIT I-3
## Cisse Abdoulaye
### Service of Process Attempts

1. Cisse Abdoulaye
   a. EI 807383615 US (EI807383615US )
   b. Express mail 2/11/13
   c. Expected delivery by 2/15/13
   d. RETURNED as UNCLAIMED



# EXHIBIT I-4

## Ben Aka

### Service of Process Attempts

1. Ben Aka
   a. EI 807383607 US (EI807383607US )
   b. Express mail 2/11/13
   c. Expected delivery by 2/15/13
   d. <mark>RETURNED</mark> as UNCLAIMED



# EXHIBIT I-5

## Ivan Ahmed Azziz

Authentication of Registered Email receipt to:

ivanahmedm@gmail.com, ivanahmed48@hotmail.com

for Ivan Ahmed Azziz, Daniel Okwudili Nwankwo, Cisse Abdoulaye, Ben Aka



**The receipt you have submitted to our system is valid and proves the delivery results displayed below.**

**\*\* A copy of the original message is attached. \*\***

**Delivery Status**

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---------|--------|---------|------------------|-------------------|----------------|
| fc@omsphere.com | Delivered to Mailserver | 250 ok: Message 12634699 accepted smtp.secureserver.net (72.167.238.201) | 3/16/2013 1:45:55 AM (UTC) | 3/15/2013 6:45:55 PM(-700) | |
| ivanahmed48@hotmail.com | Delivered to Mailserver | 250 Queued mail for delivery mx4.hotmail.com (65.54.188.72) | 3/16/2013 1:46:12 AM (UTC) | 3/15/2013 6:46:12 PM(-700) | |
| ivanahmedm@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1363398373 r7si1703601yho.260 - gsmtp gmail-smtp-in.l.google.com (74.125.134.27) | 3/16/2013 1:46:13 AM (UTC) | 3/15/2013 6:46:13 PM(-700) | |

*UTC represents Coordinated Universal Time.

| **Message Envelope** | |
|---|---|
| **From:** | Fletcher Carson<fletcher.carson@entirelydifferentsolutions.com> |
| **Subject:** | US District Court Summons and Complaint 1 of 2 Case 4:13-cv-00522-KAW |
| **To:** | <ivanahmed48@hotmail.com><br><ivanahmedm@gmail.com> |
| **Cc:** | <fc@omsphere.com> |

| Bcc: | |
|---|---|
| Network ID: | <019701ce21e7$de63fda0$9b2bf8e0$@entirelydifferentsolutions. |
| Received: | 3/16/2013 1:46:04 AM(UTC) -420 |
| Client Code: | |

| Message Statistics | |
|---|---|
| Message ID: | 880505836E8D58DEC900DD822CB9486F3010BD4C |
| Message Size: | 7424907 |
| Additional Notes: | None |
| File Name: | File Size (bytes) |
| Federal Complaint.pdf | 5395783 |
| regdata.txt | 411 |

**Delivery Audit Trail**

2013-03-15 18:45:53 starting omsphere.com/mta1\n 2013-03-15 18:45:53 connecting from mta1.la1.rpost.net (64.70.1.107) to smtp.secureserver.net (72.167.238.201)\n 2013-03-15 18:45:53 connected from 64.70.1.107:37367\n 2013-03-15 18:45:53 >>> 220 p3pismtp01-073.prod.phx3.secureserver.net ESMTP\n 2013-03-15 18:45:53 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 18:45:53 >>> 250-p3pismtp01-073.prod.phx3.secureserver.net\n 2013-03-15 18:45:53 >>> 250-8BITMIME\n 2013-03-15 18:45:53 >>> 250 SIZE 31457280\n 2013-03-15 18:45:53 <<< MAIL FROM:<rcpt880505836E8D58DEC900DD822CB9486F3010BD4C-1@rpost.net> BODY=7BIT\n 2013-03-15 18:45:54 >>> 250 sender <rcpt880505836E8D58DEC900DD822CB9486F3010BD4C-1@rpost.net> ok\n 2013-03-15 18:45:54 <<< RCPT TO:<fc@omsphere.com>\n 2013-03-15 18:45:54 >>> 250 recipient <fc@omsphere.com> ok\n 2013-03-15 18:45:54 <<< DATA\n 2013-03-15 18:45:54 >>> 354 go ahead\n 2013-03-15 18:45:54 <<< .\n 2013-03-15 18:45:55 >>> 250 ok: Message 12634699 accepted\n 2013-03-15 18:45:55 <<< QUIT\n 2013-03-15 18:45:55 >>> 221 p3pismtp01-073.prod.phx3.secureserver.net\n 2013-03-15 18:45:55 closed smtp.secureserver.net (72.167.238.201) in=340 out=7428380\n 2013-03-15 18:45:55 done omsphere.com/mta1

2013-03-15 18:46:06 starting gmail.com/mta1\n 2013-03-15 18:46:06 connecting from mta1.la1.rpost.net (64.70.1.107) to gmail-smtp-in.l.google.com (74.125.134.27)\n 2013-03-15 18:46:06 connected from 64.70.1.107:39671\n 2013-03-15 18:46:06 >>> 220 mx.google.com

ESMTP r7si1703601yho.260 - gsmtp\n 2013-03-15 18:46:06 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 18:46:06 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-03-15 18:46:06 >>> 250-SIZE 35882577\n 2013-03-15 18:46:06 >>> 250-8BITMIME\n 2013-03-15 18:46:06 >>> 250-STARTTLS\n 2013-03-15 18:46:06 >>> 250-ENHANCEDSTATUSCODES\n 2013-03-15 18:46:06 >>> 250 PIPELINING\n 2013-03-15 18:46:06 <<< MAIL FROM:<rcpt880505836E8D58DEC900DD822CB9486F3010BD4C-2@rpost.net> BODY=7BIT\n 2013-03-15 18:46:06 <<< RCPT TO:<ivanahmedm@gmail.com>\n 2013-03-15 18:46:06 <<< DATA\n 2013-03-15 18:46:06 >>> 250 2.1.0 OK r7si1703601yho.260 - gsmtp\n 2013-03-15 18:46:06 >>> 250 2.1.5 OK r7si1703601yho.260 - gsmtp\n 2013-03-15 18:46:06 >>> 354 Go ahead r7si1703601yho.260 - gsmtp\n 2013-03-15 18:46:11 <<< .\n 2013-03-15 18:46:13 >>> 250 2.0.0 OK 1363398373 r7si1703601yho.260 - gsmtp\n 2013-03-15 18:46:13 <<< QUIT\n 2013-03-15 18:46:13 >>> 221 2.0.0 closing connection r7si1703601yho.260 - gsmtp\n 2013-03-15 18:46:13 closed gmail-smtp-in.l.google.com (74.125.134.27) in=423 out=7428395\n 2013-03-15 18:46:13 done gmail.com/mta1

2013-03-15 18:46:09 starting hotmail.com/mta1\n 2013-03-15 18:46:09 connecting from mta1.la1.rpost.net (64.70.1.107) to mx4.hotmail.com (65.54.188.72)\n 2013-03-15 18:46:09 connected from 64.70.1.107:43779\n 2013-03-15 18:46:09 >>> 220 BAY0-MC1-F48.Bay0.hotmail.com Sending unsolicited commercial or bulk e-mail to Microsoft's computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Fri, 15 Mar 2013 18:46:10 -0700 \n 2013-03-15 18:46:09 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 18:46:09 >>> 250-BAY0-MC1-F48.Bay0.hotmail.com (3.17.0.78) Hello [64.70.1.107]\n 2013-03-15 18:46:09 >>> 250-SIZE 36909875\n 2013-03-15 18:46:09 >>> 250-PIPELINING\n 2013-03-15 18:46:09 >>> 250-8bitmime\n 2013-03-15 18:46:09 >>> 250-BINARYMIME\n 2013-03-15 18:46:09 >>> 250-CHUNKING\n 2013-03-15 18:46:09 >>> 250-AUTH LOGIN\n 2013-03-15 18:46:09 >>> 250-AUTH=LOGIN\n 2013-03-15 18:46:09 >>> 250 OK\n 2013-03-15 18:46:09 <<< MAIL FROM:<rcpt880505836E8D58DEC900DD822CB9486F3010BD4C-3@rpost.net> BODY=7BIT\n 2013-03-15 18:46:09 <<< RCPT TO:<ivanahmed48@hotmail.com>\n

2013-03-15 18:46:09 <<< DATA\n 2013-03-15 18:46:09 >>> 250
rcpt880505836E8D58DEC900DD822CB9486F3010BD4C-3@rpost.net....Sender OK\n 2013-03-15
18:46:09 >>> 250 ivanahmed48@hotmail.com \n 2013-03-15 18:46:09 >>> 354 Start mail input;
end with <CRLF>.<CRLF>\n 2013-03-15 18:46:12 <<< .\n 2013-03-15 18:46:12 >>> 250
<880505836E8D58DEC900DD822CB9486F3010BD4C-3@rpost.net> Queued mail for delivery\n
2013-03-15 18:46:12 <<< QUIT\n 2013-03-15 18:46:12 >>> 221 BAY0-MC1-F48.Bay0.hotmail.com
Service closing transmission channel\n 2013-03-15 18:46:12 closed mx4.hotmail.com
(65.54.188.72) in=739 out=7428238\n 2013-03-15 18:46:12 done hotmail.com/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

## RECEIPT AUTHENTICATION™
### PROOF OF DELIVERY, CONTENT AND OFFICIAL TIME ™

**The receipt you have submitted to our system is valid and proves the delivery results displayed below.**

**\*\* A copy of the original message is attached. \*\***

**Delivery Status**

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| ivanahmed48@hotmail.com | Delivered to Mailserver | 250 Queued mail for delivery mx1.hotmail.com (65.55.92.184) | 3/16/2013 1:46:05 AM (UTC) | 3/15/2013 6:46:05 PM(-700) | |
| ivanahmedm@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1363398369 u26si7038379yhf.88 - gsmtp gmail-smtp-in.l.google.com (74.125.134.27) | 3/16/2013 1:46:09 AM (UTC) | 3/15/2013 6:46:09 PM(-700) | |

\*UTC represents Coordinated Universal Time.

**Message Envelope**

| From: | Fletcher Carson<fletcher.carson@entirelydifferentsolutions.com> |
|---|---|
| Subject: | US District Court Summons and Complaint 2 of 2 Case 4:13-cv-00522-KAW |

| | | |
|---|---|---|
| **To:** | <ivanahmed48@hotmail.com> | |
| | <ivanahmedm@gmail.com> | |
| **Cc:** | | |
| **Bcc:** | | |
| **Network ID:** | <019d01ce21e7$ef99f750$cecde5f0$@entirelydifferentsolutions. | |
| **Received:** | 3/16/2013 1:46:04 AM(UTC) -420 | |
| **Client Code:** | | |

| **Message Statistics** | |
|---|---|
| **Message ID:** | 774FF21FC90EA27E08BD455F35569E421E96E14C |
| **Message Size:** | 2887662 |
| **Additional Notes:** | None |
| **File Name:** | **File Size (bytes)** |
| DECLAR_1.PDF | 99590 |
| SUMMON_1.PDF | 1744660 |
| WAC026_1.PDF | 261273 |

**Delivery Audit Trail**

2013-03-15 18:46:02 starting hotmail.com/mta1\n 2013-03-15 18:46:02 connecting from

mta1.la1.rpost.net (64.70.1.107) to mx1.hotmail.com (65.55.92.184)\n 2013-03-15 18:46:02

connected from 64.70.1.107:49281\n 2013-03-15 18:46:02 >>> 220 SNT0-MC4-

F28.Snt0.hotmail.com Sending unsolicited commercial or bulk e-mail to Microsoft's computer

network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-

spam.mspx. Fri, 15 Mar 2013 18:46:03 -0700 \n 2013-03-15 18:46:02 <<< EHLO

mta1.la1.rpost.net\n 2013-03-15 18:46:02 >>> 250-SNT0-MC4-F28.Snt0.hotmail.com (3.17.0.78)

Hello [64.70.1.107]\n 2013-03-15 18:46:02 >>> 250-SIZE 36909875\n 2013-03-15 18:46:02 >>>

250-PIPELINING\n 2013-03-15 18:46:02 >>> 250-8bitmime\n 2013-03-15 18:46:02 >>> 250-

BINARYMIME\n 2013-03-15 18:46:02 >>> 250-CHUNKING\n 2013-03-15 18:46:02 >>> 250-AUTH

LOGIN\n 2013-03-15 18:46:02 >>> 250-AUTH=LOGIN\n 2013-03-15 18:46:02 >>> 250 OK\n 2013-

03-15 18:46:02 <<< MAIL FROM:<rcpt774FF21FC90EA27E08BD455F35569E421E96E14C-

1@rpost.net> BODY=7BIT\n 2013-03-15 18:46:02 <<< RCPT TO:<ivanahmed48@hotmail.com>\n

2013-03-15 18:46:02 <<< DATA\n 2013-03-15 18:46:02 >>> 250

rcpt774FF21FC90EA27E08BD455F35569E421E96E14C-1@rpost.net....Sender OK\n 2013-03-15

Motion To Allow Alternate Service of Process    Page **61** of **72**
Case No. 4:13-CV-00520-KAW

18:46:03 >>> 250 ivanahmed48@hotmail.com \n 2013-03-15 18:46:03 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2013-03-15 18:46:05 <<< .\n 2013-03-15 18:46:05 >>> 250 <774FF21FC90EA27E08BD455F35569E421E96E14C-1@rpost.net> Queued mail for delivery\n 2013-03-15 18:46:05 <<< QUIT\n 2013-03-15 18:46:05 >>> 221 SNT0-MC4-F28.Snt0.hotmail.com Service closing transmission channel\n 2013-03-15 18:46:05 closed mx1.hotmail.com (65.55.92.184) in=739 out=2891423\n 2013-03-15 18:46:05 done hotmail.com/mta1

2013-03-15 18:46:05 starting gmail.com/mta1\n 2013-03-15 18:46:05 connecting from mta1.la1.rpost.net (64.70.1.107) to gmail-smtp-in.l.google.com (74.125.134.27)\n 2013-03-15 18:46:05 connected from 64.70.1.107:54250\n 2013-03-15 18:46:05 >>> 220 mx.google.com ESMTP u26si7038379yhf.88 - gsmtp\n 2013-03-15 18:46:05 <<< EHLO mta1.la1.rpost.net\n 2013-03-15 18:46:05 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-03-15 18:46:05 >>> 250-SIZE 35882577\n 2013-03-15 18:46:05 >>> 250-8BITMIME\n 2013-03-15 18:46:05 >>> 250-STARTTLS\n 2013-03-15 18:46:05 >>> 250-ENHANCEDSTATUSCODES\n 2013-03-15 18:46:05 >>> 250 PIPELINING\n 2013-03-15 18:46:05 <<< MAIL FROM:<rcpt774FF21FC90EA27E08BD455F35569E421E96E14C-2@rpost.net> BODY=7BIT\n 2013-03-15 18:46:05 <<< RCPT TO:<ivanahmedm@gmail.com>\n 2013-03-15 18:46:05 <<< DATA\n 2013-03-15 18:46:05 >>> 250 2.1.0 OK u26si7038379yhf.88 - gsmtp\n 2013-03-15 18:46:06 >>> 250 2.1.5 OK u26si7038379yhf.88 - gsmtp\n 2013-03-15 18:46:06 >>> 354 Go ahead u26si7038379yhf.88 - gsmtp\n 2013-03-15 18:46:08 <<< .\n 2013-03-15 18:46:09 >>> 250 2.0.0 OK 1363398369 u26si7038379yhf.88 - gsmtp\n 2013-03-15 18:46:09 <<< QUIT\n 2013-03-15 18:46:09 >>> 221 2.0.0 closing connection u26si7038379yhf.88 - gsmtp\n 2013-03-15 18:46:09 closed gmail-smtp-in.l.google.com (74.125.134.27) in=423 out=2891580\n 2013-03-15 18:46:09 done gmail.com/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

# EXHIBIT I-6 (NEW)

## Ivan Ahmed Azziz

### Sample emails between Plaintiff and Azziz

ivanahmedm@gmail.com, ivanahmed48@hotmail.com

**From:** IVAN AHMED [mailto:ivanahmed48@hotmail.com]

**Sent:** Thursday, May 31, 2012 6:52 AM

**To:** fletcher.carson@entirelydifferentsolutions.com

**Subject:** FW: Nexus labs for Cisco

Dear Sir,

I have gone through your project summary presented to me through IMF Beryl Wolk and I have discussed with my investor and we will be willing to provide you with these funds only upon a face to face signing of contract. Therefore kindly be informed that our investment does not require anything but only to be present for a face to face signing of Contract in Toronto Canada.

Therefore if this will be okay for you then kindly book your flight for next week Monday meeting with the Finance staffs of my investor for immediate funds release to you as described by you.

The only requisite for closing is that you will come with your ID and $12,500 USD for documentations with the representing legal counsels.

I look forward to your feedback.

Finance Representative and Advisor to H.E Sheikh Saleh kamel.

Cell: +971553154749

Best Regards,

Ivan

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**From:** Ivan Ahmed [mailto:ivanahmedm@gmail.com]

**Sent:** Tuesday, December 18, 2012 9:24 PM

**To:** fletcher.carson

**Subject:** Only Reasonable Alternative

Dear Fletcher

I talked to my Investor's Banker and he said that the only way/alternative they can make this transfer without clearance is that you will need to firstly deposit at least a minimum of $500,000 into their Custodial account in Dubai for SPV Purposes and from there they will send your Bank Check there and make the wire outright to your Bank without delay and knowing that you do not have money so I decided that I shall solicit with other of my Investors and see who is willing to give you a short term loan of $500,000 and now one of my Investors from Canada agreed and he said that he just issued out a Bank Check to his Licensed Consultant in New York at the tune of $1.5 Million Dollars for Dominican Oil and gas and so that he can call his Consultant in USA to arrange a meeting so as to deposit the Check with you once you have a Commercial Bank Account and reach an agreement with the Consultant and also write another Bank Check of $1 Million US Dollars immediately the funds of $1.5 Million Clears in your account and that you will use the $500,000 and pay them back $1 Million within 48 hours from now and the short term loan of $500,000 Dollars will only last for 90 days for 3% interest.

See the Consultancy firm Information below

KVP INTERNATIONAL CONSULTANTS

Contact Person CEO: Priscilla Ellis

New York Address: 350 5TH AVE 69TH FLOOR NEW YORK, NY 10018

Direct line: 917-587-3762

Email: Mspajd@aol.com

Website; http://kvpinternationalconsultants.com

Ivan

# EXHIBIT I-7 (NEW)
## Ivan Ahmed Azziz
### Email associating Daniel Okwudili Nwankwo

**From:** Ivan Ahmed [mailto:ivanahmedm@gmail.com]

**Sent:** Monday, January 14, 2013 1:58 AM

**To:** 7073320830@txt.att.net

**Cc:** fletcher.carson

**Subject:** Account For Wire


Acc Name: DANIEL OKWUDILI NWANKWO

IBAN: AE710440000101949461801

ACC NUMBER: 01949461801

Swift Code: SCBLAEADXXX

BANK NAME:  STANDARD CHARTERED BANK

ADDRESS:  DEIRA BRANH UAE


Please Use this Account Above. That is my Attorney's account and also please

kindly make it $10k. So that my Broker's fees will be remaining $10k and

please do not tell anyone as Mr. Walsh may find it very unprofessional and

absurd that the deal isn't completed and I am asking you 50% of my Broker's

Fees. Fletcher You know that there is nothing that I cannot do for you and so

please I am humbly begging to you to make $10k.


Many Thanks To You.

Ivan

# EXHIBIT I-8 (NEW)

## Ivan Ahmed Azziz

### Email associating Cisse Abdoulaye

**From:** Ivan Ahmed [mailto:ivanahmedm@gmail.com]

**Sent:** Saturday, January 12, 2013 3:24 AM

**To:** 7073320830@txt.att.net

**Cc:** fletcher.carson

**Subject:** Fwd: Insurance Instructions

---------- Forwarded message ----------

From: **Walsh Capital** <info@walshcapital.org>

Date: Sat, Jan 12, 2013 at 12:23 PM

Subject: Insurance Instructions

To: fletcher.carson@entirelydifferentsolutions.com

Cc: Ivan Ahmed <ivanahmedm@gmail.com>

Dear Mr. Fletcher Carson.

You will need to wire $6,000 to Ivan right now to apply for the Insurance that will cover the whole transaction and on Monday when the funds the clear then you will wire $50,000 to the Insurance Company Account that Ivan will give you and $150,000 to my consultant Priscilla Ellis for Platform. And this will be the only fees that you will pay and Priscilla will fly in on Tuesday morning like I have said before to make deposit of $1.6 Million Dollars to your EDSI Account.

Now rise up even if you are sleeping and find any Western Union Money Transfer and send $6,000 in two halves $3,000 each to the Insurance Agent Mr. CISSE ABDOULAYE and send the payment Information only to Ivan and cc me a copy and he will give it to the Insurance agent to pick up and

close the filling today because I want the Insurance in place before the total funds will be in your account on Monday.

Please do this now within 2-3 hours from now.

Respectfully

Mr. Walsh Griffin

Chairman & Founder Walsh Capital Group

Phone: +(353)152-62842      # 861

Fax: +(353) 181-71066

E-mail: walshcapitals@live.com, info@walshcapital.org

Website: www.walshcapital.org

# EXHIBIT I-9 (NEW)
## Ivan Ahmed Azziz
### Email associating Ben Aka

**From:** Ivan Ahmed [mailto:ivanahmedm@gmail.com]

**Sent:** Saturday, January 12, 2013 10:29 AM

**To:** 7073320830@txt.att.net

**Cc:** fletcher.carson

**Subject:** Is Just Unfair


Fletcher you surprise me. You have not asked me how am doing just because you have funds now upon all the efforts that I am doing and I know that I do not have the right to ask for my Broker's Fees now until after total funding execution but please assist me with $3k let me rush down to Saudi tomorrow morning and return tomorrow to collect our Check at least I am fully sure that I own $100k there. Please.


Just use BEN AKA to send it please. Besides if you cant do it freely then do it as if you are paying me a part of my broker's fees in case I fail you then you will deduct it from my 1% that I am entitled to in this funding please.


Ivan

# EXHIBIT J

## AJR International FZE

### Service of Process Attempts

1. AJR International FZE
   a. EI 807383598 US (EI807383598US)
   b. Express mail 2/11/13
   c. Expected delivery by 2/15/13
   d. **RETURNED** but reason cannot be ascertained



# EXHIBIT K

## Registered Email Decision

## US District Court, Texas

**RPOST HOLDINGS, INC., RPOST INTERNATIONAL LIMITED, and RMAIL LIMITED Plaintiffs,**
**v.**
**DMITRY KAGAN Defendant.**

Civil Action No. 2:11-cv-238-JRG.

**United States District Court, E.D. Texas, Marshall Division.**

January 23, 2012.

MEMORANDUM OPINION AND ORDER

RODNEY GILSTRAP, District Jduge.

# I. Introduction

The Plaintiffs' Motion for Alternative Service of Process Under Fed. R. Civ. P. 4(f)(3) is before the Court. (Dkt. No. 7.) Upon due consideration, the Court GRANTS the Plaintiffs' motion, to the extent and in the manner as set forth herein.

# II. Factual and Procedural Background

Plaintiffs RPost Holdings, Inc., RPost International Limited, and RMail Limited (collectively "RPost") filed this action on April 29, 2011 seeking relief against Mr. Dmitry Kagan ("Kagan") for alleged infringement of RPost's patent and trademarks through pointofmail.com, a website purportedly owned by Kagan. Through the company that hosts pointofmail.com's website, RPost obtained a physical address in Israel where it believed Kagan was located. (Dkt. No. 7, at Ex. 1.) Based on this address, RPost attempted to serve the Summons and Complaint upon Kagan under the provisions of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents (the "Hague Convention"). *Id.,* at Ex. 5. Attempted service upon Kagan pursuant to the Hague Convention at the address obtained through the company that hosts pointofmail.com was unsuccessful. Such attempt failed because the State of Israel Directorate of Courts informed RPost that service could not be completed at that physical address because Kagan had moved to an "unknown address." *Id.,* at Ex. 6.

Despite their difficulty identifying Kagan's physical address in Israel, RPost has successfully reached Kagan through an email address that was also provided by pointofmail.com's web host. *Id.* at 3. Within days of sending an email to Kagan, RPost's counsel received a response from an attorney in Israel, Jonathan Agmon ("Agmon"), stating that he represented Kagan "with regard to responding to your letter." *Id.,* at Ex. 4. In the ensuing months, Agmon and RPost's counsel exchanged several emails, but Agmon refused to accept the Summons and Complaint on Kagan's behalf and declined to provide a valid address through which Kagan could be served under the Hague Convention. *Id.,* at Ex. 7.

RPost now asks this Court to authorize alternative service of process under Fed. R. Civ. P. 4(f)(3) by requesting permission to serve Kagan by electronic mail on both Kagan and his attorney, Agmon.

# III. Discussion

## A. The Hague Service Convention is Inapplicable

Federal Rule of Civil Procedure 4(f)(1) provides that use of Hague Convention procedures is "mandatory if available at the place of service." *Gramercy Ins. Co. v. Kavanagh,* 3:10-cv-1254, 2011 U.S. Dist. Lexis 50003, at *2 (N.D. Tex. May 10, 2011) (citing 4B Charles A. Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1134, at 311 (3d ed. 2002 & Supp. 2011)). However, the "Convention shall not apply where the address of the person to be served with the document is not known." *Id.* (citing *Chanel, Inc. v. Zhibing,* 2010 U.S. Dist. LEXIS 25709, at *3 (W.D. Tenn. Mar. 17, 2010) (granting email service on foreign defendant, holding that "[b]ecause the [Hague] Convention does not apply, this Court has broad authority to determine an appropriate alternative method of service.").

RPost has reasonably worked to comply with the Hague Convention. They sought Mr. Kagan's physical address from the company that hosts Kagan's website, and attempted to serve process based on that address. They specifically requested Kagan's address from Agmon. None of these efforts resulted in effective service upon Kagan according to the Hague Convention. Nothing before the Court disputes that Kagan's actual location remains unknown. As cited above, the State of Israel Directorate of Courts noted that Kagan "moved to an unknown address." (Dkt. No. 7, at Ex. 6.) Therefore, this Court finds that under these facts the Hague Convention is inapplicable and accordingly service of process under Rule 4(f)(3) is not prohibited by international agreement.

## B. Service by E-Mail Comports with the Requirements of both Rule 4(f)(3) and Due Process

Any method of service of process arrived at pursuant to Rule 4(f)(3) must comport with constitutional notions of due process. *See Gramercy,* 2011 U.S. Dist. Lexis 50003, at *2; *Rio Props., Inc. v. Rio Int'l Interlink,* 284 F.3d 1007, 1016 (9th Cir. 2002). To meet this requirement, the method of service crafted must be "reasonably calculated, under all circumstances, to apprise interested parties of the pendency of the action and afford them

an opportunity to present their objections." *Mullane v. Cent. Hanover Bank & Trust Co., 339 U.S. 306, 312 (1950)*.

RPost has successfully and repeatedly reached both Kagan and Agmon via email. (Dkt. No. 7, at 3) ("Through RPost's registered E-mail® technology, RPost's counsel was able to confirm that the email was successfully delivered."); *Id.,* at Ex. 4 ("Your letter dated March 17, 2011 to Mr. Dmitry Kagan has been forwarded to me."); *Id.,* at Ex. 7 (series of email correspondence between Plaintiff's counsel and Agmon between May 1, 2011 and August 25, 2011). The Court has no material doubt that Mr. Kagan will be provided notice of this suit via email service, and that such method will comport with constitutional notions of due process. Accordingly, the Court finds that email service on both Kagan and his attorney, Agmon, are an appropriate means for notifying the Defendant of this action.

Further, the Court notes that the established physical address for Agmon's law office in Israel *is* well-known. Service on an attorney by ordinary mail may also satisfy the due-process requirements of Rule 4(f)(3). *See, e.g., Levin v. Ruby Trading Corp., 248 F. Supp. 537, 541 (S.D.N.Y. 1965)* (finding that service on foreign attorney by ordinary mail satisfied due process by affording the best opportunity to defend against action where previous attempts at personal service had failed); *see also Forum Fin. Grp. v. President, Fellows of Harvard Coll., 199 F.R.D. 22, 23 (D. Me. 2001)* (permitting service on foreign defendant's attorney, located in New York). Therefore, to ensure that the resulting service on Kagan under Rule 4(f)(3) comports to the fullest extent possible with constitutional notions of due process, the Court directs RPost to deliver a copy of the Summons and Complaint via international registered mail to Agmon at his law office address in Israel.

# IV. Conclusion

The Court GRANTS Plaintiff's Motion for Alternative Service of Process Under Fed. R. Civ. P. 4(f)(3) and directs RPost to serve process on Kagan under Rule 4(f)(3) by means of delivering the summons and compliant as follows: (1) by electronic mail on Kagan at the email address obtained from pointofmail.com's web host; (2) by electronic mail on Kagan's counsel, Agmon, at his email address shown in this case (Dkt No. 7, Ex. 7); and additionally (3) by international registered mail addressed to Agmon at his law office address in Israel as shown in this case (Dkt. No. 7, Ex. 4.) Thereafter, RPost is directed to file a notice with the Court, along with all necessary and appropriate exhibits, demonstrating compliance with each of the foregoing methods of service.

So ORDERED.