Name: Fletcher Carson

Address: 6 Beach Road #507

      Tiburon CA 94920

Phone Number: 707.332.0830

E-mail Address:  fc@omsphere.com

Plaintiff Pro Se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

Civil Action Number: **4:13-CV-00520-KAW**

Fletcher Carson

        Plaintiff(s),

    vs.

Walsh Griffin, Walsh Capital Group,
Kelvin Don, Salvtore Financial Agency,
Priscilla Ellis, John Kagose, Kenietta
Johnson, KVP International Consultants,
KVP International Trades,
Vicken International Traders LLC,
Ivan Ahmed Azziz,
Daniel Okwudili Nwankwo,
Cisse Abdoulaye, Ben Aka

Does 1-20

        Defendant(s).

**3rd NOTICE OF MOTION AND MOTION TO ALLOW ALTERNATE SERVICE OF PROCESS ON DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES**

[Resubmission pursuant to Order of 31 May 2013 Granting in Part Plaintiff's Motion to Allow Alternate Service, allowing resubmission to correct noted deficiencies]

# NOTICE OF MOTION AND MOTION

TO ALL ATTORNEYS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT under Federal Rules of Civil Procedure, Rule 4, Plaintiff Fletcher Carson hereby moves the Court for an order allowing alternative service of process of Summons on Defendants, in both national and international locations.

Plaintiff's Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, all matters of which this Court may take judicial notice, all pleadings, records, and papers on file in this action, and such other or further oral or documentary evidence before the Court prior to disposition of the Motion.

A proposed Order granting alternative process of service of Defendants by Plaintiff is attached for the Court's convenience.

Dated: 2 June 2013        By: _____

Fletcher Carson, Plaintiff pro se

## <u>INTRODUCTION</u>

This is the 3rd Motion by Plaintiff to cure remaining defects highlighted in the Order of 31 May 2013 regarding Plaintiff's Motion for Alternate Service of Defendants. For ease of review, Plaintiff incorporates the previous Motions to Allow Alternate Service by reference, but only addresses the remaining defects herein.

Plaintiff has provided below an itemized list of each discrepancy identified in the Order filed on 31 May 2013 as Document 14, along with the additional information to address each specified defect.

1. General:
   a. Per the previous order, the following individuals and businesses are deemed served:
      a. Ivan Ahmed Azziz as an individual,
      b. Walsh Griffin as an individual,
      c. Kelvin Don as an individual,
      d. Walsh Capital Group as a business entity.
   b. Service of process on the following defendants has not met the required standard as required by Fed. R. Civ. P. 4(h)(2), and they should therefore be removed as named defendants until and if such time as they can be served:
      a. Daniel Okwudili Nwankwo,
      b. Cisse Abdoulaye,
      c. Ben Aka, and
      d. Salvtore Financial Agency.
2. Remaining defendants:
   a. Individuals:
      i. Employees of KVP International Consultants
         1. Priscilla Ellis,
         2. Kenietta Johnson,

3rd Motion To Allow Alternate Service of Process
Case No. 4:13-CV-00520-KAW

        3. John Kagose.

  ii. Defect identified in service of summons and other documents:

        1. P5L4 of the order states that Plaintiff sent "2 copies of Waiver of the Service of Summons…but it is unclear whether this document Plaintiff refers to is the notice required under Section 415.30(b)."

        2. "Plaintiff may cure this defect by re-serving these individuals and business in compliance with Section 415.30, and may file another motion for alternate service with the Court if the acknowledgements of receipt are not returned to him within 20 days of service."

  iii. Defect resolution and compliance by Plaintiff:

        1. In addition to FRCP 4(e)(1) which states that "…an individual…**MAY** be served …following state law for serving a summons…" (caps bold are Plaintiff's for emphasis), FRCP 4(c)) states that service may be made as specified (not according to state law), and 4(d) WAIVING SERVICE provides for a method of requesting that the defendant waive service of a summons to reduce paperwork and costs, and provides for time periods to wait for the waiver, and penalties for failure of the defendant to return the waiver without good cause.

        2. Plaintiff used BOTH the federal form, and the state form when sending the documentation package to ALL parties by priority mail, and by registered mail (See Exhibits A1 and A2 for examples of both forms sent to Priscilla Ellis). Plaintiff filed a copyright infringement complaint to protect his intellectual

property in Federal Court in 2011, and used the same method of sending both federal and state forms to the individuals with self-addressed stamped envelopes.  In that case (**3:11 CV 3766 LB**), none of the defendants returned either form, and the court awarded Plaintiff all subsequent costs of having the defendants served by personal service.

3. In **this** case, because of the nefarious and insidious methods of escaping justice by the defendants, none of which have returned either the federal (waiver of the service of summons) or the state form (notice and acknowledgement of receipt), Plaintiff is requesting that registered mail be deemed sufficient.

4. Further, in **this** case, Plaintiff has met the requirements of CCP 415.30 by sending *both* the state form and the federal form to all of the individuals and businesses.  Not knowing which form takes priority and since this is a federal complaint, Plaintiff assumed that the federal Waiver of the Service of Summons took precedence and only listed that form in the previous Motion as being part of the package sent to each defendant to show that the service criteria were met.

5. Whether state or federal,  or whether 30/60/90 days waiting time for defendant to return the form to Plaintiff, none of the individuals or businesses have done so, and as of 31 May 2013, 114 days have elapsed, and therefore the time limit has been exceeded in every case.

6. The service by priority mail on the individuals above were successfully delivered by the U.S. Postal Service as indicated

in the exhibits of the previous motions requesting alternative service….the only defect remaining was whether they had been served with the correct form in the original package delivered…and this defect was complied with in every case by Plaintiff.

b.  Companies:

   i.  Vicken International Traders LLC,

   ii.  KVP Consultants (referring to both KVP International Consultants, KVP International Trades as the same entity).

   iii.  Defect identified in service of summons and other documents:

      1.  P6L18-22 of the order states "As the Court noted in its previous order, Plaintiff does not explain why the entity Vicken International Traders can be served at the email address mspajd@aol.com.  Nor does Plaintiff explain why KVP Consultants can be served through this address.  Plaintiff merely states that Priscilla Ellis uses this email address…"

   iv.  Defect resolution and compliance by Plaintiff:

      1.  Vicken International Traders.

         a.  Vicken does not have a website associated with it.

         b.  Exhibits B1-B4 show data that several companies have compiled about Vicken, all consistent, and showing Priscilla Allis (Priscilla A Ellis) as the president, and some showing Kenietta Johnson as the CFO.

         c.  Exhibit B5 is an email from Priscilla Ellis to Plaintiff indicating the bank routing and account number of Vicken to which to forward funds to be used to cause the next tranche of $500,000 to be sent.  This was part

of the agreement in place, for which Priscilla Ellis was acting as agent for Walsh Griffin.

d.  Exhibit B6 is a followup email from Priscilla Ellis to Plaintiff, indicating that the next wire from Plaintiff upon receiving the next tranche of $500K should go to the same bank account (Vicken) even though the transaction was to be with KVP International Consultants….verification of Priscilla's control of both companies, and using Vicken as a bank account for KVP, both of which she is the highest ranking officer (president / CEO).

e.  If the phone number for Vicken is dialed as indicated in Exhibits B1-B4 (718.709.7949), the recording states "Thank you for calling KVP International Consultants…unfortunately we are busy assisting another client at this time, or out of the office…." This is simply another shell company owned and/or operated by the three individuals above (Priscilla, Kenietta, John) <span style="color:red">a recording is provided here</span> ➔ see page 22 to listen to embedded recording.

f.  Priscilla Ellis is an officer (president) of the Vicken company and therefore meets the criteria of a reasonable expectation that Vicken will have been notified of the complaint, since Priscilla IS the Vicken company.

g.  Neither the Secretary of State for New York or Texas has any information of Vicken International Traders

being registered with them.

    h.  Note also that the priority mail package with the Summons and all other documents which were sent to Vicken International LLC and a duplicate to Priscilla Ellis c/o Vicken International LLC, were both attempted delivery at the New York office indicated in Exhibits B1-B4…the priority mail packages for both recipients were not sent back as address unknown, but rather REFUSED by recipient.

2.  KVP Consultants:

    a.  KVP Consultants was properly served in the same manner as the individuals in 2a(i) above (Priscilla, Kenietta, John).  The Priority Mail package with all documentation including the Waiver of the Service of Summons AND the Notice and Acknowledgement of Receipt forms were sent and delivered, but never returned.

    b.  Priscilla Ellis is listed on the website (see Exhibit C1) as the CEO and as with Vicken, and being an officer of the company can be served with the reasonable expectation that the company will be informed that it is being sued.  Priscilla, in fact, is also specifically indicated on the website as the Contact Person: CEO Priscilla Ellis.

    c.  Priscilla's email address is *listed on the site* as Mspajd@aol.com, and therefore using the CEO's email address is reasonable to provide notice to the

company for whom she is the CEO (KVP Consultants)

    d.  Further, a registered email was also successfully sent to Kenietta Johnson as CFO of KVP Consultants at [Kjohnson@kvpinternationaltrades.com](mailto:Kjohnson@kvpinternationaltrades.com) and serves as a second notification of the company by way of an officer stated on the website itself.

    v.  Items 2a(iii) above are applicable for KVP Consultants here, as all of the proper documentation was sent and delivered, but none of the forms were returned and 114 days have elapsed since delivery.

    vi.  Therefore KVP Consultants should meet the criteria for both 415.30 and 413.30, and Vicken should meet the criteria for 413.30 since an officer was notified directly.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff respectfully requests an order to allow service of Summons on Defendants in an alternative manner as indicated above.

Plaintiff therefore requests this court to grant this motion to accept the Registered Email service of delivery as an acceptable proof of service reasonably calculated to give notice to each Defendant and to affirm that service by mail was performed correctly to support this request for alternate service.

Date: 2 June 2013      By: _____

                            Fletcher Carson, Plaintiff pro se

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically submitted the foregoing document using the electronic case files system of the court. The electronic case files system sent a "Notice of

Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

Dated: 2 June 2013          By: _____

Fletcher Carson, Plaintiff pro se

# EXHIBIT A-1

## Priscilla Ellis – Personal

### Notice and Acknowledgment of Receipt (State of California)

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): OR
GOVERNMENTAL AGENCY (under Family Code, §§ 17400 and 17406)

Fletcher Carson
POB 507
Tiburon CA 94920

TELEPHONE NO. (Optional): 707.332.0830    FAX NO. (Optional): 415.737.1370
E-MAIL ADDRESS (Optional): fc@omsphere.com
ATTORNEY FOR (Name):

FOR COURT USE ONLY

NAME OF COURT, JUDICIAL DISTRICT, AND BRANCH COURT, IF ANY:

United States District Court
Northern District of California

PLAINTIFF/PETITIONER: Fletcher Carson

DEFENDANT/RESPONDENT: Walsh Griffin, et al.

OTHER PARENT:

NOTICE AND ACKNOWLEDGMENT OF RECEIPT
(Governmental)

CASE NUMBER:
4:13-CV-00520 KAW

To (name of person served): Priscilla Ellis

**NOTICE**

The documents described below are being served on you by mail with this acknowledgment form. If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, you must sign this acknowledgment in the name of the entity or a person authorized to receive service of process on behalf of the entity must sign the form to acknowledge receipt of the documents. In all other cases, you must personally sign, or a person authorized by you must sign this form to acknowledge receipt of the documents.

If the documents described below include a *Summons* and you fail to complete and return this acknowledgment form to the sender within 20 days of the date of mailing, you will be liable for the reasonable expenses incurred after that date in serving you or in attempting to serve you by any other methods permitted by law. If you return this form to the sender, service of a *Summons* is deemed complete on the date you sign the acknowledgment of receipt below.

Date of mailing: 12 February 2013

Javier Castro
(TYPE OR PRINT NAME)                    ▶                    (SIGNATURE OF SENDER)

**ACKNOWLEDGMENT OF RECEIPT**

I agree I received the following (to be completed by sender before mailing):

1. ☐ A copy of the *Summons and Complaint* (form FL-600) and proposed *Judgment Regarding Parental Obligations* (form FL-630) and a blank *Answer to Complaint or Supplemental/Amended Complaint Regarding Parental Obligations* (form FL-610).

2. ☐ A copy of the *Summons* with standard restraining orders, and
   (a) ☐ an *Order to Show Cause* (form FL-300) and a blank *Responsive Declaration to Order to Show Cause or Notice of Motion* (form FL-320).
   (b) ☐ a completed and a blank *Income and Expense Declaration* (form FL-150).

3. ☑ Other documents (specify):
   Summons, Complaint, ADR docs for Complaint of Wire Fraud, RICO Act, Conspiracy, etc

(To be completed by recipient):
Date this acknowledgment is signed:

Priscilla Ellis
(TYPE OR PRINT NAME)                    ▶                    (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT)

☐ Petitioner/Plaintiff        ☐ Attorney of Record
☑ Respondent/Defendant        ☐ Other (specify):
☐ Other parent

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
FL-605 [Rev. January 1, 2007]

NOTICE AND ACKNOWLEDGMENT OF RECEIPT
(Governmental)

Code of Civil Procedure, §§ 415.30, 417.10;
Cal. Rules of Court, rule 5.110
www.courtinfo.ca.gov

# EXHIBIT A-2

## Priscilla Ellis – Personal

### Waiver of the Service of Summons (Federal Rules of Court)

---

AO 399 (01/09) Waiver of the Service of Summons

## UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Fletcher Carson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:13-CV-00520 KAW |
| Walsh Griffin, et. al. | ) | |
| *Defendant* | ) | |

### WAIVER OF THE SERVICE OF SUMMONS

To: Fletcher Carson
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____02/12/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
Signature of the attorney or unrepresented party

| | |
|---|---|
| Priscilla Ellis | Priscilla Ellis |
| *Printed name of party waiving service of summons* | Printed name |
| | 1703 S. Roy Reynolds Drive |
| | Killeen, TX 76543 |
| | Address |
| | mspajd@aol.com |
| | E-mail address |
| | (254) 681-6164 |
| | Telephone number |

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# EXHIBIT B1
## Vicken data compilation #1



# EXHIBIT B2
## Vicken data compilation #2



# EXHIBIT B3
## Vicken data compilation #3



# EXHIBIT B4
## Vicken data compilation #4



# EXHIBIT B5
## Email from Priscilla regarding Vicken

**From:** MSPAJD@aol.com [mailto:MSPAJD@aol.com]

**Sent:** Wednesday, January 09, 2013 4:16 PM

**To:** fletcher.carson@entirelydifferentsolutions.com

**Subject:** ACCOUNT FOR FEES OF $127,000


BANK NAME:             CITIBANK

BANK ADDRESS:          NY NY 10018
BANK OFFICER:          FERNANDO
TEL. NO:               +877-528-0990
FAX NO:                +
SWIFT:                 CITIUS33    ABA# 113 193 532
AC NO:                 978-752-5812
AC NAME:               VICKEN INTERNATIONAL TRADERS LLC

Address: 350 fifth Ave , NY, NY 10018


P. Ellis

CEO http://www.kvpinternationalconsultants.com/index.php

*KVP International Consultants*

*"Where Humanitarian of Man Kind is done for the greater Good of the World"*

*** Warning - Confidentiality Notice ***

*The information in this email may be confidential and/or legally privileged and exempt from disclosure under the applicable law. It is intended*

*solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient or an authorized*

*representative of the intended recipient, you are hereby notified that any review, disclosure, distribution/dissemination or copying of this*

*communication, its attachments (if any), or the information contained herein is strictly prohibited. Any action taken or omitted to be taken in*

*reliance on it is prohibited and may be unlawful. If you have received this email in error, please immediately notify the sender by return email*

*and double delete this email from your computer system. Thank-you.*

1

*CAUTIONARY NOTIFICATION.*

2    *These transactions are based on private placements and do not come under the governance of These transactions are based on private*

3    *placements and do not come under the governance of the SEC. These programs are not securities under the United States Securities Act of*

4    *1933, or The Securities Exchange Act of 1934 and Regulations thereto, or The Investment Company Act of 1940 and the Rules &*

5    *Regulations thereof. We are not registered with the SEC or NASD as financial advisors or dealers in securities per The Investment Advisers*

6    *Act of 1940. This is merely for Private Placement purposes and benefit of Humanitarian Projects Solely.*

7

8    *DISCLAIMER: This is not intended to be, and must not be construed to be in any form or manner a solicitation of investment funds or a*

9    *securities offering. This email is confidential and is legally privileged.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

# EXHIBIT B6

## Follow-up email from Priscilla regarding Vicken

**From:** Fletcher Carson [mailto:fletcher.carson@entirelydifferentsolutions.com]
**Sent:** Thursday, January 10, 2013 8:42 PM
**To:** 'MSPAJD@aol.com'
**Subject:** RE: ACCOUNT FOR FEES OF $127,000

Priscilla…Mr. Griffin indicated that when he xmits the $500K, I should xmit $200K to KVP….I assume you will be sending the banking details for that transfer, assuming they differ from below…

Fletcher Carson
*Chief Technology Officer and Acting CEO*
**EDSI**…like nothing else in the world
www.EntirelyDifferentSolutions.com
Cell: 707.332.0830

**From:** MSPAJD@aol.com [mailto:MSPAJD@aol.com]
**Sent:** Wednesday, January 09, 2013 4:16 PM
**To:** fletcher.carson@entirelydifferentsolutions.com
**Subject:** ACCOUNT FOR FEES OF $127,000


BANK NAME:          CITIBANK
BANK ADDRESS:       NY NY 10018
BANK OFFICER:       FERNANDO
TEL. NO:            +877-528-0990
FAX NO:             +
SWIFT:              CITIUS33    ABA# 113 193 532
AC NO:              978-752-5812
AC NAME:            VICKEN INTERNATIONAL TRADERS LLC

Address: 350 fifth Ave , NY, NY 10018

P. Ellis
CEO http://www.kvpinternationalconsultants.com/index.php

*KVP International Consultants*
*"Where Humanitarian of Man Kind is done for the greater Good of the World"*
++++++++++++++++++++++++++++++++++++++++++++++++++

**From:** Fletcher Carson [mailto:fletcher.carson@entirelydifferentsolutions.com]
**Sent:** Thursday, January 10, 2013 9:46 PM
**To:** 'MSPAJD@aol.com'
**Subject:** RE: ACCOUNT FOR FEES OF $127,000

Thank you...wanted to confirm...

Fletcher Carson
*Chief Technology Officer and Acting CEO*
**EDSI**...like nothing else in the world
www.EntirelyDifferentSolutions.com
Cell: 707.332.0830

**From:** MSPAJD@aol.com [mailto:MSPAJD@aol.com]
**Sent:** Thursday, January 10, 2013 9:37 PM
**To:** Fletcher.Carson@EntirelyDifferentSolutions.com
**Subject:** Re: ACCOUNT FOR FEES OF $127,000


BANK NAME:              CITIBANK

BANK ADDRESS:       NY NY 10018
BANK OFFICER:        FERNANDO
TEL. NO:                   +877-528-0990
FAX NO:                   +
SWIFT:                     CITIUS33    ABA# 113 193 532
AC NO:                     978-752-5812
AC NAME:                **VICKEN INTERNATIONAL TRADERS LLC**

Address: 350 fifth Ave , NY, NY 10018

P. Ellis
CEO http://www.kvpinternationalconsultants.com/index.php

*KVP International Consultants*
*"Where Humanitarian of Man Kind is done for the greater Good of the World"*

*In a message dated 1/10/2013 8:42:00 P.M. Pacific Standard Time,* fletcher.carson@entirelydifferentsolutions.com *writes:*

*BANK NAME:              CITIBANK*

*BANK ADDRESS:       NY NY 10018*
*BANK OFFICER:        FERNANDO*
*TEL. NO:                   +877-528-0990*
*FAX NO:                   +*
*SWIFT:                     CITIUS33    ABA# 113 193 532*
*AC NO:                     978-752-5812*
*AC NAME:                VICKEN INTERNATIONAL TRADERS LLC*

*Address: 350 fifth Ave , NY, NY 10018*

Case No. 4:13-CV-00520-KAW

# EXHIBIT C1
## KVP website (from archive captured website snapshots)



# EXHIBIT C2
## KVP website TODAY



