**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLETCHER CARSON,<br><br>    Plaintiff,<br><br>vs.<br><br>WALSH GRIFFIN, et al.,<br><br>    Defendants. | Case No.: 13-cv-0520 KAW<br><br>ORDER REQUIRING FURTHER BRIEFING IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |

The court held a hearing on Plaintiff's Motion for Default Judgment, Dkt. No. 19, on September 5, 2013. The court hereby orders Plaintiff to submit further briefing on the issue of damages. In support of the further briefing, Plaintiff shall submit a sworn declaration (i) explaining how he has calculated the damages alleged in his complaint and (ii) authenticating the supporting documentation that justifies those damages. The supporting documentation (i) shall be attached as separate exhibits to Plaintiff's declaration and (ii) shall include bank records, deposit statements, cancelled checks, wire transfer confirmations, or other similar materials. The supporting documentation must (i) reflect the amount of funds paid and received, (ii) the accounts into which funds were withdrawn and deposited, (iii) the senders and recipients of such funds, and (iv) the dates of those transactions. Plaintiff shall ensure that the information provided clearly reflects the amount of damages attributable to each defendant against whom default judgment is sought.

//

//

1   Plaintiff shall file the sworn declaration and all supporting documentation with the court no
2   later than September 27, 2013.

3

4   IT IS SO ORDERED.
5   DATE: September 6, 2013

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE