UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FLETCHER CARSON,

                Plaintiff,

  v.

WALSH GRIFFIN et al,

                Defendant.

_____/

Case Number: CV13-00520 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 10, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fletcher Carson
6 Beach Road #507
Tiburon, CA 94920

Dated: January 10, 2014

                Richard W. Wieking, Clerk

                By: Barbara Espinoza, Deputy Clerk