FLETCHER CARSON
369-B 3RD STREET #657
SAN RAFAEL, CALIFORNIA 94901
(707) 332-0830
Plaintiff In Pro Per



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER CARSON | ) |
| Plaintiff, | ) Case No.: C 13-0520 CRB |
| vs. | ) ACKNOWLEDGMENT OF ASSIGNMENT |
| PRISCILLA ELLIS, ET AL. | ) OF JUDGMENT |
| Defendant(s). | ) |

COMES NOW FLETCHER CARSON, Plaintiff in the within matter and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT judgment was entered by this court on or about 11/18/2013.

2) THAT FLETCHER CARSON was awarded against Defendants PRISCILLA ELLIS and VICKEN INTERNATIONAL TRADERS, LLC the sum of $573,159.92 plus $0.00 in court costs.

3) THAT there have been no renewals since the entry of said judgment by this court and that Plaintiff FLETCHER CARSON has received $0.00 of judgment from Defendants PRISCILLA ELLIS and VICKEN INTERNATIONAL TRADERS, LLC.

4) THAT FLETCHER CARSON of 369-B 3RD STREET #657, SAN RAFAEL, CA 94901 is the judgment creditor of record.

5) THAT the last address of record for the judgment debtor, PRISCILLA ELLIS is 1703 S ROY REYNOLDS DR, KILLEEN, TX 76543-1700.

6) THAT the last address of record for the judgment debtor, VICKEN INTERNATIONAL TRADERS, LLC is 1703 S ROY REYNOLDS DR, KILLEEN, TX 76543-1700.

7) THAT I hereby transfer irrevocably, without recourse, and assign all title, right, and interest in the within judgment to the following person:

Amy Coello d/b/a
Judgment2Justice
2932 Ross Clark Circle, Suite 124
Dothan, AL 36301
206-418-6216

8) THAT I hereby authorize Assignee, Judgment2Justice, to recovery, compromise, settle and enforce said judgment and I withdraw all right and claim to same.

Signed this **21** day of **FEBRUARY**, 2014.

FLETCHER CARSON

CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC

STATE OF CALIFORNIA

COUNTY OF **SAN LUIS OBISPO**

On **FEB 21 2014**, 2014 before me, **GABRIEL MUNOZ**, Notary Public, personally appeared FLETCHER CARSON, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity(ies) upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public

(Seal)

My Commission Expires: **6/11/2017**



GABRIEL MUNOZ
Commission # 2028513
Notary Public - California
San Luis Obispo County
My Comm. Expires June 11, 2017